Dwayne E. Williams
Assistant United States Attorney

*United States v. Victor Rafael Arcia Albeja, et al.,*
Case No. 24-cr-20397-ALTMAN(s)(s)(s)
Government's Exhibit List

*Revised*

Bertila Fernandez
Assistant United States Attorney

| Exhibit No. | Description | Bate-Stamp Numbers, Other Identification | Witness(es) | Date Admitted | Identified |
|---|---|---|---|---|---|
| **Exhibit 1 -- Florida Department of Highway Safety and Motor Vehicles, Driver and Vehicle Information Database (DAVID)** | | | | | |
| **Osmel Benitez** | | | | | |
| 1.1 | Record Detail for Osmel Benitez | FDHS&MV-001 -- 030 | | 02/17/26 | |
| | | | | | |
| **Victor Rafael Arcia Albeja** | | | | | |
| 1.2 | Record Detail for Victor Rafael Arcia Albeja | FDHS&MV-031 -- 044 | | 02/17/26 | |
| | | | | | |
| **Victor Manuel Perez Cardenas** | | | | | |
| 1.3 | Record Detail for Victor Manuel Perez Cardenas | FDHS&MV-045 -- 060 | | 02/17/26 | |
| | | | | | |
| Florida License Plate No. 09DGXE | | | | | |
| 1.4.1 | Motor Vehicle Inquiry Report.pdf | FDHS&MV-073 -- 074 | | | |
| 1.4.2 | Application for Certificate of Title.pdf | FDHS&MV-075 -- 080 | | | |
| 1.4.3 | Motor Vehicle Title Reassignment Supplement.pdf | FDHS&MV-083 -- 084 | | | |
| | | | | | |
| **Exhibit 2 -- Texas Department of Public Safety** | | | | | |
| 2 | Texas Department of Public Safety, Drive License Division, Driver License Record for Jose Angel Marrero Rodriguez | Fifth Response to SDO, Folder 285 | | 02/17/26 | |
| | | | | | |
| **Exhibit 3 -- U.S. Customs and Border Protection** | | | | | |
| 3 | U.S. Customs and Border Production, Certified Copy of CBP records re Yoelys Prada Ramos | Seventh Request to SDO, Folder 11. Customs and Border Protection | | 02/17/26 | |
| | | | | | |

Dwayne E. Williams
Assistant United States Attorney

*United States v. Victor Rafael Arcia Albeja, et al.,*
Case No. 24-cr-20397-ALTMAN(s)(s)(s)
Government's Exhibit List

Bertila Fernandez
Assistant United States Attorney

| Exhibit No. | Description | Bate-Stamp Numbers, Other Identification | Witness(es) | Date Admitted | Identified |
|---|---|---|---|---|---|
|  | **Exhibit 4 -- AT&T, (225) 806-6517 (Jhonny Walther Izaguirre Lopez)** |||||
| 4.1 | Wireless Subscriber Information (ReportCT_3939097.pdf) | AT&T 3939097-000001 | | 02/12/26 | |
| 4.2 | Mobility, Voice Usage, (ReportAU_3939097.pdf) | AT&T 3939097-000002-AT&T 3939097-000070 | | | |
| 4.3 | Wireline, (ReportLandline_3939097.pdf) | AT&T 3939097-000071-AT&T 3939097-000085 | | | |
| 4.4 | International, (ReportICDR_3939097.pdf) | AT&T 3939097-000086-AT&T 3939097-000090 | | | |
| 4.5 | ReportStirShaken_3939097 | AT&T 3939097-000091-AT&T 3939097-000100 | | | |
| 4.6 | ATT_Records_Key | AT&T 3939097-000101-AT&T 3939097-000117 | | | |
|  | |||||
|  | **Exhibit 5 -- AT&T, (225) 491-5118 (Yoelys Prada Ramos)** |||||
| 5.1 | Wireless Subscriber Information, (ReportCT_4114914.pdf) | AT&T 4114914-000001 | | | |
| 5.2 | Mobility, Voice Usage, (ReportAU_4114914.pdf | AT&T 4114914-000002-AT&T 4114914-000106 | | | |
| 5.3 | Wireline, (ReportLandline_4114914.pdf) | AT&T 4114914-000107-AT&T 4114914-000127 | | | |
| 5.4 | (ReportICDR_4114914.pdf) | AT&T 4114914-000128 | | | |
| 5.5 | ReportStirShaken_4114914.pdf | AT&T 4114914-000129 | | | |
| 5.6 | ATT_Records_Key | | | | |
|  | |||||
|  | **Exhibit 6 -- Dish Wireless LLC, (225) 491-5118 (Yoelys Prada Ramos)** |||||
| 6 | Subscriber Information (RP-26450 Subscriber Information Dish_FINAL) | Fourth Response to SDO, Serial 72 | | | |

Dwayne E. Williams
Assistant United States Attorney

*United States v. Victor Rafael Arcia Albeja, et al.,*
Case No. 24-cr-20397-ALTMAN(s)(s)(s)
Government's Exhibit List

