

# STATE OF FLORIDA
## DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
Time printed: 3/7/2025 9:54:50 AM

## Record Detail

| Customer Name: | Driver License Status: | | |
|---|---|---|---|
| OSMEL BENITEZ | Valid | | |
| **DL/ID:** B532-640-85-085-0 | **SSN:** ***-**-**** | | **Class:** E |
| **Previous DUI:** 0 This count reflects total DUI convictions on record. | **Previous DWLS:** 2 This count reflects total DWLS convictions on record. | | |

| | Address: 15800 NW 28TH PLACE OPA LOCKA, FL 33054-2263 | Date of Birth: 03/05/1985 | Gender: MALE | Height: 5' 10" |
|---|---|---|---|---|
| | Original License Issue Date: 03/10/2011 | Issued: 05/05/2020 | Expires: 03/05/2028 | Replaced: 11/27/2023 |
| | CDL Status: | | | |
| | Commercial Learners Permit (CLP) Status: | | | |
| | Form Number: 2311270398 | | | EIN: 0100554411523209 |
| REAL ID COMPLIANT | Citizen Status: IMMIGRANT | Country of Birth: CUBA | State of Birth: | Alien Registration Number: |
| | Race: HISPANIC/LATINO | | | |

| Current Restrictions: B - CORRECTIVE LENSES | Current Endorsements: | Conditional Messages: |
|---|---|---|



GOVERNMENT EXHIBIT
CASE NO. 24-CR-20397-RKA
EXHIBIT NO. 1.1

FDHS&MV-001

As Chief, of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the State of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.



# STATE OF FLORIDA
## DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
Time printed: 3/7/2025 9:54:15 AM
Name: OSMEL BENITEZ
DL/ID: B532-640-85-085-0

### Current Address

| Address | County | Address Type | Change Date |
|---|---|---|---|
| 15800 NW 28TH PLACE OPA LOCKA, FL 33054-2263 | MIAMI-DADE | RESIDENTIAL | 11/27/2023 |
| 15800 NW 28TH PLACE OPA LOCKA, FL 33054-2263 | MIAMI-DADE | MAILING | 02/08/2024 |

### Address History

| Address | County | Address Type | Change Date |
|---|---|---|---|
| 15800 NW 28TH PLACE OPA LOCKA, FL 33054-2263 | MIAMI-DADE | MAILING | 08/14/2019 |
| 15800 NW 28TH PLACE OPA LOCKA, FL 33054-2263 | MIAMI-DADE | RESIDENTIAL | 08/14/2019 |
| 15800 NW 28TH PLACE OPA LOCKA, FL 33054-2263 | MIAMI-DADE | MAILING | 08/14/2019 |
| 15800 NW 28TH PLACE OPA LOCKA, FL 33054-2263 | MIAMI-DADE | RESIDENTIAL | 08/14/2019 |
| 15800 NW 28TH PL OPA LOCKA, FL 33054-2263 | MIAMI-DADE | MAILING | 07/30/2019 |
| 15800 NW 28TH PL OPA LOCKA, FL 33054-2263 | MIAMI-DADE | RESIDENTIAL | 07/30/2019 |
| 526 E 55TH ST HIALEAH, FL 33013 | MIAMI-DADE | MAILING | 12/13/2017 |
| 526 E 55TH ST HIALEAH, FL 33013 | MIAMI-DADE | RESIDENTIAL | 12/13/2017 |
| 526 E 55TH ST HIALEAH, FL 33013 | MIAMI-DADE | MAILING | 08/18/2017 |
| 526 E 55TH ST HIALEAH, FL 33013 | MIAMI-DADE | RESIDENTIAL | 08/18/2017 |
| 11201 SW 55TH ST UNIT 34 MIRAMAR, FL 33025-3103 | BROWARD | MAILING | 03/29/2016 |
| 11201 SW 55TH ST UNIT 34 MIRAMAR, FL 33025-3103 | BROWARD | RESIDENTIAL | 03/29/2016 |
| 11201 SW 55TH ST UNIT 34 MIRAMAR, FL 33025-3103 | BROWARD | MAILING | 10/26/2015 |

FDHS&MV-003

As Chief, of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the State of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

