

# STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
Time printed: 3/7/2025 9:57:37 AM

## Record Detail

| Customer Name: | Driver License Status: |
|---|---|
| VICTOR RAFAEL ARCIA ALBEJA | Suspended on 06/18/2024 |

| DL/ID: | SSN: | Class: |
|---|---|---|
| A624-876-93-221-0 | ***-**-**** | E - Learners |

| Previous DUI: 0 | Previous DWLS: 0 |
|---|---|
| This count reflects total DUI convictions on record. | This count reflects total DWLS convictions on record. |

| Address: | Date of Birth: | Gender: | Height: |
|---|---|---|---|
| 4111 NW 37TH AVE<br>MIAMI, FL 33142-4249 | 06/21/1993 | MALE | 5' 10" |

| Original License Issue Date: | Issued: | Expires: | |
|---|---|---|---|
| 02/02/2024 | 02/02/2024 | 02/02/2025 | |

**CDL Status:**

**Commercial Learners Permit (CLP) Status:**

| Form Number: | | | EIN: |
|---|---|---|---|
| 2402020377 | | | |

| Citizen Status: | Country of Birth: | State of Birth: | Alien Registration Number: |
|---|---|---|---|
| NON IMMIGRANT | CUBA | | |

TEMPORARY
REAL ID COMPLIANT

| Race: |
|---|
| HISPANIC/LATINO |

| Current Restrictions: | Current Endorsements: | Conditional Messages: |
|---|---|---|
| | | Class E Temporary Permit Until 04/02/2024 |



GOVERNMENT EXHIBIT
CASE NO. 24-CR-20394-RKA
EXHIBIT NO. 1.2

FDHS&MV-031

As Chief, of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the State of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

FDHS&MV-032



# STATE OF FLORIDA
### DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
Time printed: 3/7/2025 9:57:13 AM
Name: VICTOR RAFAEL ARCIA ALBEJA
DL/ID: A624-876-93-221-0

## Current Address

| Address | County | Address Type | Change Date |
|---|---|---|---|
| 4111 NW 37TH AVE<br>MIAMI, FL 33142-4249 | MIAMI-DADE | RESIDENTIAL | 02/02/2024 |
| 4111 NW 37TH AVE<br>MIAMI, FL 33142-4249 | MIAMI-DADE | MAILING | 02/02/2024 |

## Address History

| Address | County | Address Type | Change Date |
|---|---|---|---|
| 4111 NW 37TH AVE<br>MIAMI, FL 33142-4249 | MIAMI-DADE | RESIDENTIAL | 02/02/2024 |

FDHS&MV-033

As Chief, of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the State of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

FDHS&MV-034