

# STATE OF FLORIDA
### DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
Time printed: 3/7/2025 9:59:52 AM

## Record Detail

| Customer Name: | Driver License Status: |
|---|---|
| VICTOR MANUEL PEREZ CARDENAS | Valid - Pending Suspension on 03/24/2025<br>Chargeable Under 322.34(10)(a) |

| DL/ID: | SSN: | Class: |
|---|---|---|
| P607-169-50-900-0 | ***-**-**** | E |

| Previous DUI: 0 | Previous DWLS: 0 |
|---|---|
| This count reflects total DUI convictions on record. | This count reflects total DWLS convictions on record. |

| Address: | Date of Birth: | Gender: | Height: |
|---|---|---|---|
| 10410 N 22ND ST<br>TAMPA, FL 33612-6012 | 10/17/1985 | MALE | 5' 7" |

| Original License Issue Date: | Issued: | Expires: | Replaced: |
|---|---|---|---|
| 11/23/2021 | 04/15/2024 | 10/17/2032 | 10/23/2024 |

**CDL Status:** Non Eligible

**Commercial Learners Permit (CLP) Status:**

| Form Number: | EIN: |
|---|---|
| 2410230082 | 0100541083224058 |

| Citizen Status: | Country of Birth: | State of Birth: | Alien Registration Number: |
|---|---|---|---|
| IMMIGRANT | CUBA | | |

**Race:** HISPANIC/LATINO

ORGAN DONOR
REAL ID COMPLIANT

| Current Restrictions: | Current Endorsements: | Conditional Messages: |
|---|---|---|

**GOVERNMENT EXHIBIT**
CASE NO. 24-CR-20397-RKA
EXHIBIT NO. 1.3

FDHS&MV-045

As Chief, of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the State of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

FDHS&MV-046



## STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
Time printed: 3/7/2025 9:59:27 AM
Name: VICTOR MANUEL PEREZ CARDENAS
DL/ID: P607-169-50-900-0

### Current Address

| Address | County | Address Type | Change Date |
|---|---|---|---|
| 10410 N 22ND ST TAMPA, FL 33612-6012 | HILLSBOROUGH | RESIDENTIAL | 10/23/2024 |
| 10410 N 22ND ST TAMPA, FL 33612-6012 | HILLSBOROUGH | MAILING | 10/23/2024 |

### Address History

| Address | County | Address Type | Change Date |
|---|---|---|---|
| 2919 W WILDER AVE TAMPA, FL 33614 | HILLSBOROUGH | RESIDENTIAL | 04/15/2024 |
| 2919 W WILDER AVE TAMPA, FL 33614 | HILLSBOROUGH | RESIDENTIAL | 07/29/2022 |
| 2919 W WILDER AVE TAMPA, FL 33614 | HILLSBOROUGH | MAILING | 07/29/2022 |
| 4909B 22ND ST W BRADENTON, FL 34207 | MANATEE | RESIDENTIAL | 11/23/2021 |
| 4909B 22ND ST W BRADENTON, FL 34207 | MANATEE | MAILING | 11/18/2021 |
| 4909B 22ND ST W BRADENTON, FL 34207 | MANATEE | RESIDENTIAL | 11/18/2021 |

FDHS&MV-047

As Chief, of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the State of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

FDHS&MV-048



## STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
Time printed: 3/7/2025 10:00:46 AM

**Signature Array**

Digital images are restricted for use pursuant to S.322.142(4), Florida Statutes - images include photographs and signatures.

**Customer Name:** VICTOR MANUEL PEREZ CARDENAS
**DL/ID:** P607-169-50-900-0
**Birth Date:** 10/17/1985
**Race/Sex:** H / M

## Signature Array

| Image | License No | Name | Transaction Date | Void | Signature |
|---|---|---|---|---|---|
| 1 | P607-169-50-900-0 | VICTOR MANUEL PEREZ CARDENAS | 10/23/2024 | NO | V/M |
| 2 | P626-873-85-377-0 | VICTOR MANUEL PEREZ CARDENAS | 04/15/2024 | NO | V.M |
| 3 | P626-873-85-377-0 | VICTOR MANUEL PEREZ CARDENAS | 07/29/2022 | NO | VM |
| 4 | P626-873-85-377-0 | VICTOR MANUEL PEREZ CARDENAS | 11/23/2021 | NO | V.M. |
| 5 | P626-860-85-377-0 | VICTOR PEREZ CARDENAS | 11/23/2021 | NO | V.M. |
| 6 | P626-860-85-377-0 |  | 11/23/2021 | NO | V.M. |

FDHS&MV-057

As Chief, of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the State of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

| Image | License No | Name | Transaction Date | Void | |
|---|---|---|---|---|---|
| 7 | P626-860-85-377-0 | VICTOR PEREZ CARDENAS | 11/18/2021 | NO | J.M. |

As Chief, of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the State of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

FDHS&MV-060