


# TEXAS DEPARTMENT OF PUBLIC SAFETY

5805 N LAMAR BLVD • BOX 4087 • AUSTIN, TEXAS 78773-0001

www.dps.texas.gov
DRIVER LICENSE DIVISION
512-424-2600
EN ESPANOL 512-424-7181

FREEMAN F. MARTIN
COLONEL
WALT GOODSON
JASON C. TAYLOR
LIEUTENANT COLONELS

STEVEN P. MACH, CHAIRMAN
NELDA L. BLAIR
DAN HORD III
LARRY B. LONG
STEVEN H. STODGHILL

**CERTIFIED ABSTRACT RECORD - LAW ENFORCEMENT: 04/29/2025**

- THIS TYPE OF RECORD WILL REFLECT COMPLETION OF A DRIVING SAFETY COURSE.
- THIS RECORD REFLECTS ENFORCEMENT ACTIONS, CONVICTIONS, AND CRASH INVOLVEMENTS THAT ARE ALLOWED TO BE DISPLAYED BY LAW.

**REQUESTED BY:**

FEDERAL BUREAU OF INVESTIGATION,
ATTN SIXELA MELENDEZ
2030 SW 14TH AVENUE
MIRAMAR, FL 33027

**MARRERO RODRIGUEZ, JOSE ANGEL**

7912 BELLAIRE BLVD APT 806
HOUSTON, TX 77036
REPORT OF APPROVED DRIVER EDUCATION COURSE.

Date of Birth: 06/20/1973
Sex: FEMALE
Eye Color: MAROON

## DRIVER LICENSE AND COMMERCIAL LEARNERS PERMIT INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Driver License Number:** | 50063506 | License Type: | DL | License Class: | C |
| Date Originally Issued: | 11/21/2023 | Date Last Issued: | 11/27/2023 | Date of Expiration: | 06/20/2032 |
| Restrictions: | NONE | | | | |
| Endorsements: | NONE | | | | |

**STATUS INFORMATION**   *Driver eligibility reflects a person's eligibility to drive at the time this document was requested. Administrative Status details additional notes related to the person's record that do not affect driving eligibility.*

**Driver Eligibility:** ELIGIBLE
Administrative Status: NONE

**ENFORCEMENT ACTION HISTORY**   *This section displays enforcement actions that may affect a person's eligibility to drive. Additional information pertaining to any event related to the enforcement action can be found in the Event Section of this record.*

THE RECORD CONTAINS NO HISTORY OF ENFORCEMENT ACTIONS

**DRIVER RESPONSIBILITY PROGRAM (DRP)**   *This section displays information relating the Driver Responsibility Program. Any suspension action resulting from a notice will be referenced in the Enforcement Action History Section.*

THE RECORD CONTAINS NO HISTORY OF DRP CASES

**EVENT HISTORY**   *This section displays information relating to convictions, crash involvement, safety courses completed, out-of-state surrendered license history and education program certificates.*

**EVENT 1** | **CONVICTION** | **SPEEDING - SPEED LIMIT AND ACTUAL SPEED (DETAIL REQUIRED)**
Offense Date: 11/02/2024 | Conviction Date: 01/27/2025

Page 1

**GOVERNMENT EXHIBIT**
AO386-C
CASE NO. 24-CR-20397-RKA
EXHIBIT NO. 2

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   |   | State: | GA | Court Name: | Civil Court (offense = Out of State) |
|   |   | Reference Number: | 0027958259 |   |   |
| CMV: | NO | HAZMAT: | NO | CDL: | NO |
| **EVENT 2**<br>Offense Date: | **CONVICTION**<br>11/02/2024 | **CHILD OR YOUTH RESTRAINT NOT USED PROPERLY AS REQUIRED** |   |   |   |
|   |   | Conviction Date: | 01/27/2025 |   |   |
|   |   | State: | GA | Court Name: | Civil Court (offense = Out of State) |
|   |   | Reference Number: | 0027958270 |   |   |
| CMV: | NO | HAZMAT: | NO | CDL: | NO |
| **EVENT 3**<br>Offense Date: | **CONVICTION**<br>10/19/2024 | **SPEEDING - SPEED LIMIT AND ACTUAL SPEED (DETAIL REQUIRED)** |   |   |   |
|   |   | Conviction Date: | 11/06/2024 |   |   |
|   |   | State: | MO | Court Name: | Circuit Court (offense = Out of State) |
|   |   | Reference Number: | 704507309 |   |   |
| CMV: | NO | HAZMAT: | NO | CDL: | NO |
| **EVENT 4**<br>Offense Date: | **CONVICTION**<br>02/23/2024 | **SPEEDING EQUAL TO OR GREATER THAN 10% ABOVE POSTED LIMIT** |   |   |   |
|   |   | Conviction Date: | 03/19/2024 | County: | CALDWELL |
|   |   | State: | TX | Court Name: | Justice of the Peace Court (offense = Texas Court) |
| Case/Cause/Docket No: 00JP234101 |   |   |   |   |   |
| CMV: | NO | HAZMAT: | NO | CDL: | NO |

Pursuant to the authority contained in the Texas Rules of Evidence 902, Section 4, and Transportation Code, Section 521, I, Mimzie L. Dennis, do hereby certify that I am the custodian of driver records of the Driver License Division, Texas Department of Public Safety. The information contained herein is true and correct as taken from our official records. This is to certify that notices of convictions for the traffic law violations and incidents of motor vehicle crash involvement are received and recorded, along with the official action by the Department of Public Safety, in the computer records of JOSE ANGEL MARRERO RODRIGUEZ.

In Testimony Whereof, I hereunto set my hand and affix the Seal of the Department of Public Safety of the State of Texas on 04/29/2025.



Mimzie L. Dennis
Texas Department of Public Safety

End of Record

## Texas Department of Public Safety

| | | | |
|---|---|---|---|
| **DL/ID:** | 50063506 | **Class:** | C |
| **Name:** | MARRERO RODRIGUEZ, JOSE ANGEL | **Station:** | |
| **Date of Birth:** | 06-20-1973 | **ImageDate:** | 11-27-2023 |
| **Expiration Date:** | 06-20-2032 | **Image Index:** | S379139948 |
| **Race:** | W | **Sex:** | F |
| **Height:** | 5-10 | **Weight:** | 190 |
| **Eye Color:** | MAR | **Hair Color:** | Black |

**Address:** 7912 BELLAIRE BLVD APT 806, HOUSTON, TX 77036



[Search]  [Newer Photo]  [Older Photo]  [Exit]

**OFFICIAL LAW ENFORCEMENT ONLY**
Violations subject to civil and criminal penalties and termination of access.