

**U.S. Customs and Border Protection**

1300 Pennsylvania Avenue, NW
Washington, DC 20229

June 13, 2025

I, Nael A. Samha, HEREBY CERTIFY that the attached document listed and described below are true and correct data extract (or copies of digital images) collected and maintained in U.S. Customs and Border Protection's (CBP) Automated Targeting System (ATS) in the ordinary course of CBP business, and that I am the Custodian of Records for ATS.

Based on my responsibilities and duties and information made available to me by my staff and other knowledgeable CBP personnel in the course of performing my duties and responsibilities, I have knowledge about ATS, its use by CBP, and the relevant record-keeping practices of CBP as it relates to ATS. My position affords me with the ability to access data recorded and maintained in ATS.

A search for information collected by CBP and maintained in ATS (subset search restricted to CBPOne records) for *PRADA Ramos, Yoelys, DOB: 9/4/1980* was performed. The date queried was *July 26, 2023*. The results of the query, for the selected field(s), are reflected in the attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

NAEL A SAMHA
Digitally signed by NAEL A SAMHA
Date: 2025.06.12 15:12:05 -04'00'

Signature

Nael A. Samha
Custodian of Records for ATS
Office of Information and Technology
U.S. Customs and Border Protection



I HEREBY CERTIFY that Nael A. Samha, who signed the foregoing certificate was at the time of signing Custodian of Records of CBP for ATS and as such, was the legal custodian of the above listed document, and that full faith and credit should be given to such certificate.

IN TESTIMONY WHEREOF I have hereunto set my hand and caused the seal of the Department of Homeland Security to be affixed this _13TH_ day of _JUNE_ Two Thousand and Twenty-Four.

By direction of the Secretary, U.S. Department of Homeland Security:

Printed Name:  Stephen P. Parshley



AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 24-CR-20397-RKA
EXHIBIT NO. 3

| ADVNC_LB_TRVLR_ID | CNFIRMTN_NBR | FRST_NM | LST_NM | DOB_DT | CTZNSHP_CTRY_CD | RQSTD_POE_CD | RQSTD_ENTRY_DT |
|---|---|---|---|---|---|---|---|
| 2442070 | 10440903 | YOELYS | PRADA | 4-Sep-80 | CUB | | |

PHOTO

