3939097
06/09/2024



# WIRELESS SUBSCRIBER INFORMATION

287282155902

### Financial Liable Party

| | |
|---|---|
| **Name:** | LOPEZ M. CONSTRUCTION LLC |
| **Credit Address:** | 10850 ARNOLD RD, DENHAM SPRINGS, LA 70726 |

| | | | |
|---|---|---|---|
| **Customer Since:** | 01/01/2018 | | |
| **Photo ID Type:** | | **Photo ID State:** | |
| **Photo ID Number:** | | | |
| **DOB:** | | **SSN/TaxID/FEIN:** | |

| | | | |
|---|---|---|---|
| **Contact Name:** | JOHNNY LOPEZ | | |
| **Contact Home Phone:** | (111) 111-0001 | **Contact Work Phone:** | (225) 806-6517 |
| **Contact Home Email:** | LOPEZMCONSTRUCTIONLLC@GMAIL.COM | **Contact Work Email:** | |

### Billing Party

| | |
|---|---|
| **Account Number:** | 287282155902 |
| **Name:** | LOPEZ M. CONSTRUCTION LLC |
| **Billing Address:** | 10850 ARNOLD RD, DENHAM SPRINGS, LA 70726 |

| | | | |
|---|---|---|---|
| **Account Status:** | Active | **Billing Cycle:** | 26 |

### User Information

| | | | |
|---|---|---|---|
| **MSISDN:** | (225) 806-6517 | **IMSI:** | 310280020248751 |
| **MSISDN Active:** | 01/01/2018 - Current | | |
| **Name:** | JOHNNY LOPEZ | | |
| **User Address:** | 10067 EL SCOTT AVE, BATON ROUGE, LA 70811 | | |
| **Service Start Date:** | 01/01/2018 | **Dealer Info:** | C9BE8 C9BE8 C9BE8 |
| **Payment Type:** | Postpaid | | |
| **Contact Name:** | JOHNNY LOPEZ | | |
| **Contact Home Phone:** | | **Contact Work Phone:** | |
| **Contact Home Email:** | LOPEZMCONSTRUCTIONLLC@GMAIL.COM | **Contact Work Email:** | |

### Status Change History

| Status Change Reason | Status Change Date |
|---|---|
| | |

**AT&T PROPRIETARY**

The information contained here is for use by authorized person only and is not for general distribution.



GOVERNMENT EXHIBIT
CASE NO. 24-CR-20397-RKA
EXHIBIT NO. 4.1

AT&T 3939097-000001