

```
3939097
06/09/2024
```

AT&T has queried for records from 05/16/2024 12:00:00am to 05/29/2024 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

```
Run Date:         06/09/2024
Run Time:         12:00:52
Voice Usage For:  (225)806-6517
```

| Item | ConnDateTime (UTC) | Originating Number | Sec. Originating Number | Dialed Number | Elapsed Time | Orig Country | Dial Country | In Country | Out Country | Answer Ind | From CPN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05/16/24 17:11:31 | 2259324758 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 2 | 05/16/24 17:11:40 | 2259324758 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 3 | 05/16/24 19:55:10 | 3464442757 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 4 | 05/16/24 21:16:40 | 8886072664 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 5 | 05/16/24 21:16:43 | 8886072664 | | 2258066517 | 0:00 | usa | usa | usa | usa | No | Yes |
| 6 | 05/16/24 21:29:17 | 8886072664 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 7 | 05/16/24 21:29:20 | 8886072664 | | 2258066517 | 0:00 | usa | usa | usa | usa | No | Yes |
| 8 | 05/16/24 21:29:29 | 8886072664 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 9 | 05/16/24 23:14:08 | 8886072664 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 10 | 05/16/24 23:14:10 | 8886072664 | | 2258066517 | 0:00 | usa | usa | usa | usa | No | Yes |
| 11 | 05/16/24 23:14:27 | 8886072664 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 12 | 05/16/24 23:14:33 | 8886072664 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 13 | 05/16/24 23:38:53 | 8886072664 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 14 | 05/16/24 23:39:22 | 8886072664 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 15 | 05/17/24 15:38:13 | 2254502141 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 16 | 05/17/24 16:38:36 | 2256732484 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 17 | 05/17/24 16:49:40 | 9854498580 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 18 | 05/17/24 17:58:51 | 7258888068 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 19 | 05/17/24 18:10:04 | 9853482627 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 20 | 05/18/24 03:39:37 | 50488584704 | | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | No | Yes |
| 21 | 05/18/24 03:39:40 | 50488584704 | | 2258066517 | 0:00 | hndrs | usa | usa | usa | No | Yes |
| 22 | 05/18/24 03:40:05 | 50488584704 | | 2258066517 | 0:07 | hndrs | usa | usa | usa | Yes | Yes |
| 23 | 05/18/24 14:53:52 | 50488584704 | | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 24 | 05/18/24 14:53:52 | 50488584704 | | 2258066517 | 0:03 | hndrs | usa | unkno | unkno | Yes | Yes |
| 25 | 05/18/24 14:53:52 | 50488584704 | | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 26 | 05/18/24 14:53:52 | 50488584704 | | 2258066517 | 0:03 | hndrs | usa | unkno | unkno | Yes | Yes |
| 27 | 05/18/24 14:53:52 | 50488584704 | | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 28 | 05/18/24 14:53:52 | 50488584704 | | 2258066517 | 0:03 | hndrs | usa | unkno | unkno | Yes | Yes |
| 29 | 05/18/24 14:53:52 | 50488584704 | | 2258066517 | 0:03 | hndrs | usa | usa | usa | Yes | Yes |
| 30 | 05/18/24 14:54:32 | 50488584704 | | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | No | Yes |
| 31 | 05/18/24 14:54:32 | 50488584704 | | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | No | Yes |
| 32 | 05/18/24 14:54:32 | 50488584704 | | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | No | Yes |
| 33 | 05/18/24 14:54:57 | 50488584704 | | 2258066517 | 0:00 | hndrs | usa | usa | usa | No | Yes |
| 34 | 05/18/24 18:03:05 | 50492811718 | | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 35 | 05/18/24 18:03:05 | 50492811718 | | 2258066517 | 0:04 | hndrs | usa | unkno | unkno | Yes | Yes |
| 36 | 05/18/24 18:03:05 | 50492811718 | | 2258066517 | 0:04 | hndrs | usa | usa | usa | Yes | Yes |
| 37 | 05/18/24 18:11:28 | 9999999999 | 2258066517 | 50492811718 | 0:00 | unkno | hndrs | usa | usa | No | No |



GOVERNMENT EXHIBIT
A0386-C
CASE NO. 24-CR-20397-RKA
EXHIBIT NO. 4.4

**AT&T Proprietary**
ICDR indicates the call record was obtained from AT&T's International Call Detail Records report.  AT&T may not have handled the call from end to end.
AT&T handled the leg of the call as presented in this call detail record.

