

**STIR/SHAKEN**

3939097
06/09/2024

AT&T has queried for records from 05/16/2024 12:00:00am to 05/29/2024 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

| Run Date: | 06/09/2024 |
|---|---|
| Run Time: | 12:01:12 |
| Voice Usage For: | (225)806-6517 |

| Item | Seq | ConnDateTime (UTC) | Originating Number | Terminating Number | Status | Attest Type | Ver Orig | Ver Term |
|---|---|---|---|---|---|---|---|---|
| 1 | 344.0 | 05/16/24 05:21:15 | 12258066517 | 19044164062 | No | F | | |
| 2 | 343.0 | 05/16/24 12:43:08 | 12258027322 | 12258066517 | Pass | A | 12258027322 | 12258066517 |
| 3 | 342.0 | 05/16/24 13:02:34 | 12258027322 | 12258066517 | Pass | A | 12258027322 | 12258066517 |
| 4 | 341.0 | 05/16/24 14:41:26 | 16072582303 | 12258066517 | Pass | A | 16072582303 | 12258066517 |
| 5 | 340.0 | 05/16/24 15:19:42 | 13184088702 | 12258066517 | Pass | A | 13184088702 | 12258066517 |
| 6 | 339.0 | 05/16/24 15:19:46 | 13184088702 | 12258066517 | Pass | A | 13184088702 | 12258066517 |
| 7 | 338.0 | 05/16/24 15:34:18 | 16156104532 | 12258066517 | Pass | C | 16156104532 | 12258066517 |
| 8 | 337.0 | 05/16/24 16:29:24 | 16055308345 | 12258066517 | Pass | C | 16055308345 | 12258066517 |
| 9 | 336.0 | 05/16/24 16:29:25 | 16055308345 | 12258066517 | Pass | C | 16055308345 | 12258066517 |
| 10 | 335.0 | 05/16/24 16:31:44 | 16072582968 | 12258066517 | Pass | A | 16072582968 | 12258066517 |
| 11 | 334.0 | 05/16/24 16:41:06 | 18886075682 | 12258066517 | Pass | A | 18886075682 | 12258066517 |
| 12 | 333.0 | 05/16/24 16:53:44 | 15856080126 | 12258066517 | Pass | A | 15856080126 | 12258066517 |
| 13 | 332.0 | 05/16/24 17:08:35 | 14708099827 | 12258066517 | Pass | C | 14708099827 | 12258066517 |
| 14 | 331.0 | 05/16/24 17:11:47 | 12259324758 | 12258066517 | Pass | B | 12259324758 | 12258066517 |
| 15 | 330.0 | 05/16/24 17:39:12 | 13609240821 | 12258066517 | Pass | C | 13609240821 | 12258066517 |
| 16 | 329.0 | 05/16/24 17:58:12 | 18886072664 | 12258066517 | Pass | A | 18886072664 | 12258066517 |
| 17 | 328.0 | 05/16/24 17:58:18 | 18886072664 | 12258066517 | Pass | A | 18886072664 | 12258066517 |
| 18 | 327.0 | 05/16/24 18:13:38 | 15855803105 | 12258066517 | Pass | A | 15855803105 | 12258066517 |
| 19 | 326.0 | 05/16/24 18:25:39 | 19546655252 | 12258066517 | Pass | A | 19546655252 | 12258066517 |
| 20 | 325.0 | 05/16/24 18:44:34 | 12258066517 | 19853732631 | No | F | | |
| 21 | 324.0 | 05/16/24 19:55:22 | 13464442757 | 12258066517 | Pass | B | 13464442757 | 12258066517 |
| 22 | 323.0 | 05/16/24 20:15:35 | 19368699899 | 12258066517 | Pass | A | 19368699899 | 12258066517 |
| 23 | 322.0 | 05/16/24 20:23:59 | 18886072664 | 12258066517 | Pass | A | 18886072664 | 12258066517 |
| 24 | 321.0 | 05/16/24 20:24:12 | 18886072664 | 12258066517 | Pass | A | 18886072664 | 12258066517 |
| 25 | 320.0 | 05/16/24 20:31:14 | 16479485316 | 12258066517 | Pass | A | 16479485316 | 12258066517 |
| 26 | 319.0 | 05/16/24 21:16:35 | 18886072664 | 12258066517 | Pass | A | 18886072664 | 12258066517 |
| 27 | 318.0 | 05/16/24 21:16:45 | 18886072664 | 12258066517 | Pass | A | 18886072664 | 12258066517 |
| 28 | 317.0 | 05/16/24 21:17:00 | 18886072664 | 12258066517 | Pass | A | 18886072664 | 12258066517 |
| 29 | 316.0 | 05/16/24 21:17:02 | 18886072664 | 12258066517 | Pass | A | 18886072664 | 12258066517 |
| 30 | 315.0 | 05/16/24 21:17:04 | 18886072664 | 12258066517 | Pass | A | 18886072664 | 12258066517 |
| 31 | 314.0 | 05/16/24 21:24:30 | 18634574764 | 12258066517 | Pass | A | 18634574764 | 12258066517 |
| 32 | 313.0 | 05/16/24 21:29:13 | 18886072664 | 12258066517 | Pass | A | 18886072664 | 12258066517 |
| 33 | 312.0 | 05/16/24 21:29:23 | 18886072664 | 12258066517 | Pass | A | 18886072664 | 12258066517 |
| 34 | 311.0 | 05/16/24 21:29:24 | 18886072664 | 12258066517 | Pass | A | 18886072664 | 12258066517 |
| 35 | 310.0 | 05/16/24 21:29:27 | 18886072664 | 12258066517 | Pass | A | 18886072664 | 12258066517 |
| 36 | 309.0 | 05/16/24 21:29:35 | 18886072664 | 12258066517 | Pass | A | 18886072664 | 12258066517 |
| 37 | 308.0 | 05/16/24 23:14:00 | 18886072664 | 12258066517 | Pass | A | 18886072664 | 12258066517 |
| 38 | 307.0 | 05/16/24 23:14:06 | 18886072664 | 12258066517 | Pass | C | 18886072664 | 12258066517 |



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 24-CR-20397-RKA
EXHIBIT NO. 4.5

**AT&T Proprietary**
The STIR report is call detail records that used the Stir/Shaken protocol
to attempt to authenticate Caller ID information.

Page 1

The information contained here is for use by authorized persons only and is not for general distribution.

