

# AT&T Records Key

AT&T searches all available databases to ensure all responsive records are provided.  Multiple reports may be provided in response to your request.

**Note: Blank fields or "-1" do not indicate an issue with the record. It simply means the information was not passed from the network to the CDR System.**

**AT&T Mobility Voice Descriptions**

| Column/Field Name | Description |
|---|---|
| **Item** | Row Number. This denotes a leg of a call or transaction. A leg of a call represents each time the call is processed through a network switch. Calls may go through several switches in AT&Ts network in order to reach the intended party. |
| **Conn.Date** | Connection Date. The date of the call. |
| **Conn.Time(UTC)** | Connection Time. The time the call was connected. Time is in UTC. Times is expressed in military time as HH:MM:SS. |
| **Conn Date Time** | Connection date and time- Date and Time the call was connected. Displayed as one column on the Landline Call Detail Records. |
| **SeizureTime** | The number of seconds it took to travel through our systems before the call connected. |
| **ET (Elapsed Time)** | Duration of the transaction. Duration is in MM:SS |



AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.
Page **1** of **16**

AT&T 3939097-000101



| | |
|---|---|
| **Originating Number** | The phone number the call/text originated from. For data records, this does not necessarily mean the number originated the data transaction. The network constantly communicates with internet enabled devices and the data records do not indicate if a customer initiated a data transaction. Some abbreviations are found after a number using (), They are defined as follows:<br><br>Dialed (D)- The number that the originating party dialed. Appears in subsequent line of the same row in the Originating Number column. (Note: only appears if the Terminating number differs from the Dialed number)<br><br>Special Dialing Characters- A = *, B = # Appears as part of Dialed Number (D) Digits.<br><br>FORWARDED (F)- The number the terminated number forwarded the call to. Appears in subsequent line of the same row in the Originating Number column.<br><br>ORIGINAL ORIGINATING (OO)- Denotes the number that originated the call before call forwarding was invoked. Appears in subsequent line of the same row in the Originating Number column.<br><br>TRANSLATED (T)- Indicates if a number was translated to a different number. For example, if the number called is 911, then that gets translated to a ten-digit number for routing to a 911 dispatch center. The (T) indicates the number the translation was from, not the number translated to. |
| **Terminating Number** | The number the transaction terminated to. |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

Page **2** of **16**

AT&T 3939097-000102



| | |
|---|---|
| **IMEI** **International Mobile Equipment Identifier** | Can be 15 or 16 digits. A 15-digit number that uniquely identifies an individual wireless device. The first 14 digits are unique. The 15th digit is a check digit that validates the prior 14 digits.<br><br>A 16 digit IMEI is an "IMEISV." SV Stands for software version number. The last two digits identify the software version.<br><br>Only the IMEI of the number requested is displayed. |
| **IMSI** **International Mobile Subscriber Identity** | This is a unique 15-digit identifier given to each mobile subscriber and is stored on the Subscriber Identity Module (SIM). The IMSI consists of a MCC (Mobile Country Code), a MNC (Mobile Network Code) and a MSIN (Mobile Station Identification Number):<br>• 3-digit MCC ties the SIM to a specific country<br>• 3-digit MNC ties the SIM to a specific network within that country<br>• 9-digit MSIN ties the SIM to a specific customer |
| **CT (Call Type)** | Denotes if the leg of a call is an originating leg or terminating leg.<br><br>Mobile Originating (MO)<br>Mobile Terminating (MT)<br>Service Originating (SO)<br>Service Terminating (ST)<br><br>**A service record is generated when the network generates a leg of a call to reach a service on the network. For example, a leg connecting to the voicemail platform denotes a service invoked on the network and may show up as a service record.**<br><br>**See "Item" at beginning of the table for definition of a leg of a call.** |
| **Feature** | This column represents the type of call that occurred as recorded by our network and used for purposes of processing a call on AT&T's network. These are not necessarily indicative of features on a customer's account or the types of services subscribed to. |
| **Make** | Device Manufacturer |
| **Model** | Device Model |

