```
4166660
09/24/2024
```

# IMSI Report



| | |
|---:|:---|
| MSISDN: | **(225) 806-6517** |
| Service Start Date: | **01/01/2018** |
| Associated IMSI: | **310280020248751** |

The results provided represent the IMSI as of the date/time listed.
This is the most current information available.



**AT&T PROPRIETARY**
The information contained here is for use by authorized person only and
is not for general distribution.

AT&T 4166660-001780