4166660  
09/24/2024



## WIRELESS
## SUBSCRIBER INFORMATION

578288397539

### Financial Liable Party

| | |
|---|---|
| **Name:** | DISH WIRELESS LLC |
| **Credit Address:** | 9601 S MERIDIAN BLVD, ENGLEWOOD, CO 80112 |

| | | | |
|---|---|---|---|
| **Customer Since:** | 07/23/2023 | | |
| **Photo ID Type:** | | **Photo ID State:** | |
| **Photo ID Number:** | | | |
| **DOB:** | | **SSN/TaxID/FEIN:** | |

| | | | |
|---|---|---|---|
| **Contact Name:** | Unknown Unknown | | |
| **Contact Home Phone:** | (000) 000-0000 | **Contact Work Phone:** | (111) 111-0001 |
| **Contact Home Email:** | | **Contact Work Email:** | |

### Billing Party

| | | | |
|---|---|---|---|
| **Account Number:** | 578288397539 | | |
| **Name:** | DISH WIRELESS LLC | | |
| **Billing Address:** | 9601 S MERIDIAN BLVD, ENGLEWOOD, CO 80112 | | |
| **Account Status:** | Active | **Billing Cycle:** | 13 |

### User Information

| | | | |
|---|---|---|---|
| **MSISDN:** | (225) 491-5118 | **IMSI:** | 310410388731567 |
| **MSISDN Active:** | 08/28/2023 - Current | | |
| **SIM CARD:** | 89014107333887474833 | | |
| **Name:** | DISH WIRELESS LLC | | |
| **User Address:** | 9601 S MERIDIAN BLVD, ENGLEWOOD, CO 80112 | | |
| **Service Start Date:** | 08/28/2023 | **Dealer Info:** | DUBL1 DUBL1 DUBL1 |
| **Payment Type:** | Postpaid | | |
| **Contact Name:** | DISH WIRELESS LLC | | |
| **Contact Home Phone:** | | **Contact Work Phone:** | |
| **Contact Home Email:** | | **Contact Work Email:** | |

### Status Change History

| Status Change Reason | Status Change Date |
|---|---|
| | |

**AT&T PROPRIETARY**

The information contained here is for use by authorized person only and is not for general distribution.

GOVERNMENT EXHIBIT  
AO386-C  
CASE NO. 24-CR-20397-RKA  
EXHIBIT NO. 7.2.1.

AT&T 4166660-001782