Bertila Fernandez
Assistant United States Attorney

| Exhibit No. | Description | Bate-Stamp Numbers, Other Identification | Witness(es) | Date Admitted | Identified |
|---|---|---|---|---|---|
| **Exhibit 7.1 -- AT&T File No. 4166660, Cell Site Location Information for (225) 806-6157 (Jhonny Walther Izaguirre Lopez)** | | | | | |
| 7.1.1 | Subscriber Information (ReportCT_4166660.pdf) | AT&T 4166660-000001-AT&T 4166660-000004 | | 02/12/26 | |
| 7.1.2 | Historical Precision Location Information (ReportLoc_4166660.pdf) | AT&T 4166660-000005-AT&T 4166660-001374 | | | |
| 7.1.3 | Timing Advance Location Information (ReportTA_4166660.pdf) | AT&T 4166660-001375-AT&T 4166660-001404 | | | |
| 7.1.4 | Mobility with Cell Location (Report AU_4166660.pdf) | AT&T 4166660-001405-AT&T 4166660-001761 | | | |
| 7.1.5 | Wireline (ReportLandline_4166660.pdf) | AT&T 4166660-001762-AT&T 4166660-001769 | | | |
| 7.1.6 | International (ReportICDR_4166660.pdf) | AT&T 4166660-001770-AT&T 4166660-001772 | | | |
| 7.1.7 | Stir/Shaken (ReportStirShaken_41666600.pdf) | AT&T 4166660-001773-AT&T 4166660-001776 | | | |
| 7.1.8 | Payment Information (ReportCAPM_4166660.pdf) | AT&T 4166660-001777 | | | |
| 7.1.9 | IMEI Report (ReportIMEI_4166660.pdf) | AT&T 4166660-001778-AT&T 4166660-001779 | | | |
| 7.1.10 | IMSI Report (ReportIMSI_4166660.pdf) | AT&T 4166660-001780 | | | |
| 7.1.11 | SIM CARD Report (ReportSIMCARD_4166660.pdf) | AT&T 4166660-001781 | | | |
| 7.1.12 | AT&T Records Key | | | | |
| | | | | | |
| **Exhibit 7.2 -- AT&T File No. 4166660, Cell Site Location Information for (225) 491-5118 (Yoelys Prada Ramos)** | | | | | |
| 7.2.1 | Subscriber Information (ReportCT_4166660.pdf) | AT&T 4166660-001782 | | | |
| 7.2.2 | Historical Precision Location Information (ReportLoc_4166660.pdf) | AT&T 4166660-003159-AT&T 4166660-003172 | | | |

Dwayne E. Williams
Assistant United States Attorney

*United States v. Victor Rafael Arcia Albeja, et al.,*
Case No. 24-cr-20397-ALTMAN(s)(s)(s)
Government's Exhibit List

Bertila Fernandez
Assistant United States Attorney

| Exhibit No. | Description | Bate-Stamp Numbers, Other Identification | Witness(es) | Date Admitted | Identified |
|---|---|---|---|---|---|
| 7.2.3 | Timing Advance Location Information (ReportTA_4166660.pdf) | AT&T 4166660-003203-AT&T 4166660-003216 | | 02/12/26 | |
| 7.2.4 | Mobility with Cell Location (Report AU_4166660.pdf) | AT&T 4166660-003217-AT&T 4166660-003413 | | | |
| 7.2.5 | Wireline (ReportLandline_4166660.pdf) | AT&T 4166660-003771-AT&T 4166660-003775 | | | |
| 7.2.6 | International (ReportICDR_4166660.pdf) | AT&T 4166660-003784-AT&T 4166660-003787 | | | |
| 7.2.7 | AT&T Records Key | | | | |
| | | | | | |
| **Exhibit 8 -- T-Mobile (786) 359-8081 (Victor Rafael Arcia Albeja)** | | | | | |
| 8.1 | Subscriber Information (SUB_Amdocs_7863598081_15884074.pdf) | T-MOBILE 5202627-001 | | | |
| 8.2 | Call and Message Records (CDR_Mediations_7863598081_15884073.pdf) | T-MOBILE 5202627-002 -- T-MOBILE 5202627-260 | | | |
| 8.2.1 | Call and Message Records in Excel Format (CDR_Mediations_7863598081_15884073.xls) | | | | |
| 8.3 | 2024 Interpreting All T-Mobile Records 20240814.pdf | | | | |
| | | | | | |
| **Exhibit 9 -- T-Mobile (832) 739-7866 (Jose Angel Marrero Rodriguez)** | | | | | |
| 9.1 | Subscriber Information (SUB_Amdocs_8327397866_15394036.pdf) | T-MOBILE 5075988-001 | | | |
| 9.2 | Call and Message Records (CDR_Mediations_8327397866_15394035.pdf) | T-MOBILE 5075988-002 -- T-MOBILE 5075988-019 | | | |
| 9.2.1 | Call and Message Records in Excel Format (CDR_Mediations_8327397866_15394035.xls) | | | | |

Dwayne E. Williams
Assistant United States Attorney

*United States v. Victor Rafael Arcia Albeja, et al.,*
Case No. 24-cr-20397-ALTMAN(s)(s)(s)
Government's Exhibit List

Bertila Fernandez
Assistant United States Attorney

| Exhibit No. | Description | Bate-Stamp Numbers, Other Identification | Witness(es) | Date Admitted | Identified |
|---|---|---|---|---|---|
| 9.3 | 2024 Interpreting All T-Mobile Records 20240603 | | | 02/12/26 | |
| | | | | | |
| **Exhibit 10 -- T-Mobile (786) 403-0748 (Osmel Benitez)** | | | | | |
| 10.1 | Subscriber Information (SUB_Tibco_7864030748_15468142.pdf) | T-MOBILE 5095198-001 | | | |
| 10.2 | Call and Message Records (CDR_Mediations_7864030748_15468141.pdf) | T-MOBILE 5095198-002 -- T-MOBILE 5095198-121 | | | |
| 10.2.1 | Call and Messge Records in Excel Format (CDR_Mediations_7864030748_15468141.xls) | | | | |
| 10.3 | 2024 Interpreting All T-Mobile Records 20240613 | | | | |
| | | | | | |
| **Exhibit 11.1 -- T-Mobile, Cell Site Location Information for (786) 359-8081 (Victor Rafael Arcia Albeja)** | | | | | |
| 11.1.1 | Subscriber Record (SUB_Amdocs_7863598081_16161313.pdf) | Third Response to the SDO 115, 116, T-Mobile, CSLI | | | |
| 11.1.2 | Call records with Cell Site Location Information (CDR_Mediations_7863598081_16161310.pdf) | Third Response to the SDO 115, 116, T-Mobile, CSLI | | | |
| 11.1.2A | Call records with Cell Site Location Information (CDR_Mediations_7863598081_16161310.xls) | Third Response to the SDO 115, 116, T-Mobile, CSLI | | | |
| | | | | | |
| **Exhibit 11.2 -- T-Mobile, Cell Site Location Information for (832) 739-7866 (Jose Angel Marrero Rodriguez)** | | | | | |
| 11.2.1 | Subscriber Record (SUB_Amdocs_8327397866_16161314.pdf) | Third Response to the SDO 115, 116, T-Mobile, CSLI | | | |
| 11.2.2 | Call records with Cell Site Location Information (CDR_Mediations_8327397866_16161311.pdf) | Third Response to the SDO 115, 116, T-Mobile, CSLI | | | |
| 11.2.2A | Call records with Cell Site Location Information (CDR_Mediations_8327397866_16161311.xls) | Third Response to the SDO 115, 116, T-Mobile, CSLI | | | |