FDHS&MV-004

| Address | County | Address Type | Change Date |
|---|---|---|---|
| 11201 SW 55TH ST UNIT 34<br>MIRAMAR, FL 33025-3103 | BROWARD | RESIDENTIAL | 10/26/2015 |
| 11201 SW 55TH ST UNIT 34<br>MIRAMAR, FL 33025-3103 | BROWARD | MAILING | 08/17/2015 |
| 11201 SW 55TH ST UNIT 34<br>MIRAMAR, FL 33025-3103 | BROWARD | RESIDENTIAL | 08/17/2015 |
| 1075 W 68TH ST APT 403<br>HIALEAH, FL 33014-5132 | MIAMI-DADE | MAILING | 07/31/2013 |
| 1075 W 68TH ST APT 403<br>HIALEAH, FL 33014 | MIAMI-DADE | MAILING | 07/18/2013 |
| 1075 W 68TH ST APT 403<br>HIALEAH, FL 33014 | MIAMI-DADE | RESIDENTIAL | 07/18/2013 |
| 1075 W 68TH ST APT 403<br>HIALEAH, FL 33014 | MIAMI-DADE | MAILING | 06/24/2013 |
| 1075 W 68TH ST APT 403<br>HIALEAH, FL 33014 | MIAMI-DADE | MAILING | 12/18/2012 |
| 1075 W 68TH ST APT 403<br>HIALEAH, FL 33014 | MIAMI-DADE | RESIDENTIAL | 12/18/2012 |
| 1075 W 68TH ST APT 403<br>HIALEAH, FL 33014 | MIAMI-DADE | MAILING | 04/26/2012 |
| 1075 W 68TH ST APT 403<br>HIALEAH, FL 33014 | MIAMI-DADE | RESIDENTIAL | 04/26/2012 |
| 1075 W 68TH ST APT 403<br>HIALEAH, FL 33014 | MIAMI-DADE | MAILING | 04/26/2012 |
| 1075 W 68TH ST APT 403<br>HIALEAH, FL 33014 | MIAMI-DADE | RESIDENTIAL | 04/26/2012 |
| 1075 W 68TH ST APT 403<br>HIALEAH, FL 33014 | MIAMI-DADE | MAILING | 03/22/2011 |
| 1075 W 68TH ST APT 403<br>HIALEAH, FL 33014 | MIAMI-DADE | RESIDENTIAL | 03/22/2011 |
| 1075 W 68TH ST APT 403<br>HIALEAH, FL 33014 | MIAMI-DADE | MAILING | 03/10/2011 |
| 1075 W 68TH ST APT 403<br>HIALEAH, FL 33014 | MIAMI-DADE | RESIDENTIAL | 03/10/2011 |
| 1075 W 68TH ST APT 403<br>HIALEAH, FL 33014 | MIAMI-DADE | MAILING | 03/10/2011 |
| 1075 W 68TH ST APT 403<br>HIALEAH, FL 33014 | MIAMI-DADE | RESIDENTIAL | 03/10/2011 |

As Chief, of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the State of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

FDHS&MV-006

| Address | County | Address Type | Change Date |
|---|---|---|---|
| 1075 W 68TH ST HIALEAH, FL 33014 | MIAMI-DADE | MAILING | 03/10/2011 |
| 1075 W 68TH ST HIALEAH, FL 33014 | MIAMI-DADE | RESIDENTIAL | 03/10/2011 |
| 1075 W 68TH ST HIALEAH, FL 33014 | MIAMI-DADE | MAILING | 03/08/2011 |
| 1075 W 68TH ST HIALEAH, FL 33014 | MIAMI-DADE | RESIDENTIAL | 03/08/2011 |
| 1075 W 68TH ST HIALEAH, FL 33014 | MIAMI-DADE | MAILING | 03/08/2011 |
| 1075 W 68TH ST HIALEAH, FL 33014 | MIAMI-DADE | RESIDENTIAL | 03/08/2011 |
| 1075 W 68TH ST HIALEAH, FL 33014 | MIAMI-DADE | MAILING | 03/07/2011 |
| 1075 W 68TH ST HIALEAH, FL 33014 | MIAMI-DADE | RESIDENTIAL | 03/07/2011 |
| 1075 W 68TH ST HIALEAH, FL 33014 | MIAMI-DADE | MAILING | 03/07/2011 |
| 1075 W 68TH ST HIALEAH, FL 33014 | MIAMI-DADE | RESIDENTIAL | 03/07/2011 |
| 1075 W 68 ST HIALEAH, FL 33014 | MIAMI-DADE | MAILING | 03/07/2011 |
| 1075 W 68 ST HIALEAH, FL 33014 | MIAMI-DADE | RESIDENTIAL | 03/07/2011 |

As Chief, of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the State of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

FDHS&MV-008