The information contained here is for use by authorized persons only and is not for distribution.

AT&T-3939097-000086



```
3939097
06/09/2024
```

INTERNATIONAL
INTERNACIONAL

AT&T has queried for records from 05/16/2024 12:00:00am to 05/29/2024 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:        06/09/2024
Run Time:        12:00:52
Voice Usage For: (225)806-6517

| Item | ConnDateTime (UTC) | Originating Number | Sec. Originating Number | Dialed Number | Elapsed Time | Orig Country | Dial Country | In Country | Out Country | Answer Ind | From CPN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 38 | 05/18/24 18:11:29 | 2258066517 |  | 50492811718 | 0:00 | usa | hndrs | unkno | unkno | No | Yes |
| 39 | 05/18/24 18:11:30 | 9999999999 | 2258066517 | 50492811718 | 0:00 | unkno | hndrs | usa | usa | No | No |
| 40 | 05/18/24 21:34:19 | 50492811718 |  | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 41 | 05/18/24 21:34:19 | 50492811718 |  | 2258066517 | 0:02 | hndrs | usa | unkno | unkno | Yes | Yes |
| 42 | 05/18/24 21:34:19 | 50492811718 |  | 2258066517 | 0:02 | hndrs | usa | usa | usa | Yes | Yes |
| 43 | 05/19/24 01:03:14 | 50492811718 |  | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 44 | 05/19/24 01:03:14 | 50492811718 |  | 2258066517 | 0:03 | hndrs | usa | unkno | unkno | Yes | Yes |
| 45 | 05/19/24 01:03:14 | 50492811718 |  | 2258066517 | 0:03 | hndrs | usa | usa | usa | Yes | Yes |
| 46 | 05/19/24 03:39:10 | 50492811718 |  | 2258066517 | 0:03 | hndrs | usa | usa | usa | Yes | Yes |
| 47 | 05/19/24 03:39:10 | 50492811718 |  | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 48 | 05/19/24 03:39:10 | 50492811718 |  | 2258066517 | 0:03 | hndrs | usa | unkno | unkno | Yes | Yes |
| 49 | 05/19/24 14:05:22 | 50492811718 |  | 2258066517 | 0:04 | hndrs | usa | usa | usa | Yes | Yes |
| 50 | 05/19/24 14:05:22 | 50492811718 |  | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 51 | 05/19/24 14:05:22 | 50492811718 |  | 2258066517 | 0:04 | hndrs | usa | unkno | unkno | Yes | Yes |
| 52 | 05/19/24 16:06:39 | 50492811718 |  | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 53 | 05/19/24 16:06:39 | 50492811718 |  | 2258066517 | 0:39 | hndrs | usa | unkno | unkno | Yes | Yes |