AT&T 3939097-000091



```
3939097                                   STIR/SHAKEN
06/09/2024
              AT&T has queried for records from 05/16/2024 12:00:00am to 05/29/2024 11:59:59pm
              AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
              UTC.
```

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Run Date: | 06/09/2024 | | | | | | | |
| Run Time: | 12:01:12 | | | | | | | |
| Voice Usage For: | (225)806-6517 | | | | | | | |

| Item | Seq | ConnDateTime (UTC) | Originating Number | Terminating Number | Status | Attest Type | Ver Orig | Ver Term |
|---|---|---|---|---|---|---|---|---|
| 39 | 306.0 | 05/16/24 23:14:07 | 18886072664 | 12258066517 | Pass | C | 18886072664 | 12258066517 |
| 40 | 305.0 | 05/16/24 23:14:12 | 18886072664 | 12258066517 | Pass | A | 18886072664 | 12258066517 |
| 41 | 304.0 | 05/16/24 23:14:21 | 18886072664 | 12258066517 | Pass | A | 18886072664 | 12258066517 |
| 42 | 303.0 | 05/16/24 23:14:23 | 18886072664 | 12258066517 | Pass | A | 18886072664 | 12258066517 |
| 43 | 302.0 | 05/16/24 23:14:25 | 18886072664 | 12258066517 | Pass | A | 18886072664 | 12258066517 |
| 44 | 301.0 | 05/16/24 23:38:49 | 18886072664 | 12258066517 | Pass | A | 18886072664 | 12258066517 |
| 45 | 300.0 | 05/16/24 23:39:01 | 18886072664 | 12258066517 | Pass | A | 18886072664 | 12258066517 |
| 46 | 299.0 | 05/17/24 00:55:09 | 12258027322 | 12258066517 | Pass | A | 12258027322 | 12258066517 |
| 47 | 298.0 | 05/17/24 02:55:35 | 12258066517 | 12258036479 | No | F | | |
| 48 | 297.0 | 05/17/24 13:02:04 | 14027702433 | 12258066517 | Pass | A | 14027702433 | 12258066517 |
| 49 | 296.0 | 05/17/24 14:10:36 | 12258036479 | 12258066517 | Pass | A | 12258036479 | 12258066517 |
| 50 | 295.0 | 05/17/24 14:14:16 | 12252271001 | 12258066517 | Pass | A | 12252271001 | 12258066517 |
| 51 | 294.0 | 05/17/24 14:46:04 | 12258066517 | 12258036479 | No | F | | |
| 52 | 293.0 | 05/17/24 15:38:19 | 12254502141 | 12258066517 | Pass | C | 12254502141 | 12258066517 |
| 53 | 292.0 | 05/17/24 15:38:27 | 12254502141 | 12258066517 | Pass | C | 12254502141 | 12258066517 |
| 54 | 291.0 | 05/17/24 16:05:22 | 12254248754 | 12258066517 | Pass | B | 12254248754 | 12258066517 |
| 55 | 290.0 | 05/17/24 16:15:53 | 15617261832 | 12258066517 | Pass | A | 15617261832 | 12258066517 |
| 56 | 289.0 | 05/17/24 16:23:24 | 15043341631 | 12258066517 | Pass | C | 15043341631 | 12258066517 |
| 57 | 288.0 | 05/17/24 16:38:43 | 12256732484 | 12258066517 | Pass | C | 12256732484 | 12258066517 |
| 58 | 287.0 | 05/17/24 16:38:56 | 12256732484 | 12258066517 | Pass | C | 12256732484 | 12258066517 |
| 59 | 286.0 | 05/17/24 16:46:50 | 19546655252 | 12258066517 | Pass | A | 19546655252 | 12258066517 |
| 60 | 285.0 | 05/17/24 16:47:21 | 19546655252 | 12258066517 | Pass | A | 19546655252 | 12258066517 |
| 61 | 284.0 | 05/17/24 16:49:38 | 19854498580 | 12258066517 | Pass | A | 19854498580 | 12258066517 |
| 62 | 283.0 | 05/17/24 16:49:47 | 19854498580 | 12258066517 | Pass | A | 19854498580 | 12258066517 |
| 63 | 282.0 | 05/17/24 16:49:48 | 19854498580 | 12258066517 | Pass | A | 19854498580 | 12258066517 |
| 64 | 281.0 | 05/17/24 17:05:53 | 13375571202 | 12258066517 | Fail | B | 13375571202 | 12258066517 |
| 65 | 280.0 | 05/17/24 18:10:03 | 19853482627 | 12258066517 | Pass | A | 19853482627 | 12258066517 |
| 66 | 279.0 | 05/17/24 18:10:12 | 19853482627 | 12258066517 | Pass | A | 19853482627 | 12258066517 |
| 67 | 278.0 | 05/17/24 18:10:13 | 19853482627 | 12258066517 | Pass | A | 19853482627 | 12258066517 |
| 68 | 277.0 | 05/17/24 18:10:18 | 12252667756 | 12258066517 | Pass | A | 12252667756 | 12258066517 |
| 69 | 276.0 | 05/17/24 18:14:48 | 12258066517 | 12258036479 | No | F | | |
| 70 | 275.0 | 05/17/24 18:24:29 | 12252667756 | 12258066517 | Pass | A | 12252667756 | 12258066517 |
| 71 | 274.0 | 05/17/24 18:37:00 | 12254321477 | 12258066517 | Pass | A | 12254321477 | 12258066517 |
| 72 | 273.0 | 05/17/24 18:54:51 | 12254806474 | 12258066517 | Pass | A | 12254806474 | 12258066517 |
| 73 | 272.0 | 05/17/24 20:03:11 | 18654331683 | 12258066517 | Pass | B | 18654331683 | 12258066517 |
| 74 | 271.0 | 05/17/24 20:05:11 | 12817604957 | 12258066517 | Pass | A | 12817604957 | 12258066517 |
| 75 | 270.0 | 05/17/24 20:08:21 | 12817604957 | 12258066517 | Pass | A | 12817604957 | 12258066517 |
| 76 | 269.0 | 05/17/24 20:42:19 | 19856662221 | 12258066517 | Pass | A | 19856662221 | 12258066517 |

AT&T Proprietary
The STIR report is call detail records that used the Stir/Shaken protocol
to attempt to authenticate Caller ID information.

Page 2

The information contained here is for use by authorized persons only and is not for general
distribution.

AT&T 3939097-000092



```
3939097                              STIR/SHAKEN
06/09/2024
                AT&T has queried for records from 05/16/2024 12:00:00am to 05/29/2024 11:59:59pm
                AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
                UTC.
```

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Run Date: | 06/09/2024 | | | | | | | |
| Run Time: | 12:01:12 | | | | | | | |
| Voice Usage For: | (225)806-6517 | | | | | | | |