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.
Page **3** of **16**

AT&T 3939097-000103

| Cell Location | Identifiers:<br>3G Network cell Site= LAC/CID      4G/5G Network Cell Site= ECGI<br><br>Examples:<br>3G Network Cell Site [27077/11621:-80.05629:26.74779:350:90.0:89]<br>                    LAC/CID        LONG:LAT      Sector:Beamwidth:Time on Tower<br><br>4G/5G Network Cell Site [133151247:520122: -96.912452:33.013937:358:-1.0:28]<br>                    ECGI:ENB-ID        LONG:LAT      Sector:Beamwidth:Time on Tower<br><br>Definitions:<br>LAC - Location Area Code. This number identifies the specific region a cell tower is located in. The number is used internally in AT&T for network purposes.<br><br>CID - Cell Identity. This number identifies the location of the tower within a specified region.<br>The number is used internally in AT&T for network purposes.<br><br>ECGI - Enhanced cell global identity. A nine digit number that indicates the location of a cell tower when 4G technology is being used. The number is used internally in AT&T for network purposes.<br><br>ENB-ID - Evolved Node B (eNodeB) Hardware connected to the AT&T mobility network that communicates directly with a mobile device. This number is used internally to AT&T to identify a specific antenna on a tower when 4G technology is used.<br><br>Longitude - A geographic coordinate that specifies an East-West Position of a point on the earth's surface. The Latitude represented is of the cell tower.<br><br>Latitude - A geographic coordinate that specifies a North-South Position of a point on the earth's surface. The Longitude represented is of the cell tower.<br><br>Sector - A number out of 360 degrees that indicates the side of the cell site antenna used in processing the call.<br><br>Beamwidth - A number out of the 360 degrees that specifies the angle of coverage of the RF signal coming from a particular cell site sector.<br><br>Time on Tower - If applicable, shows the amount of time (in seconds) the device spent on each cell tower involved in the transaction. |
|---|---|

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.
Page **4** of **16**

AT&T 3939097-000104



## AT&T Mobility Common Scenarios

| Scenario | Description |
|---|---|
| Many or all Zero Duration Calls | Voice usage reports showing all calls with zero durations in the Elapsed Time "ET" column indicate calls that were not connected. Numbers such as this are commonly used for routing purposes if there is no associated subscriber. |
| Report Differences | Because calls can traverse many networks, AT&T provides records of all calls that traverse its wireline, wireless and international gateways.<br><br>ReportAU- Calls that traverse the mobility network.<br><br>ReportLandline- Calls that traverse the wireline and Voip network.<br><br>ReportICDR-Calls that traverse AT&T's international gateway.<br><br>ReportSTIR – Calls that have gone through attestation process to authenticate Caller ID.<br><br>A call may show up on one or more report however AT&T has no ability to definitively state or correlate calls as being the same transaction. You may infer any conclusions based on your own analysis of the records. |
| ET 60:00- Data Usage | Data records have a maximum limit of 60 minutes in the CDR record system. Another record is created when a continuous data session exceeds the 60 minute limit. |

## AT&T Timing Advance Descriptions

| Column/Field Name | Description |
|---|---|
| Timing Advance | A network measurement of the time it takes for a signal to travel from the tower to the device and back. The Timing Advance value is a unitless integer. Multiply this value by 78.07 to get the distance from the Tower in Meters. |

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.
Page 5 of 16

AT&T 3939097-000105

| | |
|---|---|
| **Cell ID** | Cell Identity. This number identifies the location of the tower within a specified region. The number is used internally in AT&T for network purposes. |
| **Sector/Beamwidth** | Sector - A number out of 360 degrees that indicates the side of the cell site antenna used in processing the call.<br><br>Beamwidth - A number out of the 360 degrees that specifies the angle of coverage of the RF signal coming from a particular cell site sector. |

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.
Page **6** of **16**

AT&T 3939097-000106



## Feature Definitions for Mobility Voice Report

Features represent the type of call that occurred as recorded by our network and used for purposes of processing a call on AT&Ts network. These are not necessarily indicative of features on a customer's account or the types of services subscribed to.