Dwayne E. Williams
Assistant United States Attorney

*United States v. Victor Rafael Arcia Albeja, et al.,*
Case No. 24-cr-20397-ALTMAN(s)(s)(s)
Government's Exhibit List

Bertila Fernandez
Assistant United States Attorney

| Exhibit No. | Description | Bate-Stamp Numbers, Other Identification | Witness(es) | Date Admitted | Identified |
|---|---|---|---|---|---|
| 11.2.3 | CDR_Quantum_8327397866_16161311.pdf | Third Response to the SDO 115, 116, T-Mobile, CSLI | | 02/12/26 | |
| 11.2.3A | CDR_Quantum_8327397866_16161311.xls | Third Response to the SDO 115, 116, T-Mobile, CSLI | | | |
| **Exhibit 11.3 -- T-Mobile, Cell Site Location Information for (786) 403-0748 (Osmel Benitez)** | | | | | |
| 11.3.1 | Subscriber Record (SUB_Tibco_7864030748_16161312.pdf) | Third Response to the SDO 115, 116, T-Mobile, CSLI | | | |
| 11.3.2 | Call records with Cell Site Location Information (CDR_Mediations_7864030748_16161309.pdf) | Third Response to the SDO 115, 116, T-Mobile, CSLI | | | |
| 11.3.2A | Call records with Cell Site Location Information (CDR_Mediations_7864030748_16161309.xls) | Third Response to the SDO 115, 116, T-Mobile, CSLI | | | |
| 11.3.3 | CDR_Quantum_7864030748_16161309.pdf | Third Response to the SDO 115, 116, T-Mobile, CSLI | | | |
| 11.3.3A | CDR_Quantum_7864030748_16161309.xls | Third Response to the SDO 115, 116, T-Mobile, CSLI | | | |
| **Exhibit 12 --** | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Exhibit 13 -- Chase Bank (Jose Angel Marero Rodriguez)** | | | | | |
| 13.1 | Chase Acct No. 9981, Signature Card.pdf | Pages 93-97 | | 02/17/26 | |
| 13.2 | Chase Acct No. 9981, May 2024.pdf | Pages 42-45 | | | |
| 13.3 | Chase Acct No. 9981, Mar. 2024.pdf | Pages 13-16 | | | |
| 13.4 | Chase Acct No. 9981, Feb. 2024.pdf | Pages 1-4 | | | |
| **Exhibit 14 -- Hancock Whitney Bank (Jhonny Walther Izaguirre Lopez)** | | | | | |

Dwayne E. Williams
Assistant United States Attorney

*United States v. Victor Rafael Arcia Albeja, et al.,*
Case No. 24-cr-20397-ALTMAN(s)(s)(s)
Government's Exhibit List

Bertila Fernandez
Assistant United States Attorney

| Exhibit No. | Description | Bate-Stamp Numbers, Other Identification | Witness(es) | Date Admitted | Identified |
|---|---|---|---|---|---|
| 14.1 | Signature Card | HW BANK-000001 | | 02/17/26 | |
| 14.2 | Hancock Whitney Bank, Acct 7659, May 2024.pdf | HW BANK-000007 -- HW BANK-000010 | | | |
| 14.3 | Hancock Whitney Bank, Acct 7659, June 2024.pdf | HW BANK-000011 -- HW BANK-000012 | | | |
| | | | | | |
| | **Exhibit 15 -- Motel 6** | | | | |
| 15.1 | Guest Folio, Confirmation No. 4758AQC681, (281J-MM-3925417_0000006_1A0000004_0000001.pdf) | First Response to SDO, Folder 20, Motel 6 | | 02/17/26 | |
| 15.2 | Guest Folio, Confirmation No. 4758AQC669, (281J-MM-3925417_0000006_1A0000004_0000002.pdf) | First Response to SDO, Folder 20, Motel 6 | | 02/17/26 | |
| 15.3 | Receipt for Jose A. Marrero Rodriguez, (281J-MM-3925417_0000006_1A0000004_0000003.pdf) | First Response to SDO, Folder 20, Motel 6 | | | |
| 15.4 | Receipt for Jose A. Marrero Rodriguez, (281J-MM-3925417_0000006_1A0000004_0000004.pdf) | First Response to SDO, Folder 20, Motel 6 | | | |
| 15.5 | Video of Motel 6 Front Desk, 5.20.2024, (281J-MM-3925417_0000006_1A0000010_0000001.mp4) | First Response to SDO, Folder 20, Motel 6 | | | |
| 15.6 | Still Photo, Motel 6 Front Desk, (281J-MM-3925417_0000006_1A0000008_0000001.jpg) | First Response to SDO, Folder 20, Motel 6 | | | |
| | | | | | |
| | **Exhibit 16 -- Early Warning - Zelle** | | | | |
| 16.1 | Pedro Perez Barranco HSI-KL-2024-071184-001_Tableau Final.pdf | EWS ZELLE HSI-000001- EWS ZELLE HSI-000019 | | 02/17/26 | |

Dwayne E. Williams
Assistant United States Attorney

*United States v. Victor Rafael Arcia Albeja, et al.,*
Case No. 24-cr-20397-ALTMAN(s)(s)(s)
Government's Exhibit List