| 54 | 05/19/24 16:06:39 | 50492811718 |  | 2258066517 | 0:39 | hndrs | usa | usa | usa | Yes | Yes |
| 55 | 05/19/24 16:09:30 | 50492811718 |  | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | No | Yes |
| 56 | 05/19/24 16:09:56 | 50492811718 |  | 2258066517 | 0:00 | hndrs | usa | usa | usa | No | Yes |
| 57 | 05/19/24 16:10:24 | 50492811718 |  | 2258066517 | 0:41 | hndrs | usa | usa | usa | Yes | Yes |
| 58 | 05/19/24 16:10:25 | 50492811718 |  | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 59 | 05/19/24 16:10:25 | 50492811718 |  | 2258066517 | 0:40 | hndrs | usa | unkno | unkno | Yes | Yes |
| 60 | 05/19/24 16:46:08 | 50492811718 |  | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 61 | 05/19/24 16:46:08 | 50492811718 |  | 2258066517 | 0:03 | hndrs | usa | unkno | unkno | Yes | Yes |
| 62 | 05/19/24 16:46:08 | 50492811718 |  | 2258066517 | 0:04 | hndrs | usa | usa | usa | Yes | Yes |
| 63 | 05/19/24 16:46:45 | 50492811718 |  | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 64 | 05/19/24 16:46:45 | 50492811718 |  | 2258066517 | 1:18 | hndrs | usa | unkno | unkno | Yes | Yes |
| 65 | 05/19/24 16:46:45 | 50492811718 |  | 2258066517 | 1:18 | hndrs | usa | usa | usa | Yes | Yes |
| 66 | 05/19/24 23:19:39 | 50488584704 |  | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 67 | 05/19/24 23:19:39 | 50488584704 |  | 2258066517 | 0:03 | hndrs | usa | unkno | unkno | Yes | Yes |
| 68 | 05/19/24 23:19:39 | 50488584704 |  | 2258066517 | 0:03 | hndrs | usa | usa | usa | Yes | Yes |
| 69 | 05/20/24 17:39:30 | 50488584704 |  | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | No | Yes |
| 70 | 05/20/24 17:39:30 | 50488584704 |  | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | No | Yes |
| 71 | 05/20/24 17:39:55 | 50488584704 |  | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 72 | 05/20/24 17:39:55 | 50488584704 |  | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 73 | 05/20/24 17:39:55 | 50488584704 |  | 2258066517 | 0:00 | hndrs | usa | usa | usa | Yes | Yes |
| 74 | 05/20/24 19:33:27 | 50488584704 |  | 2258066517 | 0:04 | hndrs | usa | usa | usa | Yes | Yes |