| Item | Seq | ConnDateTime (UTC) | Originating Number | Terminating Number | Status | Attest Type | Ver Orig | Ver Term |
|---|---|---|---|---|---|---|---|---|
| 77 | 268.0 | 05/17/24 20:42:22 | 19856662221 | 12258066517 | Pass | A | 19856662221 | 12258066517 |
| 78 | 267.0 | 05/17/24 20:42:23 | 19856662221 | 12258066517 | Pass | A | 19856662221 | 12258066517 |
| 79 | 266.0 | 05/17/24 20:42:27 | 19856662221 | 12258066517 | Pass | A | 19856662221 | 12258066517 |
| 80 | 265.0 | 05/17/24 21:03:48 | 14045973691 | 12258066517 | Pass | B | 14045973691 | 12258066517 |
| 81 | 264.0 | 05/17/24 22:29:29 | 12253561123 | 12258066517 | Pass | C | 12253561123 | 12258066517 |
| 82 | 263.0 | 05/17/24 22:38:42 | 19853146300 | 12258066517 | Pass | A | 19853146300 | 12258066517 |
| 83 | 262.0 | 05/17/24 22:38:45 | 19853146300 | 12258066517 | Pass | A | 19853146300 | 12258066517 |
| 84 | 261.0 | 05/17/24 22:38:47 | 19853146300 | 12258066517 | Pass | A | 19853146300 | 12258066517 |
| 85 | 260.0 | 05/17/24 22:38:50 | 19853146300 | 12258066517 | Pass | A | 19853146300 | 12258066517 |
| 86 | 259.0 | 05/17/24 22:38:52 | 19853146300 | 12258066517 | Pass | A | 19853146300 | 12258066517 |
| 87 | 258.0 | 05/17/24 23:01:10 | 12817604957 | 12258066517 | Pass | A | 12817604957 | 12258066517 |
| 88 | 257.0 | 05/17/24 23:59:20 | 12253564435 | 12258066517 | Pass | A | 12253564435 | 12258066517 |
| 89 | 256.0 | 05/18/24 23:16:45 | 12258066517 | 15614669199 | No | F | | |
| 90 | 255.0 | 05/18/24 23:17:24 | 12258066517 | 15614669199 | No | F | | |
| 91 | 254.0 | 05/18/24 23:21:31 | 12258066517 | 15614669199 | No | F | | |
| 92 | 253.0 | 05/19/24 15:07:53 | 13054247272 | 12258066517 | Pass | A | 13054247272 | 12258066517 |
| 93 | 252.0 | 05/20/24 07:58:13 | 12258066517 | 17866962443 | No | F | | |
| 94 | 251.0 | 05/20/24 08:04:56 | 13058787201 | 12258066517 | Pass | A | 13058787201 | 12258066517 |
| 95 | 250.0 | 05/20/24 13:18:16 | 15043696485 | 12258066517 | Pass | C | 15043696485 | 12258066517 |
| 96 | 249.0 | 05/20/24 13:18:18 | 15043696485 | 12258066517 | Pass | C | 15043696485 | 12258066517 |
| 97 | 248.0 | 05/20/24 13:18:25 | 15043696485 | 12258066517 | Pass | C | 15043696485 | 12258066517 |
| 98 | 247.0 | 05/20/24 13:18:36 | 15043696485 | 12258066517 | Pass | B | 15043696485 | 12258066517 |
| 99 | 246.0 | 05/20/24 13:18:38 | 15043696485 | 12258066517 | Pass | B | 15043696485 | 12258066517 |
| 100 | 245.0 | 05/20/24 13:18:39 | 15043696485 | 12258066517 | Pass | C | 15043696485 | 12258066517 |
| 101 | 244.0 | 05/20/24 15:03:41 | 19856169090 | 12258066517 | Pass | A | 19856169090 | 12258066517 |
| 102 | 243.0 | 05/20/24 15:06:55 | 14352899038 | 12258066517 | Pass | A | 14352899038 | 12258066517 |
| 103 | 242.0 | 05/20/24 15:07:05 | 14352899038 | 12258066517 | Pass | A | 14352899038 | 12258066517 |
| 104 | 241.0 | 05/20/24 15:07:08 | 14352899038 | 12258066517 | Pass | A | 14352899038 | 12258066517 |
| 105 | 240.0 | 05/20/24 16:07:00 | 12254009951 | 12258066517 | Pass | C | 12254009951 | 12258066517 |
| 106 | 239.0 | 05/20/24 16:28:15 | 18137931705 | 12258066517 | Pass | A | 18137931705 | 12258066517 |
| 107 | 238.0 | 05/20/24 17:15:23 | 12016203924 | 12258066517 | Pass | B | 12016203924 | 12258066517 |
| 108 | 237.0 | 05/20/24 17:37:49 | 12257493892 | 12258066517 | Pass | C | 12257493892 | 12258066517 |
| 109 | 236.0 | 05/20/24 17:37:51 | 12257493892 | 12258066517 | Pass | C | 12257493892 | 12258066517 |
| 110 | 235.0 | 05/20/24 17:37:57 | 12257493892 | 12258066517 | Pass | C | 12257493892 | 12258066517 |
| 111 | 234.0 | 05/20/24 18:03:44 | 12252184441 | 12258066517 | Pass | C | 12252184441 | 12258066517 |
| 112 | 233.0 | 05/20/24 19:17:03 | 12254482715 | 12258066517 | Pass | C | 12254482715 | 12258066517 |
| 113 | 232.0 | 05/20/24 19:41:26 | 16592027214 | 12258066517 | Fail | B | 16592027214 | 12258066517 |
| 114 | 231.0 | 05/20/24 20:07:30 | 16162101214 | 12258066517 | Fail | B | 16162101214 | 12258066517 |

**AT&T Proprietary**
**The STIR report is call detail records that used the Stir/Shaken protocol
to attempt to authenticate Caller ID information.**

**The information contained here is for use by authorized persons only and is not for general
distribution.**

AT&T 3939097-000093



**STIR/SHAKEN**

3939097
06/09/2024

AT&T has queried for records from 05/16/2024 12:00:00am to 05/29/2024 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date: 06/09/2024
Run Time: 12:01:12
Voice Usage For: (225)806-6517