| Feature Acronym | Feature Definition |
|---|---|
| ADD | Unstructured Supplementary Service Data |
| CBI | Barring of All Incoming Calls |
| CBIOP | Incoming Operator Determined Barring |
| CBIP | Barring of All Incoming Calls Roaming Outside Public Land Mobile Network |
| CBIUK | Barring of Incoming Calls |
| CBO | Barring of All Outgoing Calls |
| CBOI | Barring of All Outgoing Intl Calls |
| CBOIP | Barring of All Outgoing Intl Calls Except to Public Land Mobile Network |
| CBOOP | Outgoing Operator Determined Barring |
| CBOUK | Barring of Outgoing Calls |
| CBUK | All Barring |
| CFB | Call Forwarding Subscriber Busy |
| CFC | Call Forwarding All Conditional |
| CFNA | Call Forwarding No Reply |
| CFNR | Call Forwarding Not Reachable |
| CFO | Call Forwarding in Gateway (Unknown) |
| CFU | Call Forwarding Unconditional |
| CFUK | All Forwarding |
| CGC | Advice of Charge Charging |
| CGI | Advice of Charge Information |
| CIAC | Account Code Service |
| CICUG | Closed user Groups Service |
| CIPCI | Proprietary Customer Information |
| CMH | Call Hold |

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.
Page **7** of **16**

AT&T 3939097-000107



| | |
|---|---|
| **CMPRL** | Proprietary Release Link Trunk Service |
| **CMPVM** | Proprietary Voice Mail Call Dropback |
| **CMR** | Call Re-origination |
| **CMRC** | Call Re-Origination By Cause |
| **CMW** | Call Waiting |
| **ECT** | Explicit Call Transfer |
| **GREM** | Enhanced Multi |
| **INIOR** | Invoke Calling Number Identity Restriction |
| **MPS** | Multiparty Services |
| **NIND** | Proprietary Calling Name Delivery |
| **NIOP** | Calling Number Identity Presentation |
| **NIOR** | Calling Number Identity Restriction |
| **NITP** | Connected Line Identity Presentation |
| **NITR** | Connected Line Identity Restriction |
| **NSDA** | Directory Assistance Service Call |
| **OACR** | Anonymous Call Rejection |
| **OEXT** | Extension Service |
| **OMCT** | Malicious Call Trace |
| **OMSC** | MSC |
| **OOR** | Optimal Routing (of Late Call Forwarding) |
| **RTT** | Real Time Text Indicator will represent that the caller placed a voice call and elected to continue the call as text. |
| **SUBCMH Call hold** | Call hold, Invoke, Invoked by Subscriber |
| **V2G** | Volte to 3G. It indicates the call was handed off from one Volte (a VOIP call) to the 3G network (circuit switched call) |
| **VM** | Voicemail involved in transaction |
| **VCORR** | 4G Cell site was correlated with additional database |
| **FCID** | "Flexible Caller ID" This indicates a secondary device, such as a watch or tablet, originated the call. The number indicated as the Original Originating (OO) is the native number belonging to the secondary device that originated the call. |

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.

AT&T 3939097-000108



## AT&T Mobility SMS Descriptions

| Column Name | Description |
| --- | --- |
| Originating Number | Number that originated the SMS |
| Terminating Number | Number that received the SMS |
| Description | If known, describes the direction of the SMS<br>SMSO (SMS originating)<br>SMST (SMS terminating) |
| IMEI<br>International Mobile Equipment Identifier | Can be 15 or 16 digits. A 15-digit number that uniquely identifies an individual wireless device. The first 14 digits are unique. The 15th digit is a check digit that validates the prior 14 digits.<br><br>A 16 digit IMEI is an "IMEISV." SV Stands for software version number. The last two digits identify the software version.<br><br>Only the IMEI of the number requested is displayed. |
| IMSI<br>International Mobile Subscriber Identity | This is a unique 15-digit identifier given to each mobile subscriber and is stored on the Subscriber Identity Module (SIM).<br>The IMSI consists of a MCC (Mobile Country Code), a MNC (Mobile Network Code) and a MSIN (Mobile Station Identification Number):<br>• 3-digit MCC ties the SIM to a specific country<br>• 3-digit MNC ties the SIM to a specific network within that country<br>• 9-digit MSIN ties the SIM to a specific customer |
| MMS Type | Mobile Multimedia Service (MMS) Message Type indicates the types of media embedded in the MMS Message. Values include: Text, Image, Audio or Video.<br>There can be more than one value in the same message. If this field is blank, it is an SMS. |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

Page **9** of **16**

AT&T 3939097-000109



**AT&T Mobility SMS-Email Descriptions**

| Column Name | Description |
|---|---|
| Email | Email address associated |
| Email Status | SEND/RCVD |
| Description | MO (Mobile originating) MT (Mobile terminating) AO (Application originating) AT (Application terminating) |