Bertila Fernandez
Assistant United States Attorney

| Exhibit No. | Description | Bate-Stamp Numbers, Other Identification | Witness(es) | Date Admitted | Identified |
|---|---|---|---|---|---|
| 16.2 | Yoelys Prada Ramos 2024R01235_0016_Tableau Report Final.pdf | EWS ZELLE 16-000001- EWS ZELLE 16-000017 | | 02/17/26 | |
| 16.3 | Jose Marrero Rodriguez        2024R01235- 007_Tableau Report Final.pdf | EWS ZELLE 7-000001- EWS ZELLE 7-000017 | | | |
| 16.4 | Lopez Construction LLC 2024R01235-010_Tableau Final.pdf | EWS ZELLE 10-000001- EWS ZELLE 10-000018 | | | |
| | | | | | |
| | **Exhibit 17 -- Search of Benitez Residence** | | | | |
| 17.1 | Sketch of Benitez Residence.pdf | SDO-000067--000069 | | | |
| 17.2 | Photo Log.pdf | SDO-000070--000079 | | | |
| 17.2.1 | DSC0126.PDF | | | 02/17/26 | |
| 17.2.2 | DSC0128.PDF | | | | |
| 17.2.3 | DSC0146.PDF | | | | |
| 17.2.4 | DSC0147.PDF | | | | |
| 17.2.5 | DSC0148.PDF | | | | |
| 17.2.6 | DSC0149.PDF | | | | |
| 17.2.7 | DSC0150.PDF | | | | |
| 17.2.8 | DSC0151.PDF | | | | |
| 17.2.9 | DSC0153.PDF | | | | |
| 17.2.10 | DSC0003.JPG | Second Response to SDO | | | |
| 17.2.18/14 | DSC0024.JPG | Second Response to SDO | | 02/17/26 | |
| 17.2.22 | DSC0068.JPG | Second Response to SDO | | | |
| 17.2.23 | DSC0085.JPG | Second Response to SDO | | | |
| 17.2.24 | DSC0088.JPG | Second Response to SDO | | | |
| 17.2.25 | DSC0222.JPG | Second Response to SDO | | | |
| 17.2.26 | DSC0226.JPG | Second Response to SDO | | | |
| 17.2.27 | DSC0227.JPG | Second Response to SDO | | | |
| 17.2.28 | DSC0236.JPG | Second Response to SDO | | | |
| 17.3 | Evidence Collected Item Log.pdf | SDO-000062--000064 | | 2/17/26 | |

Dwayne E. Williams
Assistant United States Attorney

*United States v. Victor Rafael Arcia Albeja, et al.,*
Case No. 24-cr-20397-ALTMAN(s)(s)(s)
Government's Exhibit List

Bertila Fernandez
Assistant United States Attorney

| Exhibit No. | Description | Bate-Stamp Numbers, Other Identification | Witness(es) | Date Admitted | Identified |
|---|---|---|---|---|---|
| | | | | | |
| **Exhibit 18 -- Benitez's Cell Phone** | | | | | |
| 18 | Cell Phone | | | 02/17/26 | |
| 18.1 | List of Aliens, Serial 296.pdf | | | 02/13/26 | |
| 18.2 | Video 1.mp4 | | | 02/11/26 | |
| 18.2.1 | Still, at Center, Victor Arcia Albeja.pdf | | | 02/11/26 | |
| 18.2.2 | Still, at Center, Jhonny Izaguirre Lopez.pdf | | | | |
| 18.2.3 | Still, at left, Victor Perez Cardenas.pdf | | | | |
| 18.2.4 | Still, L to R, Osmel Benitez, Victor Albeja, W.P.G. | | | | |
| 18.2.5 | Still, L to R, Perez Cardenas, Arcia Albeja, Prada Ramos, Y.S.M., Benitez | | | | |
| 18.2.6 | Still, L to R, Perez Cardenas, Benitez, Arcia Albeja, Y.S.M., Prada Ramos, W.P.G. | | | | |
| 18.3 | Video 2.mp4 | | | 02/11/26 | |
| 18.3.1 | Still, Arcia Albeja and W.P.G., Noose.pdf | | | 02/13/26 | |
| 18.3.2 | Still, Victor Arcia Albeja, W.P.G.pdf | | | 02/13/26 | |
| 18.4 | Jhonny Izaguirre Lopez Passport, Serial 248.pdf | | | | |
| | | | | | |
| **Exhibit 19 -- Benitez's Satellite Phone** | | | | | |
| 19 | Satellite Phone | | | 02/17/26 | |
| 19.1 | Satellite Phone, call with (225) 491-5118 | | | 02/17/26 | |
| 19.2 | Satellite Phone, call with (225) 491-5118 | | | 02/17/26 | |
| 19.3 | Satellite Phone, call with (225) 491-5118 | | | 02/17/26 | |
| **Exhibit 20 -- Walberto Perez Gala** | | | | | |
| 20.1 | Photo Identification of Victor Rafael Arcia Albeja | Folder 1, File 82.2 | | | |
| 20.2 | Photo Identification of Victor Manuel Perez Cardenas | Third Response to SDO, Serial 111, Photo Array | | 02/11/26 | |

Dwayne E. Williams
Assistant United States Attorney

*United States v. Victor Rafael Arcia Albeja, et al.,*
Case No. 24-cr-20397-ALTMAN(s)(s)(s)
Government's Exhibit List

Bertila Fernandez
Assistant United States Attorney

| Exhibit No. | Description | Bate-Stamp Numbers, Other Identification | Witness(es) | Date Admitted | Identified |
|---|---|---|---|---|---|
| 20.3 | Photo Identification of Osmel Benitez | First Response to SDO, Folder 1, File 19.1 | | 02/11/26 | |
| 20.4 | Photo Identification of Jose Angel Marrero Rodriguez | First Response to SDO, Folder 1, File 13.1 | | | |
| 20.5 | Photo Identification of Yoelys Prada Ramos | First Response to SDO, Folder 1, File 82.1 | | | |
| 20.6 | Photo Identification of Jhonny Walther Izaguirre Lopez | First Response to SDO, Folder 1, File 13.2 | | | |
| 20.7 | Video of Safe House.mp4, (281J-MM-3925417_0000069_1A0000081_0000003.mp4) | | | | |
| 20.8 | Still Photo of Safe House.jpg | | | 02/11/26 | |
| | | | | | |
| **Exhibit 21 -- Orlando Perez Guerra** | | | | | |
| 21.1 | Orlando Perez Guerra's WhatsApp chat with +52 771 760-1381, on May 18, 2024, from 11:51 am, to 9:37 pm, including audio messages. | First Response to SDO, Folder 1.1, Serial 50 | | 02/13/26 | |
| 21.1.1 | Transcription and Translation of Ex. 21.1 | Seventh Response to SDO | | 02/13/26 | |
| 21.2 | Audio recording received at 11:52 am PTT-20240518-WA0003.opus | First Response to SDO, Folder 1.1, Serial 50 | | 02/17/26 | |
| 21.2.1 | Transcription and Translation of Ex. 21.2 | Seventh Response to SDO | | 02/13/26 | |
| 21.3 | Audio recording received at 1:48 pm PTT-20240518-WA0005.opus | First Response to SDO, Folder 1.1, Serial 50 | | 02/11/26 | |
| 21.3.1 | Transcription and Translation of Ex. 21.3 | Seventh Response to SDO | | 02/13/26 | |
| 21.4 | Audio recording received at 1:52 pm PTT-20240518-WA0006.opus | First Response to SDO, Folder 1.1, Serial 50 | | 02/11/26 | |
| 21.4.1 | Transcription and Translation of Ex. 21.4 | Seventh Response to SDO | | 02/13/26 | |
| 21.5 | Audio recording received at 1:52 pm PTT-20240518-WA0007.opus | First Response to SDO, Folder 1.1, Serial 50 | | 02/11/26 | |
| 21.5.1 | Transcription and Translation of Ex. 21.5 | Seventh Response to SDO | | 02/13/26 | |