**AT&T Proprietary**
ICDR indicates the call record was obtained from AT&T's International Call Detail Records report.  AT&T may not have handled the call from end to end.
AT&T handled the leg of the call as presented in this call detail record.

The information contained here is for use by authorized persons only and is not for distribution.

AT&T-3939097-000087



AT&T has queried for records from 05/16/2024 12:00:00am to 05/29/2024 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 06/09/2024
Run Time: 12:00:52
Voice Usage For: (225)806-6517

| Item | ConnDateTime (UTC) | Originating Number | Sec. Originating Number | Dialed Number | Elapsed Time | Orig Country | Dial Country | In Country | Out Country | Answer Ind | From CPN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 75 | 05/20/24 19:34:03 | 50488584704 | | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 76 | 05/20/24 19:34:03 | 50488584704 | | 2258066517 | 0:02 | hndrs | usa | unkno | unkno | Yes | Yes |
| 77 | 05/20/24 19:34:03 | 50488584704 | | 2258066517 | 0:02 | hndrs | usa | usa | usa | Yes | Yes |
| 78 | 05/20/24 19:34:03 | 50488584704 | | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 79 | 05/20/24 19:34:03 | 50488584704 | | 2258066517 | 0:02 | hndrs | usa | unkno | unkno | Yes | Yes |
| 80 | 05/20/24 19:34:03 | 50488584704 | | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 81 | 05/20/24 19:34:03 | 50488584704 | | 2258066517 | 0:02 | hndrs | usa | unkno | unkno | Yes | Yes |
| 82 | 05/20/24 21:35:39 | 6788549871 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 83 | 05/20/24 23:12:22 | 2252186864 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 84 | 05/20/24 23:12:22 | 2252186864 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 85 | 05/20/24 23:12:40 | 2252186864 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 86 | 05/20/24 23:33:51 | 50488584704 | | 2258066517 | 0:03 | hndrs | usa | usa | usa | Yes | Yes |
| 87 | 05/20/24 23:34:11 | 50488584704 | | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 88 | 05/20/24 23:34:11 | 50488584704 | | 2258066517 | 4:37 | hndrs | usa | unkno | unkno | Yes | Yes |
| 89 | 05/20/24 23:34:11 | 50488584704 | | 2258066517 | 4:37 | hndrs | usa | usa | usa | Yes | Yes |
| 90 | 05/21/24 14:54:23 | 3184088003 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 91 | 05/21/24 15:42:18 | 50488584704 | | 2258066517 | 0:02 | hndrs | usa | usa | usa | Yes | Yes |
| 92 | 05/21/24 15:42:18 | 50488584704 | | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 93 | 05/21/24 15:42:18 | 50488584704 | | 2258066517 | 0:02 | hndrs | usa | unkno | unkno | Yes | Yes |
| 94 | 05/21/24 16:25:56 | 2255133763 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 95 | 05/21/24 16:25:57 | 2255133763 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 96 | 05/21/24 16:25:57 | 2255133763 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 97 | 05/21/24 16:36:21 | 50488584704 | | 2258066517 | 0:02 | hndrs | usa | usa | usa | Yes | Yes |
| 98 | 05/21/24 16:36:22 | 50488584704 | | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 99 | 05/21/24 16:36:22 | 50488584704 | | 2258066517 | 0:01 | hndrs | usa | unkno | unkno | Yes | Yes |
| 100 | 05/21/24 16:36:22 | 50488584704 | | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 101 | 05/21/24 16:36:22 | 50488584704 | | 2258066517 | 0:01 | hndrs | usa | unkno | unkno | Yes | Yes |
| 102 | 05/21/24 16:36:22 | 50488584704 | | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 103 | 05/21/24 16:36:22 | 50488584704 | | 2258066517 | 0:01 | hndrs | usa | unkno | unkno | Yes | Yes |
| 104 | 05/21/24 17:49:23 | 50488584704 | | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 105 | 05/21/24 17:49:23 | 50488584704 | | 2258066517 | 0:02 | hndrs | usa | unkno | unkno | Yes | Yes |
| 106 | 05/21/24 17:49:23 | 50488584704 | | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 107 | 05/21/24 17:49:23 | 50488584704 | | 2258066517 | 0:02 | hndrs | usa | unkno | unkno | Yes | Yes |
| 108 | 05/21/24 17:49:23 | 50488584704 | | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 109 | 05/21/24 17:49:23 | 50488584704 | | 2258066517 | 0:02 | hndrs | usa | unkno | unkno | Yes | Yes |
| 110 | 05/21/24 17:49:23 | 50488584704 | | 2258066517 | 0:02 | hndrs | usa | usa | usa | Yes | Yes |
| 111 | 05/21/24 17:55:26 | 9062569010 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |

**AT&T Proprietary**
ICDR indicates the call record was obtained from AT&T's International Call Detail Records report.  AT&T may not have handled the call from end to end.
AT&T handled the leg of the call as presented in this call detail record.                                                                                       Page 3

The information contained here is for use by authorized persons only and is not for distribution.



```
3939097
06/09/2024
```

AT&T has queried for records from 05/16/2024 12:00:00am to 05/29/2024 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

INTERNATIONAL

Run Date:        06/09/2024
Run Time:        12:00:52
Voice Usage For: (225)806-6517