| Item | Seq | ConnDateTime (UTC) | Originating Number | Terminating Number | Status | Attest Type | Ver Orig | Ver Term |
|---|---|---|---|---|---|---|---|---|
| 115 | 230.0 | 05/20/24 20:07:31 | 16162101214 | 12258066517 | Fail | B | 16162101214 | 12258066517 |
| 116 | 229.0 | 05/20/24 20:40:08 | 16788549871 | 12258066517 | Pass | A | 16788549871 | 12258066517 |
| 117 | 228.0 | 05/20/24 20:40:11 | 16788549871 | 12258066517 | Pass | A | 16788549871 | 12258066517 |
| 118 | 227.0 | 05/20/24 20:40:15 | 16788549871 | 12258066517 | Pass | A | 16788549871 | 12258066517 |
| 119 | 226.0 | 05/20/24 20:45:49 | 14055547523 | 12258066517 | Pass | A | 14055547523 | 12258066517 |
| 120 | 225.0 | 05/20/24 21:02:44 | 12254756727 | 12258066517 | Pass | A | 12254756727 | 12258066517 |
| 121 | 224.0 | 05/20/24 21:35:47 | 16788549871 | 12258066517 | Pass | B | 16788549871 | 12258066517 |
| 122 | 223.0 | 05/20/24 21:35:49 | 16788549871 | 12258066517 | Pass | B | 16788549871 | 12258066517 |
| 123 | 222.0 | 05/20/24 21:35:51 | 16788549871 | 12258066517 | Pass | B | 16788549871 | 12258066517 |
| 124 | 221.0 | 05/20/24 21:44:04 | 18332557369 | 12258066517 | Pass | A | 18332557369 | 12258066517 |
| 125 | 220.0 | 05/20/24 21:50:39 | 19062242134 | 12258066517 | Pass | B | 19062242134 | 12258066517 |
| 126 | 219.0 | 05/20/24 23:12:19 | 12252186864 | 12258066517 | Pass | C | 12252186864 | 12258066517 |
| 127 | 218.0 | 05/20/24 23:12:20 | 12252186864 | 12258066517 | Pass | C | 12252186864 | 12258066517 |
| 128 | 217.0 | 05/20/24 23:12:21 | 12252186864 | 12258066517 | Pass | C | 12252186864 | 12258066517 |
| 129 | 216.0 | 05/20/24 23:12:35 | 12252186864 | 12258066517 | Pass | C | 12252186864 | 12258066517 |
| 130 | 215.0 | 05/21/24 13:35:12 | 12255584373 | 12258066517 | Pass | B | 12255584373 | 12258066517 |
| 131 | 214.0 | 05/21/24 14:45:50 | 17013804388 | 12258066517 | Pass | B | 17013804388 | 12258066517 |
| 132 | 213.0 | 05/21/24 14:51:26 | 12252065008 | 12258066517 | Pass | A | 12252065008 | 12258066517 |
| 133 | 212.0 | 05/21/24 14:54:21 | 13184088003 | 12258066517 | Pass | A | 13184088003 | 12258066517 |
| 134 | 211.0 | 05/21/24 14:54:30 | 13184088003 | 12258066517 | Pass | A | 13184088003 | 12258066517 |
| 135 | 210.0 | 05/21/24 14:54:31 | 13184088003 | 12258066517 | Pass | A | 13184088003 | 12258066517 |
| 136 | 209.0 | 05/21/24 14:54:33 | 13184088003 | 12258066517 | Pass | A | 13184088003 | 12258066517 |
| 137 | 208.0 | 05/21/24 15:36:50 | 19062242133 | 12258066517 | Pass | A | 19062242133 | 12258066517 |
| 138 | 207.0 | 05/21/24 15:43:18 | 13189897478 | 12258066517 | Pass | C | 13189897478 | 12258066517 |
| 139 | 206.0 | 05/21/24 15:43:20 | 13189897478 | 12258066517 | Pass | C | 13189897478 | 12258066517 |
| 140 | 205.0 | 05/21/24 15:43:23 | 13189897478 | 12258066517 | Pass | A | 13189897478 | 12258066517 |
| 141 | 204.0 | 05/21/24 16:02:48 | 19062570831 | 12258066517 | Pass | A | 19062570831 | 12258066517 |
| 142 | 203.0 | 05/21/24 16:25:52 | 12255133763 | 12258066517 | Pass | B | 12255133763 | 12258066517 |
| 143 | 202.0 | 05/21/24 16:26:03 | 12255133763 | 12258066517 | Pass | B | 12255133763 | 12258066517 |
| 144 | 201.0 | 05/21/24 16:26:05 | 12255133763 | 12258066517 | Pass | C | 12255133763 | 12258066517 |
| 145 | 200.0 | 05/21/24 16:45:13 | 12254968319 | 12258066517 | Pass | A | 12254968319 | 12258066517 |
| 146 | 199.0 | 05/21/24 16:51:01 | 12252204041 | 12258066517 | Pass | A | 12252204041 | 12258066517 |
| 147 | 198.0 | 05/21/24 16:59:21 | 12252065008 | 12258066517 | Pass | A | 12252065008 | 12258066517 |
| 148 | 197.0 | 05/21/24 17:55:19 | 19062569010 | 12258066517 | Pass | A | 19062569010 | 12258066517 |
| 149 | 196.0 | 05/21/24 17:55:32 | 19062569010 | 12258066517 | Pass | B | 19062569010 | 12258066517 |
| 150 | 195.0 | 05/21/24 17:56:47 | 12259648090 | 12258066517 | Pass | A | 12259648090 | 12258066517 |
| 151 | 194.0 | 05/21/24 18:05:19 | 12259648090 | 12258066517 | Pass | A | 12259648090 | 12258066517 |
| 152 | 193.0 | 05/21/24 18:05:45 | 12259648090 | 12258066517 | Pass | A | 12259648090 | 12258066517 |

AT&T Proprietary
The STIR report is call detail records that used the Stir/Shaken protocol
to attempt to authenticate Caller ID information.

The information contained here is for use by authorized persons only and is not for general distribution.

AT&T 3939097-000094



```
3939097                                                   STIR/SHAKEN
06/09/2024
                AT&T has queried for records from 05/16/2024 12:00:00am to 05/29/2024 11:59:59pm
                AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
                UTC.
```

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Run Date: | 06/09/2024 | | | | | | | |
| Run Time: | 12:01:12 | | | | | | | |
| Voice Usage For: | (225)806-6517 | | | | | | | |

| Item | Seq | ConnDateTime (UTC) | Originating Number | Terminating Number | Status | Attest Type | Ver Orig | Ver Term |
|---|---|---|---|---|---|---|---|---|
| 153 | 192.0 | 05/21/24 18:14:45 | 19062570736 | 12258066517 | Pass | A | 19062570736 | 12258066517 |
| 154 | 191.0 | 05/21/24 18:18:52 | 19062570820 | 12258066517 | Pass | A | 19062570820 | 12258066517 |
| 155 | 190.0 | 05/21/24 18:24:32 | 19062569010 | 12258066517 | Pass | A | 19062569010 | 12258066517 |
| 156 | 189.0 | 05/21/24 18:55:27 | 19062570831 | 12258066517 | Pass | A | 19062570831 | 12258066517 |
| 157 | 188.0 | 05/21/24 18:55:35 | 19062570831 | 12258066517 | Pass | A | 19062570831 | 12258066517 |
| 158 | 187.0 | 05/21/24 19:10:36 | 12254552241 | 12258066517 | Pass | A | 12254552241 | 12258066517 |
| 159 | 186.0 | 05/21/24 19:36:49 | 16788621081 | 12258066517 | Pass | A | 16788621081 | 12258066517 |
| 160 | 185.0 | 05/21/24 19:36:51 | 16788621081 | 12258066517 | Pass | A | 16788621081 | 12258066517 |
| 161 | 184.0 | 05/21/24 19:36:55 | 16788621081 | 12258066517 | Pass | A | 16788621081 | 12258066517 |
| 162 | 183.0 | 05/21/24 19:36:56 | 16788621081 | 12258066517 | Pass | A | 16788621081 | 12258066517 |
| 163 | 182.0 | 05/21/24 19:36:57 | 16788621081 | 12258066517 | Pass | A | 16788621081 | 12258066517 |
| 164 | 181.0 | 05/21/24 19:37:02 | 16788621081 | 12258066517 | Pass | A | 16788621081 | 12258066517 |
| 165 | 180.0 | 05/21/24 19:37:08 | 16788621081 | 12258066517 | Pass | A | 16788621081 | 12258066517 |
| 166 | 179.0 | 05/21/24 19:37:12 | 16788621081 | 12258066517 | Pass | A | 16788621081 | 12258066517 |
| 167 | 178.0 | 05/21/24 19:37:13 | 16788621081 | 12258066517 | Pass | A | 16788621081 | 12258066517 |
| 168 | 177.0 | 05/21/24 19:37:14 | 16788621081 | 12258066517 | Pass | A | 16788621081 | 12258066517 |
| 169 | 176.0 | 05/21/24 19:37:14 | 18558376632 | 12258066517 | Pass | A | 18558376632 | 12258066517 |
| 170 | 175.0 | 05/21/24 19:37:17 | 18558376632 | 12258066517 | Pass | A | 18558376632 | 12258066517 |
| 171 | 174.0 | 05/21/24 19:37:24 | 16788621081 | 12258066517 | Pass | A | 16788621081 | 12258066517 |
| 172 | 173.0 | 05/21/24 19:37:25 | 16788621081 | 12258066517 | Pass | A | 16788621081 | 12258066517 |
| 173 | 172.0 | 05/21/24 19:37:29 | 16788621081 | 12258066517 | Pass | A | 16788621081 | 12258066517 |
| 174 | 171.0 | 05/21/24 19:37:32 | 16788621081 | 12258066517 | Pass | A | 16788621081 | 12258066517 |
| 175 | 170.0 | 05/21/24 19:37:42 | 16788621081 | 12258066517 | Pass | A | 16788621081 | 12258066517 |
| 176 | 169.0 | 05/21/24 19:57:29 | 12252065008 | 12258066517 | Pass | A | 12252065008 | 12258066517 |
| 177 | 168.0 | 05/21/24 20:04:24 | 17074741066 | 12258066517 | Pass | A | 17074741066 | 12258066517 |
| 178 | 167.0 | 05/21/24 20:04:35 | 17074741066 | 12258066517 | Pass | A | 17074741066 | 12258066517 |
| 179 | 166.0 | 05/21/24 21:42:49 | 14435300416 | 12258066517 | Pass | C | 14435300416 | 12258066517 |
| 180 | 165.0 | 05/21/24 22:55:20 | 17074741066 | 12258066517 | Pass | A | 17074741066 | 12258066517 |
| 181 | 164.0 | 05/21/24 23:49:28 | 12259547364 | 12258066517 | Pass | A | 12259547364 | 12258066517 |
| 182 | 163.0 | 05/21/24 23:49:44 | 12259547364 | 12258066517 | Pass | A | 12259547364 | 12258066517 |
| 183 | 162.0 | 05/21/24 23:50:06 | 12259547364 | 12258066517 | Pass | A | 12259547364 | 12258066517 |
| 184 | 161.0 | 05/22/24 13:17:40 | 14027702433 | 12258066517 | Pass | A | 14027702433 | 12258066517 |
| 185 | 160.0 | 05/22/24 13:23:44 | 14027702433 | 12258066517 | Pass | A | 14027702433 | 12258066517 |
| 186 | 159.0 | 05/22/24 13:46:53 | 12256854211 | 12258066517 | Pass | B | 12256854211 | 12258066517 |
| 187 | 158.0 | 05/22/24 14:42:24 | 12252065008 | 12258066517 | Pass | A | 12252065008 | 12258066517 |
| 188 | 157.0 | 05/22/24 15:42:39 | 12252271001 | 12258066517 | Pass | A | 12252271001 | 12258066517 |
| 189 | 156.0 | 05/22/24 15:42:46 | 12252271001 | 12258066517 | Pass | A | 12252271001 | 12258066517 |
| 190 | 155.0 | 05/22/24 15:42:57 | 12252271001 | 12258066517 | Pass | A | 12252271001 | 12258066517 |