**Feature Definitions for Mobility Voice and Mobility SMS Report**

Features represent the type of Call/SMS that occurred as recorded by our network and used for purposes of processing a Call/SMS on AT&Ts network. These are not necessarily indicative of features on a customer's account or the types of services subscribed to.

| Feature Acronym | Feature Definition |
|---|---|
| Wi-Fi | This denotes when a Call/SMS was carried over Wi-Fi. No cell sites or any type of location information is available on these transactions because AT&T does not store this information. |

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.
Page **10** of **16**

AT&T 3939097-000110

<a>
<p></p>
</a>



**AT&T Mobility Data Descriptions**

| Column Name | Description |
|---|---|
| Bytes Up | Number of bytes sent from the wireless handset to the cell site. |
| Bytes Dn | Number of bytes sent from the cell site to the wireless handset. |
| Originating Number | Number of the device making the data connection.<br><br>For data records, the Originating Number does not necessarily mean the number originated the data transaction. The network constantly communicates with internet enabled devices and the data records do not indicate if a customer initiated a data transaction. |
| Apn Network | Defines the type of connection the customer is making to our network. Values can include:<br><br>nxtgenphone (next generation device, LTE capable)<br>ims (automatically added APN to VoLTE-capable devices to support IP Messaging over IMS)<br>firstnet-phone (AT&T FirstNet Device – similar to nxtgenphone) |
| IMEI<br>International Mobile Equipment Identifier | Can be 15 or 16 digits. A 15-digit number that uniquely identifies an individual wireless device. The first 14 digits are unique. The 15th digit is a check digit that validates the prior 14 digits.<br><br>A 16 digit IMEI is an "IMEISV." SV Stands for software version number. The last two digits identify the software version.<br><br><br>Only the IMEI of the number requested is displayed. |
| IMSI<br>International Mobile Subscriber Identity | This is a unique 15-digit identifier given to each mobile subscriber and is stored on the Subscriber Identity Module (SIM).<br>The IMSI consists of a MCC (Mobile Country Code), a MNC (Mobile Network Code) and a MSIN (Mobile Station Identification Number):<br>• 3-digit MCC ties the SIM to a specific country<br>• 3-digit MNC ties the SIM to a specific network within that country<br>• 9-digit MSIN ties the SIM to a specific customer |

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.
Page **10** of **16**

AT&T 3939097-000111



## AT&T Wi-Fi Data Descriptions

This report signifies data transactions where the customer is connected to Wi-Fi using AT&T VPN service.

| Column Name | Description |
|---|---|
| Bytes Up | Number of bytes sent from the wireless handset to the cell site. |
| Bytes Dn | Number of bytes sent from the cell site to the wireless handset. |
| Originating Number | Number of the device making the data connection.<br><br>For data records, the Originating Number does not necessarily mean the number originated the data transaction. The network constantly communicates with internet enabled devices and the data records do not indicate if a customer initiated a data transaction. |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

Page 11 of 16

AT&T 3939097-000112



## AT&T Report STIR/Shaken Descriptions

| Column Name | Description |
|---|---|
| Seq | Unique record created by this database. |
| Status | Values include:<br>No Validation<br>Pass<br>Fail |
| Attest Type | A - Full Attestation<br><br>- Is responsible for the origination of the call onto the IP-based service provider voice network.<br>- Has a direct authenticated relationship with the customer and can identify the customer.<br>- Has established a verified association with the telephone number used for the call.<br><br>B - Partial Attestation<br><br>- Is responsible for the origination of the call onto the IP-based service provider voice network.<br>- Has a direct authenticated relationship with the customer and can identify the customer.<br>- Has NOT established a verified association with the telephone number being used for the call.<br><br>C - Gateway Attestation<br><br>- Has no relationship with the initiator of the call (e.g., international gateways). |
| Ver_Orig | Originating TN that was used to validate Caller ID. |
| Ver_Term | Terminating TN that was used to validate Caller ID. |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