·Dwayne E. Williams
Assistant United States Attorney

*United States v. Victor Rafael Arcia Albeja, et al.,*
Case No. 24-cr-20397-ALTMAN(s)(s)(s)
Government's Exhibit List

Bertila Fernandez
Assistant United States Attorney

| Exhibit No. | Description | Bate-Stamp Numbers, Other Identification | Witness(es) | Date Admitted | Identified |
|---|---|---|---|---|---|
| 21.6 | Audio recording received at 1:56 pm PTT-20240518-WA0009.opus | First Response to SDO, Folder 1.1, Serial 50 | | 02/11/26 | |
| 21.6.1 | Transcription and Translation of Ex. 21.6 | Seventh Response to SDO | | 02/13/26 | |
| | | | | | |
| 21.7 | Screen shot +1 (786) 560-3924 Llamando IMG-20240518-WA0013.jpg | First Response to SDO, Folder 1.1, Serial 50 | | | |
| | | | | | |
| 21.8 | Audio recording received at 9:28 pm PTT-20240518-WA0062.opus | First Response to SDO, Folder 1.1, Serial 50 | | 02/11/26 | |
| 21.8.1 | Transcription and Translation of Ex. 21.8 | Seventh Response to SDO | | | |
| 21.9 | Audio recording sent at 9:28 pm PTT-20240518-WA0063.opus | First Response to SDO, Folder 1.1, Serial 50 | | 02/11/26 | |
| 21.9.1 | Transcription and Translation of Ex. 21.9 | Seventh Response to SDO | | | |
| 21.10 | Audio recording received at 9:28 pm        PTT-20240518-WA0064.opus | First Response to SDO, Folder 1.1, Serial 50 | | 02/11/26 | |
| 21.10.1 | Transcription and Translation of Ex. 21.10 | | | | |
| 21.11 | Audio recording received at 9:29 pm PTT-20240518-WA0065.opus | First Response to SDO, Folder 1.1, Serial 50 | | 02/11/26 | |
| 21.11.1 | Transcription and Translation of Ex. 21.11 | Seventh Response to SDO | | | |
| 21.12 | Audio recording received at 9:29 pm PTT-20240518-WA0066.opus | First Response to SDO, Folder 1.1, Serial 50 | | 02/11/26 | |
| 21.12.1 | Transcription and Translation of Ex. 21.12 | Seventh Response to SDO | | | |
| 21.13 | Audio recording received at 9:29 pm PTT-20240518-WA0067.opus | First Response to SDO, Folder 1.1, Serial 50 | | 02/11/26 | |
| 21.13.1 | Transcription and Translation of Ex. 21.13 | Seventh Response to SDO | | | |
| 21.14 | Audio recording sent at 9:30 pm PTT-20240518-WA0068.opus | First Response to SDO, Folder 1.1, Serial 50 | | 02/11/26 | |
| 21.14.1 | Transcription and Translation of Ex. 21.14 | Seventh Response to SDO | | | |

·Dwayne E. Williams                     *United States v. Victor Rafael Arcia Albeja, et al.*,                Bertila Fernandez
Assistant United States Attorney              Case No. 24-cr-20397-ALTMAN(s)(s)(s)              Assistant United States Attorney
                                                 Government's Exhibit List

| Exhibit No. | Description | Bate-Stamp Numbers, Other Identification | Witness(es) | Date Admitted | Identified |
|---|---|---|---|---|---|
| 21.15 | Screen shot" "Buenas noches, Orlando … Everyday checking … 9210 $1,088.72 Saldo disponible"   IMG-20240518-WA0069.jpg | First Response to SDO, Folder 1.1, Serial 50 | | 02/13/26 | |
| 21.16 | Screen shot "Dinero enviado … Enviado a Pedro Perez Inscrito como Pedro Perez $1,000.00" Llamando   IMG-20240518-WA0070.jpg | First Response to SDO, Folder 1.1, Serial 50 | | 02/13/26 | |
| 21.17 | Screen shot from Perez Guerra's phone: "Dinero Raspado +1 (225) 491-5118" | First Response to SDO, Folder 1.1, Serial 50 | | 02/13/26 | |
| 21.18 | Screen shot from Perez Guerra's phone.  Text messages on May 18, 2024, from 7:55 pm, to 8:09 pm.  Beginning with: "Buen dia, soy sobrino del raspado, en caso de conseguir el dinero como se puedo mandar" | First Response to SDO, Folder 1.1, Serial 50 | | 02/13/26 | |
| 21.18.1 | Translation of Ex. 21.18 | Seventh Response to SDO | | | |
| 21.19 | Screen shot from Perez Guerra's phone.  Text messages on May 18, 2024, from 8:07 pm, to 9:56 pm.  Beginning with "Selle" | First Response to SDO, Folder 1.1, Serial 50 | | 02/13/26 | |
| 21.19.1 | Translation of Ex. 21.19 | Seventh Response to SDO | | | |
| 21.20 | Video of Walberto Perez Gala, El Manco striking Perez Gala with a machete. | First Response to SDO, Folder 1.1, Serial 50 | | 02/11/26 | |
| 21.20.1 | Transcription and Translation of Ex. 21.20 | Seventh Response to SDO | | | |
| 21.21 | Screen shot from Perez Guerra's phone.  "Mexico Raspado +1 (225) 806-6517" | | | 02/13/26 | |
| | **Exhibit 22 -- Oliver Echevarria Banos** | | | | |
| 22.1 | Text and audio message from (225) 491-5118, "Bot Marley," received 11:17 p.m., May 18, 2024. Text: "Hola." 281J-MM-3925417_0000026_1A0000024_ 0000001.mp4 | First Response to SDO, Folder 1.1, Serial 26 | | 02/11/26 | |