| Item | ConnDateTime (UTC) | Originating Number | Sec. Originating Number | Dialed Number | Elapsed Time | Orig Country | Dial Country | In Country | Out Country | Answer Ind | From CPN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 112 | 05/21/24 17:55:27 | 9062569010 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 113 | 05/21/24 17:55:27 | 9062569010 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 114 | 05/21/24 18:13:57 | 50488584704 | | 2258066517 | 0:03 | hndrs | usa | usa | usa | Yes | Yes |
| 115 | 05/21/24 18:13:58 | 50488584704 | | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 116 | 05/21/24 18:13:58 | 50488584704 | | 2258066517 | 0:02 | hndrs | usa | unkno | unkno | Yes | Yes |
| 117 | 05/21/24 18:13:58 | 50488584704 | | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 118 | 05/21/24 18:13:58 | 50488584704 | | 2258066517 | 0:02 | hndrs | usa | unkno | unkno | Yes | Yes |
| 119 | 05/21/24 18:13:58 | 50488584704 | | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 120 | 05/21/24 18:13:58 | 50488584704 | | 2258066517 | 0:02 | hndrs | usa | unkno | unkno | Yes | Yes |
| 121 | 05/21/24 19:12:27 | 50488584704 | | 2258066517 | 0:05 | hndrs | usa | usa | usa | Yes | Yes |
| 122 | 05/21/24 20:31:17 | 50488584704 | | 2258066517 | 0:05 | hndrs | usa | usa | usa | Yes | Yes |
| 123 | 05/22/24 15:42:47 | 2252271001 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 124 | 05/22/24 15:42:48 | 2252271001 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 125 | 05/22/24 15:42:48 | 2252271001 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 126 | 05/22/24 16:52:39 | 2254968319 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 127 | 05/24/24 16:53:36 | 2254483064 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 128 | 05/24/24 16:53:40 | 2254483064 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 129 | 05/24/24 16:53:40 | 2254483064 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 130 | 05/24/24 16:53:42 | 2254483064 | | 2258066517 | 0:00 | usa | usa | usa | usa | No | Yes |
| 131 | 05/24/24 22:48:26 | 2252468751 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 132 | 05/24/24 22:48:26 | 2252468751 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 133 | 05/24/24 22:48:26 | 2252468751 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 134 | 05/26/24 17:14:25 | 50495797646 | | 2258066517 | 0:08 | hndrs | usa | usa | usa | Yes | Yes |
| 135 | 05/26/24 17:14:26 | 50495797646 | | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 136 | 05/26/24 17:14:26 | 50495797646 | | 2258066517 | 0:07 | hndrs | usa | unkno | unkno | Yes | Yes |
| 137 | 05/26/24 17:45:46 | 50495797646 | | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 138 | 05/26/24 17:45:46 | 50495797646 | | 2258066517 | 0:08 | hndrs | usa | unkno | unkno | Yes | Yes |
| 139 | 05/26/24 17:45:46 | 50495797646 | | 2258066517 | 0:08 | hndrs | usa | usa | usa | Yes | Yes |
| 140 | 05/27/24 01:09:25 | 50495797646 | | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 141 | 05/27/24 01:09:25 | 50495797646 | | 2258066517 | 0:09 | hndrs | usa | unkno | unkno | Yes | Yes |
| 142 | 05/27/24 01:09:25 | 50495797646 | | 2258066517 | 0:09 | hndrs | usa | usa | usa | Yes | Yes |
| 143 | 05/27/24 01:54:25 | 50495797646 | | 2258066517 | 0:09 | hndrs | usa | usa | usa | Yes | Yes |
| 144 | 05/27/24 01:54:26 | 50495797646 | | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 145 | 05/27/24 01:54:26 | 50495797646 | | 2258066517 | 0:08 | hndrs | usa | unkno | unkno | Yes | Yes |
| 146 | 05/27/24 02:17:32 | 50495797646 | | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 147 | 05/27/24 02:17:32 | 50495797646 | | 2258066517 | 0:07 | hndrs | usa | unkno | unkno | Yes | Yes |
| 148 | 05/27/24 02:17:32 | 50495797646 | | 2258066517 | 0:07 | hndrs | usa | usa | usa | Yes | Yes |

AT&T Proprietary
ICDR indicates the call record was obtained from AT&T's International Call Detail Records report. AT&T may not have handled the call from end to end. AT&T handled the leg of the call as presented in this call detail record.        Page 4

The information contained here is for use by authorized persons only and is not for distribution.

AT&T-3939097-000089



AT&T has queried for records from 05/16/2024 12:00:00am to 05/29/2024 11:59:59pm  
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 06/09/2024  
Run Time: 12:00:52  
Voice Usage For: (225)806-6517