**AT&T Proprietary**
The STIR report is call detail records that used the Stir/Shaken protocol
to attempt to authenticate Caller ID information.

The information contained here is for use by authorized persons only and is not for general
distribution.

AT&T 3939097-000095



```
3939097                                           STIR/SHAKEN
06/09/2024
                  AT&T has queried for records from 05/16/2024 12:00:00am to 05/29/2024 11:59:59pm
                  AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
                  UTC.
```

| Run Date: | 06/09/2024 |
|---|---|
| Run Time: | 12:01:12 |
| Voice Usage For: | (225)806-6517 |

| Item | Seq | ConnDateTime (UTC) | Originating Number | Terminating Number | Status | Attest Type | Ver Orig | Ver Term |
|---|---|---|---|---|---|---|---|---|
| 191 | 154.0 | 05/22/24 15:42:59 | 12252271001 | 12258066517 | Pass | A | 12252271001 | 12258066517 |
| 192 | 153.0 | 05/22/24 16:08:28 | 12254502843 | 12258066517 | Pass | C | 12254502843 | 12258066517 |
| 193 | 152.0 | 05/22/24 16:18:23 | 12253199006 | 12258066517 | Pass | A | 12253199006 | 12258066517 |
| 194 | 151.0 | 05/22/24 16:18:24 | 12253199006 | 12258066517 | Pass | A | 12253199006 | 12258066517 |
| 195 | 150.0 | 05/22/24 16:18:26 | 12253199006 | 12258066517 | Pass | A | 12253199006 | 12258066517 |
| 196 | 149.0 | 05/22/24 16:48:42 | 13322560087 | 12258066517 | Pass | A | 13322560087 | 12258066517 |
| 197 | 148.0 | 05/22/24 17:09:35 | 12258314772 | 12258066517 | Pass | B | 12258314772 | 12258066517 |
| 198 | 147.0 | 05/22/24 17:23:16 | 19857784096 | 12258066517 | Pass | A | 19857784096 | 12258066517 |
| 199 | 146.0 | 05/22/24 19:09:26 | 12253199006 | 12258066517 | Pass | A | 12253199006 | 12258066517 |
| 200 | 145.0 | 05/22/24 19:35:49 | 19452819170 | 12258066517 | Fail | B | 19452819170 | 12258066517 |
| 201 | 144.0 | 05/22/24 19:35:52 | 19452819170 | 12258066517 | Fail | B | 19452819170 | 12258066517 |
| 202 | 143.0 | 05/22/24 20:01:11 | 18338535638 | 12258066517 | Pass | B | 18338535638 | 12258066517 |
| 203 | 142.0 | 05/22/24 20:17:25 | 15752150645 | 12258066517 | Pass | C | 15752150645 | 12258066517 |
| 204 | 141.0 | 05/22/24 20:37:16 | 19062570736 | 12258066517 | Pass | B | 19062570736 | 12258066517 |
| 205 | 140.0 | 05/22/24 21:58:27 | 15047388716 | 12258066517 | Pass | A | 15047388716 | 12258066517 |
| 206 | 139.0 | 05/22/24 22:24:15 | 12253969331 | 12258066517 | Pass | C | 12253969331 | 12258066517 |
| 207 | 138.0 | 05/22/24 22:24:18 | 12253969331 | 12258066517 | Pass | C | 12253969331 | 12258066517 |
| 208 | 137.0 | 05/22/24 22:24:21 | 12253969331 | 12258066517 | Pass | C | 12253969331 | 12258066517 |
| 209 | 136.0 | 05/22/24 22:24:22 | 12253969331 | 12258066517 | Pass | C | 12253969331 | 12258066517 |
| 210 | 135.0 | 05/23/24 14:12:24 | 12253199006 | 12258066517 | Pass | A | 12253199006 | 12258066517 |
| 211 | 134.0 | 05/23/24 14:36:19 | 12253508652 | 12258066517 | Pass | A | 12253508652 | 12258066517 |
| 212 | 133.0 | 05/23/24 14:46:06 | 12257658853 | 12258066517 | Pass | B | 12257658853 | 12258066517 |
| 213 | 132.0 | 05/23/24 15:33:23 | 14192160842 | 12258066517 | Fail | B | 14192160842 | 12258066517 |
| 214 | 131.0 | 05/23/24 15:33:24 | 14192160842 | 12258066517 | Fail | B | 14192160842 | 12258066517 |
| 215 | 130.0 | 05/23/24 15:33:26 | 14192160842 | 12258066517 | Fail | B | 14192160842 | 12258066517 |
| 216 | 129.0 | 05/23/24 15:48:49 | 12256271975 | 12258066517 | Pass | A | 12256271975 | 12258066517 |
| 217 | 128.0 | 05/23/24 16:38:14 | 18502431812 | 12258066517 | Pass | A | 18502431812 | 12258066517 |
| 218 | 127.0 | 05/23/24 17:53:14 | 19062570820 | 12258066517 | Pass | A | 19062570820 | 12258066517 |
| 219 | 126.0 | 05/23/24 18:04:56 | 15024908814 | 12258066517 | Fail | B | 15024908814 | 12258066517 |
| 220 | 125.0 | 05/23/24 18:04:57 | 15024908814 | 12258066517 | Fail | B | 15024908814 | 12258066517 |
| 221 | 124.0 | 05/23/24 18:05:01 | 15024908814 | 12258066517 | Fail | B | 15024908814 | 12258066517 |
| 222 | 123.0 | 05/23/24 18:30:44 | 12255084190 | 12258066517 | Pass | B | 12255084190 | 12258066517 |
| 223 | 122.0 | 05/23/24 19:37:39 | 19062570831 | 12258066517 | Pass | A | 19062570831 | 12258066517 |
| 224 | 121.0 | 05/23/24 20:57:47 | 17325907132 | 12258066517 | Pass | A | 17325907132 | 12258066517 |
| 225 | 120.0 | 05/23/24 21:29:18 | 18645138365 | 12258066517 | Pass | B | 18645138365 | 12258066517 |
| 226 | 119.0 | 05/23/24 21:31:10 | 18645138365 | 12258066517 | Pass | B | 18645138365 | 12258066517 |
| 227 | 118.0 | 05/23/24 21:31:14 | 18645138365 | 12258066517 | Pass | B | 18645138365 | 12258066517 |
| 228 | 117.0 | 05/23/24 21:31:16 | 18645138365 | 12258066517 | Pass | B | 18645138365 | 12258066517 |