Page **12** of **16**

AT&T 3939097-000113



**AT&T Wireline Descriptions**

| Column Name | Description |
|---|---|
| Sec. Orig | Secondary Originating Number. A secondary number associated with the call transaction. This number can either be a wireline or mobility number. As an example, if it is a non-mobility number, this could be a number that sits behind a customer's internal phone network such as a PBX. There are other numerous situations when secondary originating numbers are part of a call transaction. |
| CIC | Carrier Identification Code. The number in this column translates to identifying the interexchange carrier of the call. A public listing of CIC codes can be found at the following url: http://www.nanpa.com |
| Call Code | Represents the type of call that was processed on the wireline network. |
| Orig. Acc. | Originating Access ID. When a call is received from another carrier and traverses AT&Ts VoIP network. This number translates to what carrier sent AT&T the call. |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

Page **13** of **16**

AT&T 3939097-000114



## AT&T Wireline Common Call Code Descriptions

| Call Code Number | Call Code Name | Description |
| --- | --- | --- |
| 47 | Default AIN Call Type Code | Default call code indicating that some Advanced Intelligent Network (AIN) feature was requested or utilized. |
| 343 | Terminating Access Verification | This call code is used to either bill or validate a billing transaction where a call traversed more than one carrier's network. |
| 808 | VoIP Default | Originating customer paid AT&T VoIP call. |
| 342 | Originating Access Verification | This call code is used to either bill or validate a billing transaction where a call traversed more than one carrier's network. |
| 325 | MEGACOM 800 | A direct-connect service for customers who receive high volumes of calls of long duration. Usually associated with a business. |
| 60 | AT&T Station Paid | Long Distance call where the originating number is also the billing responsible party. |
| 119 | Terminating Access | This call type code provides details for a call that enters the terminating exchange from an Interexchange Carrier (IC). |
| 720 | Connecting Network Access | Call received over connecting network access incoming trunk. |
| 306 | CMC Toll Switch Application | Cellular Mobile Carrier (CMC) Toll switch |
| 100 | Direct Services Dialing Capability (DSDC) | This call code indicates that the serving office (Switch) utilized call processing capabilities of another office for some or all of the call. Also known as Service Assist. |
| 129 | Basic SDN Call | Generally, this indicates some type of AIN (Advanced Intelligent Network) feature was used or requested, including call features or routing. |
| 141 | IEC Number Service Call | This call type code provides details for toll-free calls that are transported by an Interexchange Carrier (IC). |
| 360 | OSO Recording/HICAP | Originating Screening Office (OSO) national 800 number database (NCP) dip records. |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

Page **14** of **16**

AT&T 3939097-000115



| 110 | Inter-LATA Station Paid | This call type code is generated for direct-dialed, station-paid internetwork calls routed by means of an interexchange carrier. |
| --- | --- | --- |
| 337 | ISDN CPN/BN to Terminating End | Integrated Services Digital Network (ISDN) customer voice or data session. |
| 98 | Collector tracer | This Call Type Code is used in all audit (tracer) records generated by an Automatic Message Accounting Teleprocessing System (AMATPS) collector. |
| 309 | MEGACOM | An interstate service that permits outward calling from designated AT&T serving offices to stations throughout the US. |
| 364 | Readyline | An inbound Toll Free call service terminating on an existing local POTS line. |
| 134 | Feature Group B Originating LATA | This call type code provides details for Feature Group B originating calls (AIN, InterLATA and fg B - Originating). |
| 806 | VoiceTone | This service provides interactive IVR, toll free and contact center services. |

**AIN - Advanced Intelligent Network:** SS7 Signaling based enhanced features, including, but not limited to:  Local Number Portability (LNP), Toll Free calling, Prepaid calling services, Reverse Charging, VPN, Call Screening, Private number plans, location based.

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

Page **15** of **16**

AT&T 3939097-000116



**AT&T International Descriptions**

| ColumnName | Description |
|---|---|
| OrigCountry | The country the call originated from based on the NPA-NXX of the party that placed the call. |
| DialCountry | The country of the number dialed based on the NPA-NXX of the dialed number. |
| InCountry | Inbound Country. The country AT&T terminated the call to. This does not necessarily mean the called party is in the listed country. This represents the country that AT&T directed the call to in order to properly route the call to its final destination. Other carriers may pick up the call after the call has left the AT&T network. |
| OutCountry | Outbound Country. The country AT&T routed the call from. This does not necessarily mean the call originated from the listed country. This represents the country AT&Ts network was used in to properly route the call to its final destination. |
| AnsInd | Indicates if the call was answered. |
| FromCPN | From Calling Party Number. Indicates if the call originated from the Originating Number. |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

Page **16** of **16**

AT&T 3939097-000117