·Dwayne E. Williams
Assistant United States Attorney

*United States v. Victor Rafael Arcia Albeja, et al.,*
Case No. 24-cr-20397-ALTMAN(s)(s)(s)
Government's Exhibit List

Bertila Fernandez
Assistant United States Attorney

| Exhibit No. | Description | Bate-Stamp Numbers, Other Identification | Witness(es) | Date Admitted | Identified |
|---|---|---|---|---|---|
| 22.1.1 | Transcription and Translation of Ex. 22.1 | Seventh Response to SDO | | | |
| 22.2 | Text and audio messages from +52 771 760-1381, at 12:54, and 12:55 p.m., May 18, 2024. Text: "Soy raspao dime si me vas a dar sincope mil para que no manten no estan jugando." (Its Raspao, tell me if you are going to send me the $5,000 so they don't kill me, they are not playing.) 281J-MM-3925417_0000026_1A0000025_0000001.mp4 | First Response to SDO, Folder 1.1, Serial 26 | | 02/11/26 | |
| 22.2.1 | Transcription and Translation of Ex. 22.2 | Seventh Response to SDO | | | |
| 22.3 | Text and audio message from +53 5 176-8075 281J-MM-3925417_0000026_1A0000026_0000001.mp4 | First Response to SDO, Folder 1.1, Serial 26 | | 02/11/26 | |
| 22.3.1 | Transcription and Translation of Ex. 22.3 | Seventh Response to SDO | | | |
| | | | | | |
| | **Exhibit 23 -- Pedro Perez Barranco** | | | | |
| 23.1 | CBP Photo, Yoelys Prada Ramos | | | | |
| 23.2 | Photo Array, Yoelys Prada Ramos | | | | |
| 23.3 | Photo, Jhonny Izaguirre Lopez | | | | |
| 23.4 | Photo, Jose Marrero Rodriguez | | | | |
| 23.5 | Photo, Yoelys Prada Ramos | | | | |
| | | | | | |
| | **Exhibit 24 -- Yoilen Sanchez Maury** | | | | |
| 24.1 | Photo Identification of Victor Rafael Arcia Albeja | First Response to SDO, Folder 2, File 103.2 | | 02/17/26 | |
| 24.2 | Photo Identification of Victor Manuel Perez Cardenas | Fourth Response to SDO, Serial 267, Photo Array | | 02/17/26 | |
| 24.3 | Photo Identification of Osmel Benitez | Folder 2, File 25.1 | | 02/17/26 | |

Dwayne E. Williams
Assistant United States Attorney

*United States v. Victor Rafael Arcia Albeja, et al.,*
Case No. 24-cr-20397-ALTMAN(s)(s)(s)
Government's Exhibit List

Bertila Fernandez
Assistant United States Attorney

| Exhibit No. | Description | Bate-Stamp Numbers, Other Identification | Witness(es) | Date Admitted | Identified |
|---|---|---|---|---|---|
| 24.4 | Photo Identification of Jose Angel Marrero Rodriguez | First Response to SDO, Folder 2, File 12.2 | | 02/17/26 | |
| 24.5 | Photo Identification of Jhonny Walther Izaguirre Lopez | First Response to SDO, Folder 2, File 12.1 | | 02/17/26 | |
| 24.6 | Photo Identification of Yoelys Prada Ramos | First Response to SDO, Folder 2, Files 75.1, 103.1 | | 02/17/26 | |
| 24.7 | Still Photo from Video of Assault and Battery | Fourth Response to SDO, 268.1 | | | |
| | **Exhibit 25 -- Mayniel Batista Sanchez** | | | | |
| 25 | Screenshot "+1 (225) 491-5118, Bot Marley" | First Response to SDO, Folder 2.1, File 49.1 | | | |
| | **Exhibit 26 -- Adrian Gomez Pereira** | | | | |
| 26 | Screenshot "Zelle payment to Mexico Nague Conf# … Cantidad -$500.00 Fecha de la transaccion 05/20/2024" 281J-MM-3925417_0000051_1A0000065_0000001.jfif | First Response to SDO, Folder 2.1 | | 02/17/26 | |
| | **Exhibit 27 -- Ivan Garcia Alfonso** | | | | |
| 27.1 | Photo Identification of Victor Rafael Arcia Albeja | First Response to SDO, Folder 3, File 95.2 | | 02/17/26 | |
| 27.2 | Photo Identification of Victor Manuel Perez Cardenas, (281J-MM-3925417_0000119_1A0000133_0000001.png) | Third Response to SDO, Serial 119, Screen Shot | | 02/17/26 | |
| 27.3 | Photo Identification of Osmel Benitez | First Response to SDO, Folder 3, File 23.1 | | 02/17/26 | |

Dwayne E. Williams
Assistant United States Attorney

*United States v. Victor Rafael Arcia Albeja, et al.,*
Case No. 24-cr-20397-ALTMAN(s)(s)(s)
Government's Exhibit List

Bertila Fernandez
Assistant United States Attorney

| Exhibit No. | Description | Bate-Stamp Numbers, Other Identification | Witness(es) | Date Admitted | Identified |
|---|---|---|---|---|---|
| 27.4 | Photo Identification of Jose Angel Marrero Rodriguez | | | 02/17/26 | |
| 27.5 | Photo Identification of Jhonny Walther Izaguirre Lopez | | | 02/17/26 | |
| 27.6 | Photo Identification of Yoelys Prada Ramos | First Response to SDO, Folder 3, Files 73.1, 95.1 | | 02/17/26 | |
| | | **Exhibit 28 -- Jose Garcia** | | | |
| 28.1 | WhatsApp Chat with Jose Garcia IVAN FAMILY.txt | First Response to SDO, Folder 3.1, Serial 39 | | | |
| 28.2 | Calls from +52 771 760-1381, (IMG-20240620-WA0000.jpg) | First Response to SDO, Folder 3.1, Serial 39 | | | |
| 28.3 | Bot Marley.vcf | First Response to SDO, Folder 3.1, Serial 39 | | | |
| 28.4 | AUD-20240620-WA0006.opus | First Response to SDO, Folder 3.1, Serial 39 | | | |
| 28.4.1 | Transcription and Translation of Ex. 27.4 | Seventh Response to SDO | | | |
| 28.5 | Screen Shot of WhatsApp chat, (IMG-20240620-WA0005.jpg) | First Response to SDO, Folder 3.1, Serial 39 | | | |
| 28.5.1 | Transcription and Translation of Ex. 27.5 | Seventh Response to SDO | | | |
| 28.6 | AUD-20240620-WA0007.opus | First Response to SDO, 3.1, Serial 39 | | | |
| 28.6.1 | Transcription and Translation of Ex. 27.6 | Seventh Response to SDO | | | |
| 28.7 | Photo of Ivan Garcia Alfonso, (281J-MM-3925417_0000039_1A0000041_0000001.png) | First Response to SDO, Folder 3.1, Serial 39 | | 02/17/26 | |
| 28.8 | Photo of Ivan's back, (281J-MM-3925417_0000039_1A0000042_0000001.png) | First Response to SDO, Folder 3.1, Serial 39 | | 02/17/26 | |