| Item | ConnDateTime (UTC) | Originating Number | Sec. Originating Number | Dialed Number | Elapsed Time | Orig Country | Dial Country | In Country | Out Country | Answer Ind | From CPN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 149 | 05/27/24 22:14:48 | 50495797646 | | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 150 | 05/27/24 22:14:48 | 50495797646 | | 2258066517 | 0:09 | hndrs | usa | unkno | unkno | Yes | Yes |
| 151 | 05/27/24 22:14:48 | 50495797646 | | 2258066517 | 0:08 | hndrs | usa | usa | usa | Yes | Yes |
| 152 | 05/27/24 22:48:04 | 50495797646 | | 2258066517 | 0:09 | hndrs | usa | usa | usa | Yes | Yes |
| 153 | 05/27/24 22:48:05 | 50495797646 | | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 154 | 05/27/24 22:48:05 | 50495797646 | | 2258066517 | 0:08 | hndrs | usa | unkno | unkno | Yes | Yes |
| 155 | 05/28/24 00:20:57 | 50495797646 | | 2258066517 | 0:09 | hndrs | usa | usa | usa | Yes | Yes |
| 156 | 05/28/24 00:20:58 | 50495797646 | | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 157 | 05/28/24 00:20:58 | 50495797646 | | 2258066517 | 0:08 | hndrs | usa | unkno | unkno | Yes | Yes |
| 158 | 05/28/24 00:38:37 | 50495797646 | | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 159 | 05/28/24 00:38:37 | 50495797646 | | 2258066517 | 0:06 | hndrs | usa | unkno | unkno | Yes | Yes |
| 160 | 05/28/24 00:38:37 | 50495797646 | | 2258066517 | 0:07 | hndrs | usa | usa | usa | Yes | Yes |
| 161 | 05/28/24 23:39:24 | 2257666864 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | Yes | Yes |
| 162 | 05/28/24 23:39:24 | 2257666864 | | 2258066517 | 0:09 | usa | usa | unkno | unkno | Yes | Yes |
| 163 | 05/28/24 23:39:24 | 2257666864 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | Yes | Yes |
| 164 | 05/28/24 23:39:24 | 2257666864 | | 2258066517 | 0:09 | usa | usa | unkno | unkno | Yes | Yes |
| 165 | 05/28/24 23:39:24 | 2257666864 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | Yes | Yes |
| 166 | 05/28/24 23:39:24 | 2257666864 | | 2258066517 | 0:09 | usa | usa | unkno | unkno | Yes | Yes |
| 167 | 05/28/24 23:39:24 | 2257666864 | | 2258066517 | 0:08 | usa | usa | usa | usa | Yes | Yes |
| 168 | 05/29/24 00:47:28 | 7325907132 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 169 | 05/29/24 00:47:28 | 7325907132 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 170 | 05/29/24 00:47:28 | 7325907132 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 171 | 05/29/24 00:47:40 | 7325907132 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 172 | 05/29/24 00:47:40 | 7325907132 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 173 | 05/29/24 00:47:40 | 7325907132 | | 2258066517 | 0:00 | usa | usa | unkno | unkno | No | Yes |
| 174 | 05/29/24 00:47:42 | 7325907132 | | 2258066517 | 0:00 | usa | usa | usa | usa | No | Yes |
| 175 | 05/29/24 20:06:03 | 50495797646 | | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 176 | 05/29/24 20:06:03 | 50495797646 | | 2258066517 | 0:07 | hndrs | usa | unkno | unkno | Yes | Yes |
| 177 | 05/29/24 20:06:03 | 50495797646 | | 2258066517 | 0:07 | hndrs | usa | usa | usa | Yes | Yes |
| 178 | 05/29/24 20:13:43 | 50495797646 | | 2258066517 | 0:08 | hndrs | usa | usa | usa | Yes | Yes |
| 179 | 05/29/24 20:13:43 | 50495797646 | | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 180 | 05/29/24 20:13:43 | 50495797646 | | 2258066517 | 0:08 | hndrs | usa | unkno | unkno | Yes | Yes |
| 181 | 05/29/24 23:20:24 | 50495797646 | | 2258066517 | 0:02 | hndrs | usa | usa | usa | Yes | Yes |
| 182 | 05/29/24 23:20:24 | 50495797646 | | 2258066517 | 0:00 | hndrs | usa | unkno | unkno | Yes | Yes |
| 183 | 05/29/24 23:20:24 | 50495797646 | | 2258066517 | 0:01 | hndrs | usa | unkno | unkno | Yes | Yes |

**AT&T Proprietary**  
ICDR indicates the call record was obtained from AT&T's International Call Detail Records report.  AT&T may not have handled the call from end to end.  
AT&T handled the leg of the call as presented in this call detail record.

The information contained here is for use by authorized persons only and is not for distribution.