**AT&T Proprietary**
**The STIR report is call detail records that used the Stir/Shaken protocol**
**to attempt to authenticate Caller ID information.**

Page 6

The information contained here is for use by authorized persons only and is not for general distribution.

AT&T 3939097-000096



```
3939097
06/09/2024
```

**STIR/SHAKEN**

AT&T has queried for records from 05/16/2024 12:00:00am to 05/29/2024 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

```
Run Date:           06/09/2024
Run Time:           12:01:12
Voice Usage For:    (225)806-6517
```

| Item | Seq | ConnDateTime (UTC) | Originating Number | Terminating Number | Status | Attest Type | Ver Orig | Ver Term |
|---|---|---|---|---|---|---|---|---|
| 229 | 116.0 | 05/23/24 21:31:19 | 18645138365 | 12258066517 | Pass | B | 18645138365 | 12258066517 |
| 230 | 115.0 | 05/23/24 22:08:23 | 12258881060 | 12258066517 | Pass | A | 12258881060 | 12258066517 |
| 231 | 114.0 | 05/23/24 22:08:40 | 12258881060 | 12258066517 | Pass | A | 12258881060 | 12258066517 |
| 232 | 113.0 | 05/23/24 22:54:37 | 19856169090 | 12258066517 | Pass | A | 19856169090 | 12258066517 |
| 233 | 112.0 | 05/23/24 22:54:38 | 19856169090 | 12258066517 | Pass | A | 19856169090 | 12258066517 |
| 234 | 111.0 | 05/24/24 01:11:34 | 13464970274 | 12258066517 | Pass | A | 13464970274 | 12258066517 |
| 235 | 110.0 | 05/24/24 01:11:41 | 13464970274 | 12258066517 | Pass | A | 13464970274 | 12258066517 |
| 236 | 109.0 | 05/24/24 13:27:04 | 12252428640 | 12258066517 | Pass | A | 12252428640 | 12258066517 |
| 237 | 108.0 | 05/24/24 13:27:24 | 12252428640 | 12258066517 | Pass | A | 12252428640 | 12258066517 |
| 238 | 107.0 | 05/24/24 13:28:11 | 12252428640 | 12258066517 | Pass | A | 12252428640 | 12258066517 |
| 239 | 106.0 | 05/24/24 16:53:25 | 12254483064 | 12258066517 | Pass | C | 12254483064 | 12258066517 |
| 240 | 105.0 | 05/24/24 16:53:35 | 12254483064 | 12258066517 | Pass | C | 12254483064 | 12258066517 |
| 241 | 104.0 | 05/24/24 17:16:15 | 15043570206 | 12258066517 | Pass | A | 15043570206 | 12258066517 |
| 242 | 103.0 | 05/24/24 17:16:32 | 15043570206 | 12258066517 | Pass | A | 15043570206 | 12258066517 |
| 243 | 102.0 | 05/24/24 17:16:46 | 15043570206 | 12258066517 | Pass | A | 15043570206 | 12258066517 |
| 244 | 101.0 | 05/24/24 17:54:32 | 12254009778 | 12258066517 | Pass | C | 12254009778 | 12258066517 |
| 245 | 100.0 | 05/24/24 17:58:20 | 14693751857 | 12258066517 | Pass | A | 14693751857 | 12258066517 |
| 246 | 99.0 | 05/24/24 17:58:22 | 14693751857 | 12258066517 | Pass | A | 14693751857 | 12258066517 |
| 247 | 98.0 | 05/24/24 20:51:20 | 12233299033 | 12258066517 | Pass | B | 12233299033 | 12258066517 |
| 248 | 97.0 | 05/24/24 20:51:22 | 12233299033 | 12258066517 | Pass | B | 12233299033 | 12258066517 |
| 249 | 96.0 | 05/24/24 21:42:13 | 16072582360 | 12258066517 | Pass | A | 16072582360 | 12258066517 |
| 250 | 95.0 | 05/24/24 21:50:40 | 12254552832 | 12258066517 | Pass | C | 12254552832 | 12258066517 |
| 251 | 94.0 | 05/24/24 21:50:52 | 12254552832 | 12258066517 | Pass | B | 12254552832 | 12258066517 |
| 252 | 93.0 | 05/24/24 21:50:54 | 12254552832 | 12258066517 | Pass | B | 12254552832 | 12258066517 |
| 253 | 92.0 | 05/24/24 22:48:28 | 12252468751 | 12258066517 | Pass | B | 12252468751 | 12258066517 |
| 254 | 91.0 | 05/24/24 22:48:30 | 12252468751 | 12258066517 | Pass | B | 12252468751 | 12258066517 |
| 255 | 90.0 | 05/24/24 22:48:31 | 12252468751 | 12258066517 | Fail | B | 12252468751 | 12258066517 |
| 256 | 89.0 | 05/24/24 22:48:37 | 12252468751 | 12258066517 | Pass | C | 12252468751 | 12258066517 |
| 257 | 88.0 | 05/24/24 22:48:42 | 12252468751 | 12258066517 | Pass | C | 12252468751 | 12258066517 |
| 258 | 87.0 | 05/24/24 23:12:32 | 15043570206 | 12258066517 | Pass | A | 15043570206 | 12258066517 |
| 259 | 86.0 | 05/25/24 15:27:38 | 14076928896 | 12258066517 | Pass | A | 14076928896 | 12258066517 |
| 260 | 85.0 | 05/25/24 15:37:20 | 15043570206 | 12258066517 | Pass | A | 15043570206 | 12258066517 |
| 261 | 84.0 | 05/26/24 03:37:14 | 19045540027 | 12258066517 | Pass | A | 19045540027 | 12258066517 |
| 262 | 83.0 | 05/26/24 03:37:21 | 19045540027 | 12258066517 | Pass | A | 19045540027 | 12258066517 |
| 263 | 82.0 | 05/27/24 18:51:11 | 12252841189 | 12258066517 | Pass | A | 12252841189 | 12258066517 |
| 264 | 81.0 | 05/27/24 18:51:17 | 12252841189 | 12258066517 | Pass | A | 12252841189 | 12258066517 |
| 265 | 80.0 | 05/27/24 18:51:24 | 12252841189 | 12258066517 | Pass | A | 12252841189 | 12258066517 |
| 266 | 79.0 | 05/27/24 18:51:31 | 12252841189 | 12258066517 | Pass | A | 12252841189 | 12258066517 |

**AT&T Proprietary**
The STIR report is call detail records that used the Stir/Shaken protocol
to attempt to authenticate Caller ID information.