Dwayne E. Williams
Assistant United States Attorney

*United States v. Victor Rafael Arcia Albeja, et al.,*
Case No. 24-cr-20397-ALTMAN(s)(s)(s)
Government's Exhibit List

Bertila Fernandez
Assistant United States Attorney

| Exhibit No. | Description | Bate-Stamp Numbers, Other Identification | Witness(es) | Date Admitted | Identified |
|---|---|---|---|---|---|
| | **Exhibit 29 -- Maxylary Cardenas** | | | | |
| 29.1 | WhatsApp Chat with MaxyLari IVAN Family.txt | First Response to SDO, Folder 3.1, Serial 48 | | | |
| 29.1.1 | Translation of Ex. 28.1 | Seventh Response to SDO | | | |
| 29.2 | AUD-20240620-WA0007.opus | First Response to SDO, Folder 3.1, Serial 48 | | | |
| 29.2.1 | Transcription and Translation of Ex. 28.2 | Seventh Response to SDO | | | |
| 29.3 | Screen Shot of WhatsApp Chat, (IMG-20240624-WA0000.jpg, IMG-20240624-WA0001.jpg, IMG-20240624-WA0002.jpg) | First Response to SDO, Folder 3.1, Serial 48 | | | |
| 29.3.1 | Translation of Ex. 28.3 | Seventh Response to SDO | | | |
| 29.4 | Ivan Garcia Alfonso's back, (IMG-20240624-WA0003.jpg) | First Response to SDO, Folder 3.1, Serial 48 | | 02/17/26 | |
| 29.5 | (225) 806-6517, Jhonny Izaguirre Lopez, (IMG-20240624-WA0004.jpg) | First Response to SDO, Folder 3.1, Serial 48 | | | |
| 29.6 | Audio of Jhonny Izaguirre Lopez, (AUD-20240624-WA0005.opus) | First Response to SDO, Folder 3.1, Serial 48 | | | |
| 29.6.1 | Transcription and Translation of Ex. 28.6 | Seventh Response to SDO | | | |
| 29.7 | 281J-MM-3925417_0000101_1A0000112_0000001.opus | First Response to SDO, Folder 3.1, Serial 101 | | | |
| | | | | | |
| | **Exhibit 30 -- Noylan Del Rio Quijano** | | | | |
| 30.1 | Photo Identification of Victor Rafael Arcia Albeja | First Response to SDO, Folder 4, File 79.1 | | 02/17/26 | |
| 30.2 | Photo Identification of Victor Manuel Perez Cardenas | Third Response to SDO, Serial 109, Photo Array | | 02/17/26 | |
| 30.3 | Photo Identification of Osmel Benitez | First Response to SDO, Folder 4, File 24.1 | | 02/17/26 | |
| 30.4 | Photo Identification of Jose Angel Marrero Rodriguez | First Response to SDO, Folder 4, File 42.3, 43.1 | | 02/17/26 | |

Dwayne E. Williams
Assistant United States Attorney

*United States v. Victor Rafael Arcia Albeja, et al.,*
Case No. 24-cr-20397-ALTMAN(s)(s)(s)
Government's Exhibit List

Bertila Fernandez
Assistant United States Attorney

| Exhibit No. | Description | Bate-Stamp Numbers, Other Identification | Witness(es) | Date Admitted | Identified |
|---|---|---|---|---|---|
| 30.5 | Photo Identification of Jhonny Walther Izaguirre Lopez | First Response to SDO, Folder 4, File 42.2, 43.2 | | 02/17/26 | |
| 30.6 | Photo Identification of Yoelys Prada Ramos | First Response to SDO, Folder 4, File 74.1 | | 02/17/26 | |
| | | | | | |
| **Exhibit 31 -- Jose Eduardo Vega** | | | | | |
| 31.1 | (281J-MM-3925417_0000040_1A0000045_ | | | | |
| 31.1.1 | Transcription and Translation of 31.1 | | | | |
| 31.2 | AUD-20240620-WA0003.mp4 | | | | |
| 31.3 | AUD-20240620-WA0004.mp4 | | | | |
| 31.3.1 | Transcription and Translation of 32.3 | | | | |
| 31.4 | Sab 18, May, "Naylen ..." | | | | |
| 31.4.1 | Transcription and Translation of 31.4.1 | | | | |
| 31.5 | "Cuanto bas a transferir ..." | | | | |
| 31.5.1 | Transcription and Translation of 31.5.1 | | | | |
| 31.6 | Screen Shot, texts with +52 771 760 1381, (281J-MM-3925417_0000040_1A0000045_ 0000010.jpg) | | | | |
| 31.6.1 | Translation and Transcription of 31.6.1 | | | | |
| 31.7 | Screen Shot, Jhonny Lopez (281J-MM-3925417_0000040_1A0000045_ 0000008.jpg) | | | | |
| 31.7.1 | Transcription and Translation 31.7.1 | | | | |
| 31.8 | Screen Shot, BPA Card, (281J-MM-3925417_0000040_1A0000045_ 0000007.jpg) | | | | |

Dwayne E. Williams
Assistant United States Attorney

*United States v. Victor Rafael Arcia Albeja, et al.,*
Case No. 24-cr-20397-ALTMAN(s)(s)(s)
Government's Exhibit List