The information contained here is for use by authorized persons only and is not for general distribution.

AT&T 3939097-000097



```
3939097                         STIR/SHAKEN
06/09/2024
                AT&T has queried for records from 05/16/2024 12:00:00am to 05/29/2024 11:59:59pm
                AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
                UTC.
```

```
Run Date:            06/09/2024
Run Time:            12:01:12
Voice Usage For:     (225)806-6517
```

| Item | Seq | ConnDateTime (UTC) | Originating Number | Terminating Number | Status | Attest Type | Ver Orig | Ver Term |
|---|---|---|---|---|---|---|---|---|
| 267 | 78.0 | 05/27/24 18:54:40 | 12252841189 | 12258066517 | Pass | A | 12252841189 | 12258066517 |
| 268 | 77.0 | 05/27/24 18:54:50 | 12252841189 | 12258066517 | Pass | A | 12252841189 | 12258066517 |
| 269 | 76.0 | 05/28/24 00:40:51 | 15126205335 | 12258066517 | No | A | | |
| 270 | 75.0 | 05/28/24 00:41:01 | 15126205335 | 12258066517 | No | A | | |
| 271 | 74.0 | 05/28/24 00:48:14 | 12252841189 | 12258066517 | No | A | | |
| 272 | 73.0 | 05/28/24 00:48:22 | 12252841189 | 12258066517 | No | A | | |
| 273 | 72.0 | 05/28/24 14:19:04 | 18558376632 | 12258066517 | Pass | A | 18558376632 | 12258066517 |
| 274 | 71.0 | 05/28/24 14:34:15 | 12253100435 | 12258066517 | Pass | B | 12253100435 | 12258066517 |
| 275 | 70.0 | 05/28/24 14:34:27 | 12253100435 | 12258066517 | Pass | B | 12253100435 | 12258066517 |
| 276 | 69.0 | 05/28/24 14:34:28 | 12253100435 | 12258066517 | Pass | B | 12253100435 | 12258066517 |
| 277 | 68.0 | 05/28/24 14:34:30 | 12253100435 | 12258066517 | Pass | B | 12253100435 | 12258066517 |
| 278 | 67.0 | 05/28/24 14:34:31 | 12253100435 | 12258066517 | Pass | C | 12253100435 | 12258066517 |
| 279 | 66.0 | 05/28/24 15:15:27 | 12254420722 | 12258066517 | Pass | C | 12254420722 | 12258066517 |
| 280 | 65.0 | 05/28/24 16:18:38 | 12253136081 | 12258066517 | Pass | C | 12253136081 | 12258066517 |
| 281 | 64.0 | 05/28/24 16:23:25 | 12257576147 | 12258066517 | Pass | C | 12257576147 | 12258066517 |
| 282 | 63.0 | 05/28/24 16:25:30 | 12254240676 | 12258066517 | Pass | C | 12254240676 | 12258066517 |
| 283 | 62.0 | 05/28/24 16:32:14 | 14588886110 | 12258066517 | Pass | A | 14588886110 | 12258066517 |
| 284 | 61.0 | 05/28/24 17:03:35 | 19062570820 | 12258066517 | Pass | A | 19062570820 | 12258066517 |
| 285 | 60.0 | 05/28/24 17:14:26 | 19062570817 | 12258066517 | Pass | A | 19062570817 | 12258066517 |
| 286 | 59.0 | 05/28/24 17:29:48 | 19062569010 | 12258066517 | Pass | A | 19062569010 | 12258066517 |
| 287 | 58.0 | 05/28/24 17:50:18 | 19062570820 | 12258066517 | Pass | A | 19062570820 | 12258066517 |
| 288 | 57.0 | 05/28/24 18:19:37 | 19062570817 | 12258066517 | Pass | A | 19062570817 | 12258066517 |
| 289 | 56.0 | 05/28/24 19:05:17 | 19546655252 | 12258066517 | Pass | A | 19546655252 | 12258066517 |
| 290 | 55.0 | 05/28/24 19:05:22 | 19546655252 | 12258066517 | Pass | A | 19546655252 | 12258066517 |
| 291 | 54.0 | 05/28/24 19:05:41 | 17323957203 | 12258066517 | Pass | A | 17323957203 | 12258066517 |
| 292 | 53.0 | 05/28/24 19:29:28 | 12252099000 | 12258066517 | Pass | C | 12252099000 | 12258066517 |
| 293 | 52.0 | 05/28/24 20:02:40 | 19062570820 | 12258066517 | Pass | A | 19062570820 | 12258066517 |
| 294 | 51.0 | 05/28/24 20:29:27 | 12252428640 | 12258066517 | Pass | A | 12252428640 | 12258066517 |
| 295 | 50.0 | 05/28/24 20:45:38 | 13184088415 | 12258066517 | Pass | C | 13184088415 | 12258066517 |
| 296 | 49.0 | 05/28/24 20:45:40 | 13184088415 | 12258066517 | Pass | A | 13184088415 | 12258066517 |
| 297 | 48.0 | 05/28/24 20:45:57 | 19852419615 | 12258066517 | Pass | C | 19852419615 | 12258066517 |
| 298 | 47.0 | 05/28/24 20:48:16 | 19062570820 | 12258066517 | Pass | B | 19062570820 | 12258066517 |
| 299 | 46.0 | 05/28/24 21:04:17 | 12254745808 | 12258066517 | Pass | C | 12254745808 | 12258066517 |
| 300 | 45.0 | 05/28/24 21:14:38 | 12252236773 | 12258066517 | Pass | C | 12252236773 | 12258066517 |
| 301 | 44.0 | 05/28/24 21:46:31 | 13464970274 | 12258066517 | Pass | A | 13464970274 | 12258066517 |
| 302 | 43.0 | 05/28/24 21:46:40 | 13464970274 | 12258066517 | Pass | A | 13464970274 | 12258066517 |
| 303 | 42.0 | 05/28/24 21:47:05 | 13464970274 | 12258066517 | Pass | A | 13464970274 | 12258066517 |
| 304 | 41.0 | 05/28/24 22:11:06 | 12253858124 | 12258066517 | Pass | A | 12253858124 | 12258066517 |

**AT&T Proprietary**
The STIR report is call detail records that used the Stir/Shaken protocol
to attempt to authenticate Caller ID information.

Page 8

The information contained here is for use by authorized persons only and is not for general
distribution.