Bertila Fernandez
Assistant United States Attorney

| Exhibit No. | Description | Bate-Stamp Numbers, Other Identification | Witness(es) | Date Admitted | Identified |
|---|---|---|---|---|---|
| 31.9 | Screen Shot, Jhonny Lopez +(225) 806-6517 (281J-MM-3925417_0000040_1A0000045_0000004.jpg) | | | | |
| 31.10 | Screen Shot, Photo of Jhonny Lopez, (281J-MM-3925417_0000040_1A0000045_0000005.jpg) | | | | |
| 31.11 | Screen Shot, text from +52 771 760 1381 Josi, (281J-MM-3925417_0000040_1A0000045_0000002.jpg) | | | | |
| 31.11.1 | Transcription and Translation of 31.11.1 | | | | |
| 31.12 | AUDIO-2024-06-20-13-19-10.mp3 | | | | |
| | **Exhibit 32 -- Richel Duenas, Yurelis Gonzalez Fernandez** | | | | |
| 32.1 | Screenshot "Zelle Mexicano recibio tu dinero. $400.00 Zelle Mexicano Registrado como Jose (832) 739-7866" (281J-MM-3925417_0000029_1A0000030_0000001.png) | First Response to SDO, Folder 4.1 | | 02/17/26 | |
| 32.2 | Screenshot "Estamos enviando tu dinero ahora. Jhonny Lopez lo recibira en unos minutos. $300.00 Jhonny Lopez Registrado como JHONY WALTHER I (225) 806-6517" (281J-MM-3925417_0000029_1A0000030_0000002.png) | First Response to SDO, Folder 4.1 | | 02/17/26 | |
| | **Exhibit 33 -- Jenifer Cordova** | | | | |

Dwayne E. Williams
Assistant United States Attorney

*United States v. Victor Rafael Arcia Albeja, et al.,*
Case No. 24-cr-20397-ALTMAN(s)(s)(s)
Government's Exhibit List

Bertila Fernandez
Assistant United States Attorney

| Exhibit No. | Description | Bate-Stamp Numbers, Other Identification | Witness(es) | Date Admitted | Identified |
|---|---|---|---|---|---|
| 33.1 | Photo Identification of Osmel Benitez | First Response to SDO, Folder 5, File 88.1 | | 02/11/26 | |
| 33.2 | Photo Identification of Osmel Benitez | First Response to SDO, Folder 5, File 88.2 | | 02/11/26 | |
| 33.3 | Photo Identification of Victor Rafael Arcia Albeja | First Response to SDO, Folder 5, File 88.3 | | 02/11/26 | |
| 33.4 | Photo Identification of Victor Manuel Perez Cardenas | First Response to SDO, Folder 5, File 88.4 | | 02/11/26 | |
| 33.5 | Photo Identification of Jose Angel Marrero Rodriguez | First Response to SDO, Folder 5, File 90.1 | | 02/11/26 | |
| 33.6 | Photo Identification of Jhonny Walther Izaguirre Lopez | First Response to SDO, Folder 5, File 90.2 | | | |
| 33.7 | Photo Identification of Yoelys Prada Ramos | First Response to SDO, Folder 5, File 97.1 | | | |
| | | | | | |
| **Exhibit 34 -- Victor Perez Cardenas** | | | | | |
| 34 | Plea Agreement, Perez Cardenas | | | 02/12/26 | |
| | | | | | |
| **Exhibit 35 -- Jhonny Walther Izaguirre Lopez** | | | | | |
| 35 | Plea Agreement, Izaguirre Lopez | | | 02/18/26 | |
| | | | | | |
| **Exhibit 36 -- Enterprise** | | | | | |
| 36.1 | Enterprise Rental Agreement Summary, RA#:4FDN5V, 281J-MM-3925417_0000007_1A0000011_0000001.pdf | First Response to SDO, Folder 19 | | 02/17/26 | |
| 36.2 | 41PX 5.20.24 Front Entrance.mp4 | First Response to SDO, Folder 19 | | | |

Dwayne E. Williams
Assistant United States Attorney

*United States v. Victor Rafael Arcia Albeja, et al.,*
Case No. 24-cr-20397-ALTMAN(s)(s)(s)
Government's Exhibit List

Bertila Fernandez
Assistant United States Attorney

| Exhibit No. | Description | Bate-Stamp Numbers, Other Identification | Witness(es) | Date Admitted | Identified |
|---|---|---|---|---|---|
| 36.3 | 41PX 5.20.24 Front Entrance leaving.mp4 | First Response to SDO, Folder 19 | | | |
| 36.4 | 36.4 281J-MM-3925417-GJ_0000021_1A0000020_0000001.mp4 | First Response to SDO, Folder 19 | | | |
| | | | | | |
| | **Exhibit 37 -- Yoelys Prada Ramos** | | | | |
| 37 | Plea Agreement, Prada Ramos | | | | |
| | | | | | |
| | **Exhibit 38 -- Osmel Benitez** | | | | |
| 38 | Plea Agreement, Benitez | | | 02/18/26 | |
| | | | | | |
| | **Exhibit 39 -- Videos with Captions** | | | | |
| 39.1 | exhibit 18.2 with captions | | | 02/17/26 | |
| 39.2 | exhibit 18.3 with captions | | | | |
| 39.3 | exhibit 21.20 with captions | | | 02/13/26 | |
| | | | | | |
| | **Exhibit 40 - FBI Special Agent Adam Goodrich, CAST** | | | | |
| 40 | Goodrich Final-281J-MM-3925417-Cuban Smuggling-Giber.pdf | | | 02/12/26 | |
| | | | | | |
| 41.1 | CBP document | 41.1 — 41.5 | | 02/17/26 | |
| | | | | | |
| 50 | Kastigar (for ID only) | | | 02/17/26 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Dwayne E. Williams
Assistant United States Attorney

*United States v. Victor Rafael Arcia Albeja, et al.,*
Case No. 24-cr-20397-ALTMAN(s)(s)(s)
Government's Exhibit List

Bertila Fernandez
Assistant United States Attorney

| Exhibit No. | Description | Bate-Stamp Numbers, Other Identification | Witness(es) | Date Admitted | Identified |
|---|---|---|---|---|---|
| | | | | | |

D1 ⟶ I zegsrme video      02/18/26