AT&T 3939097-000098



AT&T has queried for records from 05/16/2024 12:00:00am to 05/29/2024 11:59:59pm  
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

---

Run Date:        06/09/2024  
Run Time:        12:01:12  
Voice Usage For: (225)806-6517

| Item | Seq | ConnDateTime (UTC) | Originating Number | Terminating Number | Status | Attest Type | Ver Orig | Ver Term |
|---|---|---|---|---|---|---|---|---|
| 305 | 40.0 | 05/28/24 22:11:17 | 12253858124 | 12258066517 | Pass | A | 12253858124 | 12258066517 |
| 306 | 39.0 | 05/28/24 22:11:25 | 12253858124 | 12258066517 | Pass | A | 12253858124 | 12258066517 |
| 307 | 38.0 | 05/28/24 22:11:40 | 12253858124 | 12258066517 | Pass | A | 12253858124 | 12258066517 |
| 308 | 37.0 | 05/28/24 23:06:17 | 19546655252 | 12258066517 | Pass | A | 19546655252 | 12258066517 |
| 309 | 36.0 | 05/28/24 23:06:22 | 19546655252 | 12258066517 | Pass | A | 19546655252 | 12258066517 |
| 310 | 35.0 | 05/28/24 23:06:28 | 13475961758 | 12258066517 | Pass | A | 13475961758 | 12258066517 |
| 311 | 34.0 | 05/28/24 23:06:48 | 17323957203 | 12258066517 | Pass | A | 17323957203 | 12258066517 |
| 312 | 33.0 | 05/28/24 23:33:19 | 12256649784 | 12258066517 | Pass | C | 12256649784 | 12258066517 |
| 313 | 32.0 | 05/29/24 00:47:30 | 17325907132 | 12258066517 | Pass | B | 17325907132 | 12258066517 |
| 314 | 31.0 | 05/29/24 00:47:35 | 17325907132 | 12258066517 | Pass | B | 17325907132 | 12258066517 |
| 315 | 30.0 | 05/29/24 00:47:36 | 17325907132 | 12258066517 | Pass | B | 17325907132 | 12258066517 |
| 316 | 29.0 | 05/29/24 03:26:18 | 14437044790 | 12258066517 | Pass | A | 14437044790 | 12258066517 |
| 317 | 28.0 | 05/29/24 03:26:22 | 14437044790 | 12258066517 | Pass | A | 14437044790 | 12258066517 |
| 318 | 27.0 | 05/29/24 13:01:39 | 12253858124 | 12258066517 | Pass | A | 12253858124 | 12258066517 |
| 319 | 26.0 | 05/29/24 14:40:43 | 12256756608 | 12258066517 | Pass | C | 12256756608 | 12258066517 |
| 320 | 25.0 | 05/29/24 14:54:10 | 12253508652 | 12258066517 | Pass | A | 12253508652 | 12258066517 |
| 321 | 24.0 | 05/29/24 15:03:52 | 17243007016 | 12258066517 | Pass | B | 17243007016 | 12258066517 |
| 322 | 23.0 | 05/29/24 15:22:41 | 19062570820 | 12258066517 | Pass | A | 19062570820 | 12258066517 |
| 323 | 22.0 | 05/29/24 15:35:20 | 19546655252 | 12258066517 | Pass | A | 19546655252 | 12258066517 |
| 324 | 21.0 | 05/29/24 15:35:46 | 19546655252 | 12258066517 | Pass | A | 19546655252 | 12258066517 |
| 325 | 20.0 | 05/29/24 15:35:57 | 13475961758 | 12258066517 | Pass | A | 13475961758 | 12258066517 |
| 326 | 19.0 | 05/29/24 16:15:58 | 15047388408 | 12258066517 | Pass | A | 15047388408 | 12258066517 |
| 327 | 18.0 | 05/29/24 17:32:26 | 19062570817 | 12258066517 | Pass | B | 19062570817 | 12258066517 |
| 328 | 17.0 | 05/29/24 17:39:34 | 17692091090 | 12258066517 | Pass | B | 17692091090 | 12258066517 |
| 329 | 16.0 | 05/29/24 17:39:35 | 17692091090 | 12258066517 | Pass | B | 17692091090 | 12258066517 |
| 330 | 15.0 | 05/29/24 17:39:41 | 17692091090 | 12258066517 | Pass | B | 17692091090 | 12258066517 |
| 331 | 14.0 | 05/29/24 19:01:08 | 19854498891 | 12258066517 | Pass | A | 19854498891 | 12258066517 |
| 332 | 13.0 | 05/29/24 19:01:11 | 19854498891 | 12258066517 | Pass | A | 19854498891 | 12258066517 |
| 333 | 12.0 | 05/29/24 19:01:12 | 19854498891 | 12258066517 | Pass | A | 19854498891 | 12258066517 |
| 334 | 11.0 | 05/29/24 19:46:47 | 19346478282 | 12258066517 | Pass | B | 19346478282 | 12258066517 |
| 335 | 10.0 | 05/29/24 19:46:53 | 19346478282 | 12258066517 | Pass | B | 19346478282 | 12258066517 |
| 336 | 9.0 | 05/29/24 20:00:23 | 15056751743 | 12258066517 | Pass | C | 15056751743 | 12258066517 |
| 337 | 8.0 | 05/29/24 20:00:25 | 15056751743 | 12258066517 | Pass | C | 15056751743 | 12258066517 |
| 338 | 7.0 | 05/29/24 20:00:26 | 15056751743 | 12258066517 | Pass | C | 15056751743 | 12258066517 |
| 339 | 6.0 | 05/29/24 21:07:20 | 12252236421 | 12258066517 | Pass | C | 12252236421 | 12258066517 |
| 340 | 5.0 | 05/29/24 21:34:21 | 16088967502 | 12258066517 | Pass | B | 16088967502 | 12258066517 |
| 341 | 4.0 | 05/29/24 21:34:22 | 16088967502 | 12258066517 | Pass | B | 16088967502 | 12258066517 |
| 342 | 3.0 | 05/29/24 21:34:23 | 16088967502 | 12258066517 | Pass | B | 16088967502 | 12258066517 |

---

AT&T Proprietary  
The STIR report is call detail records that used the Stir/Shaken protocol  
to attempt to authenticate Caller ID information.

The information contained here is for use by authorized persons only and is not for general distribution.

3939097
06/09/2024

STIR/SHAKEN



AT&T has queried for records from 05/16/2024 12:00:00am to 05/29/2024 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:       06/09/2024
Run Time:       12:01:12
Voice Usage For: (225)806-6517

| Item | Seq | ConnDateTime (UTC) | Originating Number | Terminating Number | Status | Attest Type | Ver Orig | Ver Term |
|---|---|---|---|---|---|---|---|---|
| 343 | 2.0 | 05/30/24 00:55:15 | 12252296344 | 12258066517 | Pass | A | 12252296344 | 12258066517 |
| 344 | 1.0 | 05/30/24 00:55:24 | 12252296344 | 12258066517 | Pass | A | 12252296344 | 12258066517 |

AT&T Proprietary
The STIR report is call detail records that used the Stir/Shaken protocol
to attempt to authenticate Caller ID information.

The information contained here is for use by authorized persons only and is not for general distribution.

AT&T 3939097-000100