

# INTERPRETING RECORDS

## TABLE OF CONTENTS (SELECT BELOW)

- Interpreting Real Time Location

- Interpreting Subscriber Information

- Interpreting Call Detail Records

- Interpreting Call Detail Records Legacy Sprint

- Interpreting Data Session Records

- Interpreting Timing Advance Records

- UTC Information Sheet

- Interpreting Call Detail Records Legacy Sprint - Exigent Only



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 24-CR-20397-RKA

EXHIBIT NO. 9.3

## Interpreting Subscriber Information

Your response includes subscriber information.  Our query results in an Excel file with multiple rows.  Not all rows appear on every report depending on the type of subscriber, their dates of service, and the nature of your request.

The rows present **may** be:

| Subscriber Details: | |
| --- | --- |
| Subscriber Name | Name associated with billing for this phone number |
| Subscriber Address | Address associated with this phone number |
| Subscriber Status | Status of the account |
| Subscriber Name Effective Date | Date this name became associated with this phone number |

| Account Details: | |
| --- | --- |
| **Activation Date** | Account Activation Date |
| **Termination Date** | Cancellation/Termination Date, if it has been terminated |
| **Account Name** | Primary Accountholder's Name |
| **Account No** | Billing Account Number (BAN) |
| **Account Effective Date** | Current Account Status Effective Date |
| **Account Expiration Date** | Account Expiration Date, if it has been terminated |

| Device Details: | |
| --- | --- |
| **Phone Model** | Phone Model |
| **ICCID** | Integrated Circuit Card Identifier for the SIM card |
| **IMSI** | International Mobile Subscriber Identity |
| **MDN Effective Date** | Phone number begin date |
| **MDN Expiration Date** | Phone number end date |
| **MSISDN No** | Target number |
| **MSISDN Status** | Current status of this telephone number |
| **MSISDN Market** | Home market of this telephone number |
| **MSISDN Name** | Name associated with this telephone number |
| **SIM** | Subscriber Identity Module number associated with this phone number |
| **IMEI** | International Mobile Equipment Identity |
| | **Note**: The IMEI information listed may not include all devices associated with the MSISDN during the date range in the legal demand. Usage reports (call details, , timing advance) are the best source for IMEI information, as the IMEI used for each transaction, as captured by the network, is included in the report. Please direct any questions regarding IMEI information to LER2@T-Mobile.com. |
| **Begin Service Date** | N/A |
| **Device Network Type** | GSM or CDMA (only displays for legacy MetroPCS customers |

| Billing Details: | |
| --- | --- |
| **Bill Name** | Name associated with billing for this phone number Subscriber |
| **Bill Birth Date** | birth date |
| **Bill SSN** | Subscriber Social Security Number |

RETURN TO TABLE OF CONTENTS

| | |
|---|---|
| **Bill Cycle** | Bill cycle for postpaid subscribers |
| **Bill Address** | Subscriber address |
| **Company Name** | Business Name |
| **Rate Plan** | Subscriber Plan |
| **Rate Plan Desc** | Description of major features under the plan |
| **Contact 1** | Primary contact phone number |
| **Contact 2** | Secondary contact phone number |
| **Brand** | TMUS brand or MVNO providing service |
| **Coupon** | Prepaid Coupon Serial Number |
| **Last Refilled** | Last Prepaid Refill Date |

**Ported Details:**

| | |
|---|---|
| **Ported Carrier** | Company to which the number has been ported if known |

PLEASE NOTE:  You may receive multiple subscriber information files if the target has used their SIM card with multiple devices or if the subscriber's line has been suspended numerous times within your target timeframe.

## MVNO/Wholesale Accounts

T-Mobile US Inc. partners with select wholesale providers. T-Mobile does not possess subscriber information for MVNO accounts.
If your subscriber report contains any of the following names in the "BRAND" field, that account is associated with a wholesale provider.
 For subscriber information on wholesale accounts, please direct your request to the wholesale company indicated in the field "BRAND."

Contact information for wholesale partners continued on the following pages:

# T-MOBILE WHOLESALE PARTNERS

| Brand | MVNO Company Name | MVNO Address |
|---|---|---|
| 321 Communications | 321 Communications, Inc. | 321 Communications, Inc.<br>4600 Touchton Rd., Ste 1150<br>Jacksonville, FL 32246<br>Tel: 904-945-9600<br>E-mail: admin@321communications.com |
| Always Connect Solutions, LLC | Always Connect Solutions, LLC | Always Connect Solutions, LLC<br>604 N Sterling St., Nampa, ID 83651  Tel: 208-949-4000 |
| Bark Mobile | Bark Mobile | Bark Mobile<br>3423 Piedmont Rd NE Ste 360<br>Atlanta, GA 30305<br>Tel: 949-371-9176, Email: brandon@bark.us |
| Cintex (PWG) | Prepaid Group Wireless LLC (PWG) | PWG<br>6100 Executive Blvd, Ste 202, Rockville, MD 20852 Attn: Kim Corrigan<br>Tel: 301-363-4303, Email: kim@pwgns.com |
| Consumer Cellular | Consumer Cellular | Consumer Cellular<br>7204 SW Durham Road, Suite 300, Portland, Oregon 97224<br>Tel: 888-750-5519 |
| Dish MVNO | DISH | Lawful Intercept Tel: 720-213-5735, Fax 866-217-4097, Email: courtorders-dish@subsentio.com<br>Records Production Tel: 877-510-4357 Option 2, Fax: 703-953-3643 Email: rp-dish@subsentio.com<br>24/7 Emergencies Tel: 877-510-4357 Option 1, Fax: 703-953-3643 Email: emergency@subsentio.com<br>Mailing Address: Subsentio, LLC 14900 Bogle Drive, Suite 101, Chantilly, VA 20151 |
| DisplayRide | DisplayRide | DisplayRide<br>Abdul Kasim<br>1187 Gardenside Ln, Cupertino, CA 95014<br>Tel: 201-491-8325<br>E-mail: abdul@displayride.com |
| Dosentrx | Dosentrx | Dosentrx<br>505 Hwy 169 N<br>Ste 230<br>Plymouth, MN 55441<br>Tel: 612-817-0959<br>E-mail: msummers@dosentrx.com |
| DoorDash | DoorDash | DoorDash Legal<br>303 2nd Street, South Tower Suite 800, San Francisco, CA 94107<br>E-mail: litigation@doordash.com |
| Enfotrace | EnfoTrace | EnfoTrace<br>33 Hammond St. #201, Irvine, CA 92618<br>Tel: 213-840-0350 |
| Fliggs Mobile, Inc. | Fliggs Mobile, Inc. | Fliggs Mobile, Inc.<br>1207 Delaware Ave., Suite 3001, Wilmington, DE, 19086<br>Tel: +41774322334<br>E-mail: operations@fliggs.com |
| Hyperion Partners, LLC | Hyperion Partners, LLC | Hyperion Partners, LLC<br>Mark Cross<br>7485 W. Badura Ave., Suite 101. Las Vegas, NV 89113<br>Tel: 702-545-8178<br>E-mail: mxc@hyperionpartners.net |
| iWireless | iWireless | iWireless<br>1 Levee Way, Ste 3116, Newport, KY<br>Tel: 859-802-8421<br>E-mail: scullen@iwirelesshome.com |
| Joonto Inc. | Joonto Inc. | Joonto Inc.<br>Spence Angerbauer<br>2701 North Thanksgiving Way, Lehi, UT 84043<br>Tel: 801-573-7111<br>E-mail: spence@joonto.com |
| Kajeet | Kajeet Inc. | Kajeet Inc.<br>Legal Department - General Counsel<br>7901 Jones Branch Dr., Suite 350, McLean, Virginia 22102<br>Tel: 240 482 3480, Fax: 240 482 3481 |
| KVH Industries | KVH Industries | KVH Industries<br>50 Enterprise Center<br>Middletown, RI 02842<br>Tel: 401-845-8148<br>E-mail: ffeingold@kvh.com |
| Lycaplus | LycaMobile, LycaMobile Plus | LycaMobile Subpoena Compliance Custodian of Records, 570 Broad Street, Newark, NJ 07102<br>Tel: 973-286-0771, Fax: 973-286-0773<br>E-mail: subpoenacompliance@lycamobile.com |
| MobileNet | MobileNet US | MobileNet US<br>Avi Yroshalmiane, 824 Wilshire Blvd. Suite 200, Los Angeles, CA 90017<br>Tel: 310-707-0000<br>E-mail: billing@mobilenetus.com |
| MVNO Connect | MVNO Connect | MVNO Connect<br>40 Lake Bellevue Drive, Ste 340, Bellevue, WA 98005<br>E-mail: greg@mvnoconnect.net<br>Tel: 689-280-3335 |

RETURN TO TABLE OF CONTENTS

| Nova | Nova | Google Legal Investigations Support<br>1600 Amphitheatre Parkway, Mountain View, CA 94043<br>Tel: 650-253-3425 |
|------|------|------|
| NovaLabs_No_CBRS_Roam | NovaLabs | NovaLabs<br>2202 S Figueroa St. Ste. 408 Los Angeles, CA 90007<br>Tel: 408-644-5112<br>E-mail: leon@nova-labs.com |
| NovaLabs_CBRS_Roam_xx | NovaLabs | NovaLabs<br>2202 S Figueroa St. Ste. 408 Los Angeles, CA 90007<br>Tel: 408-644-5112<br>E-mail: leon@nova-labs.com |
| Numerex | Numerex | Numerex<br>400 Interstate North Pkwy. Suite 1350, Atlanta, GA 30339<br>Tel: 800-665-5686 |
| Orbcomm | Orbcomm | Orbcomm<br>22970 Indian Creek Dr. #300, Sterling, VA 20166<br>Tel: 301-693-7611, Tel: 703-433-6455 |
| Plintron | Plintron | Plintron Subpoena Team<br>10900 NE 8th Street, Suite 1000, Bellevue, WA 98004<br>Tel: 512-615-7791, Fax: 425-274-7023 Email: PA-subpoena@plintron.com |
| Procon | Procon | Procon<br>2035 Lakeside Centre Pkwy. Ste 125, Knoxville, TN 37922<br>Tel: 865-694-2704 |
| QLink | Q Link Wireless | Q Link Wireless<br>499 E Sheridan St., Ste 400, Dania, FL 33004<br>Tel: 877-642-1911 |
| Raco | Raco Wireless/Raco Industries | Raco<br>5480 Creek Rd., Cincinnati, OH 45242<br>Tel: 800-509-3677 |
| Republic Wireless | Subsentio | Republic Wireless C/O Subsentio<br>14900 Bogle Dr 101, Chantilly, VA 20151<br>Tel: 877-510-4357 x1 |
| Skydio Inc. | Skydio Inc. | Skydio Inc.<br>3000 Clearview Way, San Mateo, CA 94402<br>Tel: 1-855-463-5902<br>Email: Frank.Kenniasty@skydio.com |
| Simple Mobile | Simple Mobile | TracFone Wireless Inc. d/b/a Simple Mobile Subpoena Compliance 9700 NW 112th Ave., Miami, FL 33178<br>Tel: 800-810-7094, Fax: 305-715-6932<br>*Emergencies only: 800-820-8632 |
| Tello LLC | Tello LLC | Abdul Qadir<br>Tel: 888-366-3172<br>legal@tello.com |
| Teltik Communications, Inc./TELTIK-SPR | Teltik | Shlomo Ginsburg<br>731 Route 18 South East Brunswick, NJ 08816<br>Tel: 888-406-2838<br>shlomo@teltik.com |
| Ting MVNO | Ting Inc. | Ting Inc.<br>800D Louisville Street Starkville, Mississippi 39759 Tel: 855-846-4389, Fax: 416-531-5584<br>Email: compliance@ting.com, *Emergencies only: 844-276-1773 |
| Tracfone | TracFone Wireless Inc. | TracFone Wireless Inc. Subpoena Compliance 9700 NW 112th Ave., Miami, FL 33178<br>Tel: 800-810-7094, Fax: 305-715-6932<br>*Emergencies only: 800-820-8632 |
| Twilio | Twilio Inc. | Twilio Inc.<br>375 Beale St. Ste 300, San Francisco, CA 94105<br>Tel: 844-264-7228, Tel: 415-683-7921 |
| VW Connected Car | Volkswagen Connected Car | David L. Cox<br>2200 Woodland Pointe Avenue, Herndon, VA 20171<br>Tel: 703-364-7762, Email: david.cox@vw.com |
| Walmart | Walmart Family Mobile | TracFone Wireless Inc. Subpoena Compliance 9700 NW 112th Ave., Miami, FL 33178<br>Tel: 800-810-7094, Fax: 305-715-6932<br>*Emergencies only: 800-820-8632 |
| Zayo Group, LLC | Zayo Group. LLC | Zayo NOC US or Canada<br>15115 Park Row, Suite 300, Houston TX 77084<br>Tel: 866-236-2824 or 888-404-9296<br>Email: legal@zayo.com |
|  |  |  |

RETURN TO TABLE OF CONTENTS

Interpreting Call Detail Records

T-Mobile produces Call Detail Records (CDR), either with or without location information, in an Excel file containing multiple rows. The file includes both voice and message transactions. Each row represents one transaction on the T-Mobile network. Not all rows appear on every report. Some fields only appear in reports with location information.

Calls to 911 and calls made while roaming do not appear on this report.

T-Mobile generally retains details of all network-originated voice transactions for 24 months. As of February 2020, T-Mobile retains the metadata for certain types of 4G/LTE based text messages (SMSc and RCS) for only 22 months. If your records contain details older than 22 months from the date of production, these messages may not appear on the report.

Calls to Voicemail - Entries with outgoing calls to 8056377249 or numbers ending in 9999 indicate incoming calls forwarded (out) to the voicemail system. Calls forwarded to voicemail can also be identified using the Service Code column. The associated incoming call may or may not be captured. Entries with outgoing calls to 8056377243 = 805-MESSAGE indicate voicemail retrieval.

Timestamp - Please remember that T-Mobile systems natively use Coordinated Universal Time (UTC). Accordingly, the timestamps on these transactions appear as 00:00:01 to 23:59:59 UTC. T-Mobile is unable to convert these records to a different time zone. If you require records not captured in this response, please submit a new legal request that includes a description of records with the date/time adjusted for UTC.

Please note that T-Mobile network usage records may include 15- and 16-digit variants of an IMEI number. The first 14 digits are a conclusive match to the target IMEI.

Archived Records - If your legal request sought records older than 24 months, responsive records may include archived bill images. Archived bill images reflect transactions in market time unless otherwise indicated on the statement. Market time on archived bill statements is difficult to determine without information that details the handset's location at the time of each recorded transaction. T-Mobile retains location information for all transactions for up to two years.

**Set forth below are tips to help you understand data/information that is unique to the CDR_Quantum 5G report:**

The retention of the CDR_Quantum records is nine months.

Both LTE and 5G usage will appear on the CDR_Quantum 5G report.

The duration times differ between a record appearing on the CDR_Mediations and CDR_Quantum reports because the information provided is sourced from various T-Mobile data collections. The CDR_Mediations source measures the duration based on the device's activity from start to finish. The CDR_Quantum source measures duration based on network activity.

Below is a description of columns that may be present in the report you received.

| COLUMN NAME | DESCRIPTION | | LOCATION RPT ONLY? | NOTES |
|---|---|---|---|---|
| Date | Date format mm/dd/yyyy | | NO | |
| (UTC) Time | 24-hour time format - hh:mm:ss in UTC | | NO | In UTC time |
| Duration | Duration in seconds | | NO | Duration begins when a call is answered and ends when a call is completed |
| Call Type | Type of call:<br>callForwarding - Forwarded Call<br>mSOriginating - Outgoing  Voice Call<br>mSTerminating - Incoming Voice<br>mSOriginatingSMSinMSC - Outgoing SMS<br>mSTerminatingSMSinMSC - Incoming SMS<br>moc - Mobile  Originating Call<br>mtc - Mobile Terminating Call<br>SMSc - Text Message – see notes<br>RCS - IMChat- rich content message, multimedia, and text<br>RCS - GroupLargeMode - group RCS chat RCS - GroupLargeMode- Due to the incompatibility of the receiver's handset, the system will send the RCS non-text content as a large message. *3 or more users<br>RCS – GroupPageMode – Like GroupLargeMode, but reduction to SMS (SMSC or traditional) on one or more user's records may occur | | NO | Cell Site location is not available for Call  Types SMSc and RCS-IMChat.<br><br>T-Mobile does not retain the content of text messages.<br><br>For SMSc messaging, T-Mobile provides a  record of any activity between the requested target number and any other customers utilizing the T-Mobile network for the time and date range requested, regardless of if the target number currently  is/was assigned to T-Mobile or a T-Mobile  wholesale partner. |

RETURN TO TABLE OF CONTENTS

| | | | |
|---|---|---|---|
| | *iMS_Terminating - Incoming 5G Voice Call<br>iMS_Originating - Outgoing 5G Voice Call<br>iMS_Originating_Forwarded - Outgoing 5G Voice Call<br>vONR_Originating - Outgoing 5G Voice Call<br>vONR_Terminating - Incoming 5G Voice Call<br>mO_Epsfb - Outgoing 5G Voice Call<br>mT_Epsfb - Incoming 5G Voice Call**<br>RCS – LargeMode - Like GroupLargeMode, but refers to a direct user-to-user connection that sends a compressed version of that file. (Reduction to MMS or SMS on that user's records may occur)<br>RCS – PageMode - Same as above, except reduction to SMS (SMSC or traditional) is what will most likely occur<br>RCS – PushLocation – The sharing of location or position information | | **Only appears on the 'CDR_Quantum' 5G Report |
| Direction | Outgoing or Incoming to the target telephone number | NO | |
| Calling Number | Phone number that initiated the call | NO | |
| Dialed Number | Dialed digits | NO | |
| Called Number | Phone number that received the call | NO | ADHOC – Group RCS chat. For Group RCS Chat, you will see an ADHOC event in addition to CDRS for each individual participant in the group chat. |
| Destination Number | The final destination number to which the network has connected the call (might be different from the one dialed by the subscriber if network translation was applied) | NO | |
| IMSI | International Mobile Subscriber Identity of the target number, if present | NO | |
| IMEI | International Mobile Equipment Identity of the target number, if present | NO | |
| Completion Code | Completed successfully or Abnormal Completion (network interruption). Abnormal completion calls display on this report but may or may not show on a customer's bill. | NO | |
| Service Code | 11 Calling line identification presentation 12 Calling line identification restriction 13 Connected Line ID Presentation<br>All Call Forwarding Services<br>Call Forwarding Unconditional (CFU) 28 All Cond Call Forwarding Services 29 Call Forwarding on Mobile Subscriber Busy (CFB) 2A Call Forwarding on No Reply (CFNRy)<br>2B Call Forwarding on Not Reachable (CFNRc) 31 Explicit Call Transfer (ECT) 42 Call Hold 41 Call waiting<br>51 Multi-Party (MPTY)<br><br>*6 Call Forwarding | NO | **Only appears on the 'CDR_Quantum' 5G Report |
| Switch Name | Name of the switch used to deliver the call to the target number. | NO | This is NOT an indication of the location of the device. |
| 1st LTE Site ID | EnodeB id value in decimal | YES | Only present if the call was over LTE |
| 1st LTE Sector ID | ID of the first sector used if the site is an LTE site | YES | Only present if the call was over LTE |
| 1st LAC | 1st LAC value in decimal | YES | Not present if the call was over LTE |
| 1st Cell ID | 1st Cell Site ID value in decimal | YES | Not present if the call was over LTE |
| 1st Tower Azimuth | Location: Azimuth orientation of antenna serving user if available (see note below) | YES | |
| 1st Tower LAT | Latitude of 1st cell tower used. | YES | |
| 1st Tower LONG | Longitude of 1st cell tower used. | YES | |
| 1st Tower Address | Street Address of the 1st serving tower, if available | YES | |
| 1st Tower City | City of the 1st serving tower, if available | YES | |
| 1st Tower State | State of the 1st serving tower, if available | YES | |
| 1st Tower Zip | ZIP of the 1st serving tower, if available | YES | |
| Last LTE Site ID | EnodeB id value in decimal | YES | Only present if the call was over LTE |
| Last LTE Sector ID | ID of the last sector used if the site is an LTE site | YES | Only present if the call was over LTE |
| Last LAC ID | Last LAC value in decimal | YES | Not present if the call was over LTE |
| Last Cell ID | Last Cell Site ID value in decimal | YES | Not present if the call was over LTE |
| Last Tower Azimuth | Azimuth orientation of antenna serving user if available (see note below) | YES | |
| Last Tower LAT | Latitude of last cell tower used. | YES | |
| Last Tower LONG | Longitude of last cell tower used. | YES | |
| Last Tower Address | Street Address of the last serving tower, if available | YES | |
| Last Tower City | City of the last serving tower, if available | YES | |
| Last Tower State | State of the last serving tower, if available | YES | |
| Last Tower Zip | ZIP of the last serving tower, if available | YES | |

A NOTE ON AZIMUTH: The azimuth listed is the center compass degree facing of the identified sector of the tower. Generally, a tower's coverage is circular and divided into three equal pieces (each 120 degrees wide). Due north is 0, due south is 180. However, not every tower is aligned with the first sector starting at 0. Using the listed azimuth, rough direction from the tower can be calculated for a call. The center degree of the sector's facing is indicated in this field. For example, if a facing has a listed orientation of 90, the center of the coverage is pointed at 90 degrees, but the sector will cover

RETURN TO TABLE OF CONTENTS

traffic from roughly 60 degrees on either side  (thus 30 to 150 degrees in this example).

For more information on UTC, please visit http://www.timeanddate.com/time/aboututc.html. You must use a converter such as http://www.worldtimeserver.com/convert_time_in_UTC.aspx to convert records to your local time



## Key to Understanding CDMA Call Detail Reports

**Calling number:** This column reflects the number placing the call (the individual who initiated the call). If the call is outgoing, this will be the Sprint PCS target number

**Called number:** This column reflects the number actually called. In most cases, this number will be the same as the number in the "Dialed Digits" column. If the number has been forwarded, or if there is a routing number, then this will be reflected. If the number has an 11 in front of the area code, that means the call rolled to voicemail and was NOT answered by the customer

**Dialed digits:** This column reflects the digits that the caller enters into the phone's keypad. If the call is incoming, this will be the Sprint PCS target number

**Mobile Role:** Mobile Role (Type of Call). Listed as outgoing, incoming, routed call, or undetermined

**Start Date:** Date and time the call was initiated

**End Date:** Date and time the call was ended

**Duration:** Duration of call, in seconds

**Call Type:** Indicates the type of transaction on the network. This includes, but is not limited to: Voice, Text Detail, WiFi, VoVoice, and Airave

**NEID:** This reflects which network element handled the call

**First Cell:** Appears only on reports, including location. Specific cell site in which the call was initiated. The first digit reflects the sector. The last 3-4 digits represent the Cell#.  (See attached "Three Sector Layout" page for sector orientation.)  For example, if the number in the column reads 2083, the cell site is 083, and the sector is 2

**Last Cell:** Appears only on reports including location. Specific cell site in which the call was ended.   The first digit reflects the sector. The last 3-4 digits represent the Cell#.  (See attached "Three Sector Layout" page for sector orientation.)  For example, if the number in the column reads 2083, the cell site is 083 and the sector is 2

RETURN TO TABLE OF CONTENTS

Sprint customers can be cross provisioned on the T-Mobile network. This means the Sprint customer is using the T-Mobile network. Cross provisioned usage is indicated by call types 50-59. Your response also includes records from the T-Mobile network. Please refer to the T-Mobile call detail report for cross-provisioned usage (indicated by call types 50-59). All cross-provisioned usage is fully reflected on the T-Mobile records

Routed calls come in several varieties. A TLDN (Temporary Local Directory Number) may be considered a bridge/router number to complete a call. A TLDN will be represented by a number ranging from 3 to 10 digits in length. Like TLDN, an IMRN (IP Multimedia Routing Number) will route Apple WiFi calls. Another scenario is when a call is not answered but is routed to voicemail. Calls routed straight to voicemail may have an "11" before the number indicated in the "Called_Nbr" column. For handsets using visual voicemail, these numbers may replace the "11" in the called number column: (800) 877-2400, (866) 677-8204, (866) 222-2604, and (877) 836-4746. The indicator that Sprint's Visual Voicemail platform was used within the session appears as 624500000XXXXXXX

On the CDMA network, Sprint maintains Gateway, SWATs (Soft Wireless Access Tandem), and MCGs (Media Gateway Controllers) networks in areas with large Sprint customer populations. These provide the required extra space that helps Sprint maintain all of the calls.   When a call moves through a gateway or SWAT cell site information is not retained and is not recoverable.   NEIDs for Gateways 124-125, SWATs are 96, 184-190, 263, 363-365 and MCGs are 366-371

Please be advised: The time stamp reflected on call detail reports for Sprint CDMA during the time frame of 02/04/2018 through 02/28/2018 may have been affected by a storage-related upgrade. During this period, transactions may be reflected in GMT instead of the time stamp native to the switch utilized in the transaction. This includes, but is not limited to, Voice calls and SMS transactions.

Short codes are significantly shorter than full telephone numbers.   Short codes are often associated with automated notification services. Sprint does not maintain a list of short codes.   Example of a short code-the customer may want updates pertaining to their favorite sports team.

Should you suspect any information is absent from the reports released, please contact Sprint Legal Compliance immediately

Please Note - Calls made on other carrier's networks, will not appear on our CDR records. If you suspect the device was roaming on another network, please obtain those records from the other carrier.

WiFi Call Type: Please note that Sprint does not have the capability to determine the time stamp. These calls can be reflected in Switch time or GMT.

**Call Type Definitions**

| Type | Meaning | Time Zone |
|------|---------|-----------|
| Voice | Historical platform for CDMA voice calls | Switch Time |
| Text Detail | Historical platform for text messages | Central |
| WiFi | Historical voice or text over WiFi | GMT or Switch Time |
| Airave | Device intended to enhance voice call connection in low coverage areas | Undetermined* |
| VoVoice | New data-supported calls.  Inclusive of LTE, WiFi, or CDMA | Central |
| VoLTE | New data-supported calls over the LTE network | Central |
| VoWiFi | New data-supported calls over a WiFi network | Central |
| VoCDMA | New data-supported calls using the historical data network | Central |
| 50-59 | Indicates usage occurred on the T-Mobile GSM network. Refer to T-Mobile call detail records for complete details of this usage. | Varies |

*Airave time zone is dependent on one of many different factors not available in the

reports. Cell site location information is unavailable for WiFi calls.

Time Zones: Beginning 10/20/17 SMS text message time stamps are in Central. From 05/31/2017 through 10/19/2017, text message time stamps may have been GMT.   An indicator of GMT time zones includes the NEID range of 540-559.

The CDMA call detail report may indicate the sending and receipt of text messages and e-mail. While not flagged as text messages, the line will indicate no duration, the dialed digits column will either be blank or will show an e-mail address, and the NEID column may contain one of the following numbers: 191-198, 226-229, 291-294, 540-559

Voice-over calls are routed through a specific network element where timestamps are in central time. These transactions will not have location information and may appear on the records as call type VoVoice. These calls may have a second call listed on the report, which provides additional information.

NEIDs with ranges from 485-499 and 610-619 are Session Border Controllers (SBC). Cell site information will not be available for traffic passing through these network elements.

RETURN TO TABLE OF CONTENTS

## Star Codes

Your request has been fulfilled, at least in part, by what is known as a CDMA CDR Report. A CDMA CDR Report lists information about incoming/outgoing calls, including the digits dialed on the handset. As a dialing shortcut, Sprint subscribers may use star codes (an asterisk (*) plus a short number sequence) when using our wireless telephones. On call detail reports the star may be indicated by a letter "B". This code will appear in the dialed digits column of the CDMA CDR Report. Following is a list of the most common star codes. Additional star codes may exist in the market from which the call is made. Please contact the Subpoena Compliance Group at the number listed above for more information concerning star codes.

> *18 - Ping the nearest tower, call delivery activate
> *180 - Call delivery deactivate
> *2 -Customer Care
> *3 - Payment Center
> *31 - Three Way Calling
> *4 - Account information
> *5 - Spanish Customer care
> *67 - Caller ID block
> *68 - Override caller ID block
> *70 - Cancel call waiting for that call
> *711 - Customer Care
> *72 - Activates call forwarding
> *720 - Deactivates call forwarding
> *73 - Call forwarding no answer
> *74 - Call forward busy
> *811 - Customer Care
> *82 - Override caller ID block- for that call
> *911 - 911
> *073 - Cancel call forward no answer
> *074 - Cancel call forward busy

Other numbers which may appear in the dialed digits column:

> 411 - Directory Assistance
> 611 - Customer Care
> 711 - Telecommunications Relay Service (hearing impaired)
> 911 - Can also dial 0911 or 1911)
> c777 - Web Browsing (SINS)

## Sector Layout

Sprint (CDMA) cell sites can be set-up in a variety of ways, antennas may be placed on different structures such as buildings, towers, water tanks, etc. Also, not every cell site has three sectors. Some may have two sectors or may be omni sites (Omni sites do not have sectors). The direction that the sector faces is determined by the need for coverage in a particular area.

The Sprint (CDMA) network contains towers that have one of two labeling schemas to indicate the direction that the azimuths face.

**RETURN TO TABLE OF CONTENTS**

I.    Ericsson, Samsung, Nortel and VoCDMA towers use the number 1 to indicate an alpha sector, number 2 to indicate the beta sector, and number 3 to indicate the gamma sector of a standard three sector mono pole configuration.

II.   ALU (Lucent) towers use the number 2 to indicate an alpha sector, number 3 to indicate the beta sector, and number 4 to indicate the gamma sector of a standard three sector mono pole configuration.

Sprint CDMA Sector Orientation

| Ericsson, et al. | | Lucent |
|---|---|---|
| 1 | Alpha | 2 |
| 2 | Beta | 3 |
| 3 | Gamma | 4 |

RECEIVING RECORDS IN ELECTRONIC FORMAT

Your request has been satisfied, at least in part, by records furnished on compact disc (CD) or via e-mail.   Sprint uses CDs when the response is particularly voluminous or if records are requested in electronic format.   Once "recorded" the CD cannot be deleted, re-recorded, or appended.   Information on CD is normally in one of three formats:

SPREADSHEET FILES (XLS or CSV)
These files are normally used for longer items such as the call detail reports, or a listing of all cell sites associated with a particular switch/repoll.   We use Microsoft Excel to generate these files and recommend that product for viewing them.   To retrieve these documents, open your spreadsheet program of choice then use the open file command (normally listed under File in the Window Menu bar).   Navigate to the drive containing the CD and double click on the file name.   These files may be uploaded to products such as PenLink in either CSV or XLS format.   Please see your program documentation for assistance.   While you may not manipulate the file and re-save directly on the CD, it may be manipulated and re-saved elsewhere

You may also receive files in a bundled, WinZip format (ZIP).   These files contain other files (of the three types listed above).   Zipped files are used to save space on particularly large requests.   To open a ZIP file, open the My Computer folder on your desktop or Open the Windows Explorer (not Internet Explorer).   Navigate to the drive containing the CD and double click on the file name.   If this does not work, return to the folder containing your document and RIGHT click on the file name.  This will open a menu.  Choose "OPEN WITH."  A new dialog box will open.  Look for applications that do zipping.  The most common is "WinZip."  Single click on your choice and click on the check box which says, "Always use this program to open these files."  This will set the program as your default, and next time you need to open a ZIP file, you may just double click on the desired document.

*Starting in November 2019, we had a gradual change in our network that affected some reporting of tower locations.  Affected towers consist of less than 4 digits may have omitted the leading zeros that would have occurred between the sector and cell.  For example, if a tower used to show 10001 in our records, it could show 11. Since this change is gradual, we currently have towers using the standard convention and the affected convention. We are working to resolve this issue and hopefully return to our standard of always providing 5 digits for towers of CDMA calls.

RETURN TO TABLE OF CONTENTS

# Legacy Sprint NEID List

| Switch Name | NEID Number | Phone Switch Vendor | Time Zone |
|---|---|---|---|
| Oklahoma_City_1 (D) | 1 | Nortel | Central |
| Little_Rock (D) | 2 | Nortel | Central |
| Fresno_1 (D) | 3 | Lucent | Pacific |
| Portland_1 (D) | 4 | Lucent | Pacific |
| Spokane_1 (D) | 5 | Lucent | Pacific |
| KC_Lenexa_1 (D) | 6 | Nortel | Central |
| KC_Lenexa_2 (D) | 7 | Nortel | Central |
| Milwaukee_New_Berlin (D) | 8 | Lucent | Central |
| Salt_Lake_City (D) | 9 | Lucent | Mountain |
| Albany_1 | 10 | Lucent | Eastern |
| Omaha_1 (D) | 11 | Nortel | Central |
| Des_Moines_Urbandale (D) | 12 | Nortel | Central |
| Louisville_1 (D) | 13 | Nortel | Eastern |
| Pittsburgh_1 (D) | 14 | Lucent | Eastern |
| San_Antonio_1 (D) | 15 | Nortel | Central |
| Dallas_1 (D) | 16 | Nortel | Central |
| Fort_Worth_1 (D) | 17 | Nortel | Central |
| Austin_1 (D) | 18 | Nortel | Central |
| St_Louis_Maryland_Heights_1 (D) | 19 | Nortel | Central |
| St_Louis_Maryland_Heights_2 (D) | 20 | Nortel | Central |
| Bos_Woburn_1 | 21 | Lucent | Eastern |
| Miami_1 (D) | 22 | Nortel | Eastern |
| Miami_Deerfield_Beach (D) | 23 | Nortel | Eastern |
| Sacramento_1 (D) | 24 | Lucent | Pacific |
| Sea_Redmond_2 (D) | 25 | Lucent | Pacific |
| Philadelphia_1 | 26 | Lucent | Eastern |
| Buffalo_1 (D) | 27 | Lucent | Eastern |
| Denver_Englewood_1 (D) | 28 | Lucent | Mountain |
| NY_Westbury_2 (D) | 29 | Lucent | Eastern |
| NY_Westbury_1 | 30 | Lucent | Eastern |
| Indianapolis_1 (D) | 31 | Nortel | Eastern |
| Nashville_1 (D) | 33 | Nortel | Central |
| Las_Vegas_1 | 34 | Lucent | Pacific |
| Columbia_1 | 39 | Lucent | Eastern |
| LA_Irvine_1_Orange County (D) | 40 | Lucent | Pacific |
| LA_1_Irvine_2 | 41 | Lucent | Pacific |
| LA_2_Burbank_1 | 42 | Lucent | Pacific |
| Switch Name | NEID Number | Phone Switch Vendor | Time Zone |
| San_Diego | 43 | Lucent | Pacific |
| LA_Ontario_1 | 44 | Lucent | Pacific |
| Charleston_1_Ntelos (D) | 45 | Lucent | Eastern |
| El_Paso (D) | 47 | Nortel | Mountain |
| Lubbock (D) | 49 | Nortel | Central |
| Columbia_2 (D) | 50 | Lucent | Eastern |
| Brookings | 51 | Nortel | Central |

RETURN TO TABLE OF CONTENTS

| | | | |
|---|---|---|---|
| KC_Independence_1 (D) | 53 | Nortel | Central |
| Greenville_1 | 54 | Lucent | Eastern |
| Wallingford_2_Hartford (D) | 56 | Lucent | Eastern |
| Austin_2 (D) | 58 | Nortel | Central |
| Pennsauken_1 | 59 | Lucent | Eastern |
| Lansing_1 (D) | 60 | Lucent | Eastern |
| Orlando_2 (D) | 61 | Nortel | Eastern |
| RGV_McAllen (D) | 62 | Nortel | Central |
| Edinburg_1 | 63 | Lucent | Eastern |
| Carlsbad_1 | 64 | Lucent | Pacific |
| LA_Burbank_2 (D) | 65 | Lucent | Pacific |
| Bos_Woburn_2 (D) | 67 | Lucent | Eastern |
| Cheektowaga_Buffalo (D) | 68 | Lucent | Eastern |
| DC_Beltsville_3 (D) | 69 | Lucent | Eastern |
| Pittsburgh_2 (D) | 71 | Lucent | Eastern |
| NY_Manhattan_2 | 72 | Lucent | Eastern |
| Phoenix_2 (Phx--MSC_2) (D) | 73 | Lucent | Other |
| Philadelphia_2 (D) | 75 | Lucent | Eastern |
| Reno (D) | 76 | Lucent | Pacific |
| Denver_Englewood_2 (D) | 77 | Lucent | Mountain |
| San_Antonio_2 (D) | 79 | Nortel | Central |
| Dallas_2 (D) | 80 | Nortel | Central |
| Miami_2 (D) | 81 | Nortel | Eastern |
| St_Cloud (D) | 82 | Nortel | Central |
| NY_Teterboro_2 | 84 | Lucent | Eastern |
| NY_Manhattan_1 (D) | 86 | Lucent | Eastern |
| PR_Bayamon_1 (D) | 87 | Nortel | Other |
| DC_Hanover 1 (D) | 88 | Lucent | Eastern |
| DC_Beltsville_1 | 90 | Lucent | Eastern |
| Waynesboro_2_Ntelos (D) | 91 | Lucent | Eastern |
| DC_Beltsville_2 (D) | 92 | Lucent | Eastern |
| Albany_2 (D) | 94 | Lucent | Eastern |
| SF_Santa_Clara (D) | 95 | Lucent | Pacific |
| Springfield_SWAT | 96 | SWAT | Eastern |
| Bos_Walpole_1 | 101 | Lucent | Eastern |
| SF_Santa_Rosa_1 (D) | 103 | Lucent | Pacific |
| **Switch Name** | **NEID Number** | **Phone Switch Vendor** | **Time Zone** |
| LA_Ontario_2 (D) | 104 | Lucent | Pacific |
| NY_Branchburg_1 | 106 | Lucent | Eastern |
| NY_Teterboro_1 (D) | 107 | Lucent | Eastern |
| Wallingford_1_Hartford | 113 | Lucent | Eastern |
| Davenport (D) | 115 | Nortel | Central |
| Fort_Wayne_1 (D) | 116 | Nortel | Eastern |
| Sea_Redmond_1 (D) | 118 | Lucent | Pacific |

RETURN TO TABLE OF CONTENTS

| LA_Santa_Fe_Springs_1 | 120 | Lucent | Pacific |
| Bos_Walpole_2 (D) | 121 | Lucent | Eastern |
| Chi_Arlington_Heights_2 (D) | 122 | Nortel | Central |
| Fort_Worth_2 (D) | 123 | Nortel | Central |
| Manhattan_Tandem_(D) | 124 | Lucent | Eastern |
| NY_Westbury_Tandem_(D) | 125 | Lucent | Eastern |
| Greenville_2 (D) | 126 | Lucent | Eastern |
| Houston_Fallstone_2 (D) | 128 | Nortel | Central |
| Tampa_Ft_Meyers (D) | 130 | Nortel | Eastern |
| NY_Long_Island_City_1 (D) | 135 | Lucent | Eastern |
| Johnson_City (D) | 136 | Nortel | Eastern |
| Erie_1 (D) | 138 | Nortel | Eastern |
| Chi_Bridgeview_2 (D) | 139 | Nortel | Central |
| Cleveland_1 (D) | 140 | Nortel | Eastern |
| Cincinatti_Sharonville_1 (D) | 141 | Nortel | Eastern |
| Worthington_Columbus (D) | 142 | Nortel | Eastern |
| Richmond_1 (D) | 143 | Nortel | Eastern |
| Raleigh_1 (D) | 144 | Nortel | Eastern |
| Charlotte_1 (D) | 145 | Nortel | Eastern |
| Knoxville_1 (D) | 146 | Nortel | Eastern |
| Hon_Moanalua_1 (D) | 147 | Nortel | Other |
| Chi_Arlington_Heights_1 (D) | 148 | Nortel | Central |
| Chi_Bridgeview_1 (D) | 149 | Nortel | Central |
| Norfolk_1 (D) | 150 | Nortel | Eastern |
| Chicago_Aurora_1 (D) | 151 | Nortel | Central |
| Carlsbad_2 (D) | 153 | Lucent | Pacific |
| Houston_Westland_1 (D) | 156 | Nortel | Central |
| Charleston_1 (D) | 157 | Nortel | Eastern |
| NY_Long_Island_City_2 | 158 | Lucent | Eastern |
| LA_Santa_Fe_Springs_2 (D) | 159 | Lucent | Pacific |
| Lansing_2 (D) | 160 | Lucent | Eastern |
| DC_Hanover 2 | 161 | Lucent | Eastern |
| Pennsauken_2 (D) | 162 | Lucent | Eastern |
| Fort_Worth_3 (D) | 163 | Nortel | Central |
| Raleigh_Morrisville_2 (D) | 164 | Nortel | Eastern |
| Schertz_1 (D) | 166 | Nortel | Central |
| NY_Long_Island_City_3 (D) | 168 | Lucent | Eastern |
| **Switch Name** | **NEID Number** | **Phone Switch Vendor** | **Time Zone** |
| Stockton_1_WSS | 169 | Samsung | Pacific |
| Bayamon_1_WSS | 170 | Samsung | Other |
| Bayamon_2_WSS | 171 | Samsung | Other |
| Buffalo_1_WSS | 172 | Samsung | Eastern |
| Elkridge_airave (D) | 173 | Airave | Eastern |
| Phoenix_airave (D) | 174 | Airave | Mountain |
| Ft_worth_airave (D) | 175 | Airave | Central |

RETURN TO TABLE OF CONTENTS

| Switch Name | NEID Number | Phone Switch Vendor | Time Zone |
|---|---|---|---|
| Atlanta_1_NWV | 176 | Ericsson | Eastern |
| NY_Harrison_1 | 177 | Lucent | Eastern |
| DC_Elkridge_1 | 178 | Lucent | Eastern |
| Kentwood_1 (D) | 181 | Nortel | Eastern |
| Phoenix_3 (Phx-Roeser-MSC_1) | 183 | Lucent | Mountain |
| Norcross_SWAT | 184 | SWAT | Eastern |
| Fort_Worth_SWAT | 185 | SWAT | Central |
| Oroville_SWAT | 186 | SWAT | Pacific |
| Elkridge_SWAT | 187 | SWAT | Eastern |
| Orlando_SWAT | 188 | SWAT | Eastern |
| Chicago_SWAT | 189 | SWAT | Central |
| Satsuma_SWAT | 190 | SWAT | |
| Birmingham_1 (D) | 201 | Nortel | Central |
| Kansas_City_1_NWV | 202 | Ericsson | Central |
| Ft_Worth_1_NWV | 203 | Ericsson | Central |
| Ft_Worth_2_NWV | 204 | Ericsson | Central |
| Houston_2_NWV | 205 | Ericsson | Central |
| Nashville_1_NWV | 206 | Ericsson | Central |
| Miami_1_NWV | 207 | Ericsson | Eastern |
| Orlando_1_NWV | 208 | Ericsson | Eastern |
| Orlando_2_NWV | 209 | Ericsson | Eastern |
| Atlanta_2_NWV | 210 | Ericsson | Eastern |
| Nashville_2_NWV | 211 | Ericsson | Central/Eastern |
| Phoenix_NWV | 212 | Ericsson | Other |
| Kansas_City_2_NWV | 213 | Ericsson | Central |
| Charlotte_1_ALU | 214 | Lucent | Eastern |
| Norfolk_1_ALU | 215 | Lucent | Eastern |
| Morrisville_1_ALU | 216 | Lucent | Eastern |
| Morrisville_2_ALU (2) (D) | 217 | Lucent | Eastern |
| Richmond_1_ALU | 218 | Lucent | Eastern |
| Hawaii_1_ALU | 219 | Lucent | Other |
| Milwaukee_New_Berlin_2 (D) | 225 | Lucent | Central |
| NY_Manhattan_SWAT | 263 | SWAT | Eastern |
| Detroit_1 (D) | 302 | Lucent | Eastern |
| Detroit_2 (D) | 304 | Lucent | Eastern |
| Minneapolis_1 (D) | 309 | Nortel | Central |
| Minneapolis_2 (D) | 310 | Nortel | Central |
| Switch Name | NEID Number | Phone Switch Vendor | Time Zone |
| Hammond_1 (D) | 360 | Nortel | Central |
| Hammond_2 (D) | 361 | Nortel | Central |
| NY_Westbury_SWAT | 363 | SWAT | Eastern |
| Kansas_City_SWAT | 364 | SWAT | Central |
| Anaheim_SWAT | 365 | SWAT | Pacific |
| Springfield MGC | 366 | MGC8 | Eastern |
| Harrison MGC | 367 | MGC8 | Eastern |

RETURN TO TABLE OF CONTENTS

| Switch Name | NEID Number | Phone Switch Vendor | Time Zone |
|---|---|---|---|
| Elkridge MGC | 368 | MGC8 | Eastern |
| Fairfax MGC | 369 | MGC8 | Eastern |
| Anaheim MGC | 370 | MGC8 | Pacific |
| Burbank MGC | 371 | MGC8 | Pacific |
| Harrison2 MGC (D) | 372 | MGC8 | Eastern |
| Springfield2 MGC (D) | 373 | MGC8 | Eastern |
| Waynesboro_2_Ntelos | 391 | Lucent | Eastern |
| Atl_Roswell_1 (D) | 400 | Nortel | Eastern |
| Atl_Roswell_2 (D) | 401 | Nortel | Eastern |
| Atl_Norcross_1 (D) | 402 | Nortel | Eastern |
| Houston_Fallstone_1 (D) | 405 | Nortel | Central |
| Jacksonville_1 (D) | 406 | Nortel | Eastern |
| Memphis_1 (D) | 407 | Nortel | Central |
| Orlando_1 (D) | 408 | Nortel | Eastern |
| Tampa (D) | 409 | Nortel | Eastern |
| CHCGILFFCA6_WSS | 420 | Samsung | Central |
| AKRNOHIJCA5_WSS | 422 | Samsung | Eastern |
| Houston_1_NWV | 423 | Ericsson | Central |
| Cheyenne_1_WSS | 424 | Samsung | Mountain |
| Omaha_1_WSS | 425 | Samsung | Central |
| Akron_2_WSS | 426 | Samsung | Eastern |
| Akron_3_WSS | 427 | Samsung | Eastern |
| Chicago_2_WSS | 428 | Samsung | Central |
| Swiftel (Brookings)_2 | 429 | Ericsson | Central |
| Manhattan_3 | 430 | Lucent | Eastern |
| Anaheim #1 | 440 | Mavenir | Central |
| Anaheim #2 | 441 | Mavenir | Central |
| San Jose #1 | 442 | Mavenir | Central |
| San Jose #2 | 443 | Mavenir | Central |
| Tacoma #1 | 444 | Mavenir | Central |
| Tacoma #2 | 445 | Mavenir | Central |
| Ft. Worth #1 | 446 | Mavenir | Central |
| Ft. Worth #2 | 447 | Mavenir | Central |
| Kansas City #1 | 448 | Mavenir | Central |
| Kansas City #2 | 449 | Mavenir | Central |
| Chicago #1 | 450 | Mavenir | Central |
| Chicago #2 | 451 | Mavenir | Central |
| **Switch Name** | **NEID Number** | **Phone Switch Vendor** | **Time Zone** |
| Atlanta #1 | 452 | Mavenir | Central |
| Atlanta #2 | 453 | Mavenir | Central |
| Harrison #1 | 454 | Mavenir | Central |
| Harrison #2 | 455 | Mavenir | Central |
| Elkridge #1 | 456 | Mavenir | Central |
| Elkridge #2 | 457 | Mavenir | Central |
| Lenexa_1_WiFi | 477 | WiFi | Central |

RETURN TO TABLE OF CONTENTS

| | | | |
|---|---|---|---|
| Reston_1_WiFi | 478 | WiFi | Eastern |
| Lenexa_2_WiFi | 479 | WiFi | Central |
| Lenexa_3_WiFi | 480 | WiFi | Central |
| Reston_2_WiFi | 481 | WiFi | Eastern |
| Reston_3_WiFi | 482 | WiFi | Eastern |
| New York SBCATT #1 | 485 | VOC | GMT |
| Chicago SBCATT #1 | 486 | VOC | GMT |
| SBC911 WP Anaheim (Anasbc1) | 487 | WiFi | Pacific |
| SBC911 WP Tacoma (Tacsbc1) | 488 | WiFi | Pacific |
| SBC911 Phoenix | 489 | WiFi | Mountain |
| Anaheim International | 490 | International SBC | GMT |
| Ft. Worth, TX | 491 | International SBC | GMT |
| New York, NY | 492` | International SBC | GMT |
| SBC911 Chicago | 493 | WiFi | Central |
| SBC911 New York | 494 | WiFi | Eastern |
| Anaheim SBCATT #1 | 495 | VOC | GMT |
| Chicago SBCATT#1 | 496 | VOC | GMT |
| SBC Movius-FT.Worth Multiline | 497 | WiFi | Central |
| Atlanta SBCATT #1 | 498 | VOC | GMT |
| Ft. Worth SBCATT #1 | 499 | VOC | GMT |
| SCSCF_Reston_1 | 500 | IMS | Eastern |
| SCSCF_Reston_2 | 500 | IMS | Eastern |
| SCSCF_Reston_3 | 500 | IMS | Eastern |
| SCSCF_Lenexa_1 | 501 | IMS | Central |
| SCSCF_Lenexa_2 | 501 | IMS | Central |
| SCSCF_Lenexa_3 | 501 | IMS | Central |
| IMS_Reston_1_ccf | 502 | IMS | Eastern |
| IMS_Lenexa_1_ccf | 503 | IMS | Central |
| Houston_Westland_2 (D) | 505 | Nortel | Central |
| SF_Brisbane_1 | 508 | Lucent | Pacific |
| SF_Brisbane_2 | 510 | Lucent | Pacific |
| SF_Oakland_1 | 512 | Lucent | Pacific |
| Tacoma_1_WSS | 513 | Samsung | Pacific |
| Fusion STIC SMS #1 | 520 | SMT | |
| Fusion STIC SMS #2 | 521 | SMT | |
| Reston MCOD Fusion SMS #1 | 540 | SMT | Central |
| Reston MCOD Fusion SMS #2 | 541 | SMT | Central |
| **Switch Name** | **NEID Number** | **Phone Switch Vendor** | **Time Zone** |
| Reston MCOD Fusion SMS #3 | 542 | SMT | Central |
| Reston MCOD Fusion SMS #4 | 543 | SMT | Central |
| Reston MCOD Fusion SMS #5 | 544 | SMT | Central |
| Reston MCOD Fusion SMS #6 | 545 | SMT | Central |
| Reston MCOD Fusion SMS #7 | 546 | SMT | Central |
| Reston MCOE Fusion SMS #8 | 547 | SMT | Central |
| Lenexa MCOE Fusion SMS #9 | 548 | SMT | Central |

RETURN TO TABLE OF CONTENTS

| | | | |
|---|---|---|---|
| Lenexa MCOE Fusion SMS #10 | 549 | SMT | Central |
| Lenexa MCOD  Fusion SMS #1 | 550 | SMT | Central |
| Lenexa MCOD Fusion SMS #2 | 551 | SMT | Central |
| Lenexa MCOA Fusion SMS #3 | 552 | SMT | Central |
| Lenexa MCOD Fusion SMS #4 | 553 | SMT | Central |
| Lenexa MCOD Fusion SMS #5 | 554 | SMT | Central |
| Lenexa MCOE Fusion SMS #6 | 555 | SMT | Central |
| Lenexa MCOE Fusion SMS#7 | 556 | SMT | Central |
| Lenexa MCOE FUSION SMS #8 | 557 | SMT | Central |
| Lenexa MCOE FUSION SMS #9 | 558 | SMT | Central |
| Lenexa MCOE FUSION SMS #10 | 559 | SMT | Central |
| TNYMCOP9_SLC81 | 562 | SMT | Central |
| TNYMCOP8_SLC81 | 563 | SMT | Central |
| TNYMCOP8_SLC83 | 565 | SMT | Central |
| TNYMCOP8_SLC84 | 566 | SMT | Central |
| TNYMCOP8_SLC85 | 569 | SMT | Central |
| TNYMCOP8_SLC86 | 576 | SMT | Central |
| TNYMCOP8_SLC87 | 577 | SMT | Central |
| TNYMCOP8_SLC88 | 578 | SMT | Central |
| TNYMCOP8_SLC89 | 579 | SMT | Central |
| TNYMCOP8_SLC8A | 583 | SMT | Central |
| TNYMCOP9_SLC91 | 584 | SMT | Central |
| TNYMCOP9_SLC92 | 591 | SMT | Central |
| TNYMCOP9_SLC93 | 593 | SMT | Central |
| TNYMCOP9_SLC94 | 594 | SMT | Central |
| TNYMCOP9_SLC95 | 595 | SMT | Central |
| TNYMCOP9_SLC96 | 596 | SMT | Central |
| TNYMCOP9_SLC97 | 597 | SMT | Central |
| TNYMCOP9_SLC98 | 598 | SMT | Central |
| TNUMCOP9_SLC99 | 599 | SMT | Central |
| CS_OSA_Lenexa | 600 | Airave | Central |
| Convergence-FAP-2 | 601 | Airave | |
| Phoenix_1 (Phx-Phoenix-MSC_1) | 606 | Lucent | Mountain |
| atlsbc35 | 610 | SBC | Eastern |
| atlsbc36 | 611 | SBC | Eastern |
| chisbc29 | 612 | SBC | Central |
| chisbc38 | 613 | SBC | Central |
| elksbc9 | 614 | SBC | Eastern |
| elksbc17 | 615 | SBC | Eastern |
| nysbc24 | 616 | SBC | Eastern |
| nysbc38 | 618 | SBC | Eastern |
| nysbc39 | 619 | SBC | Eastern |
| Akron_3_wss | 630 | Samsung | Eastern |
| Chicago_2_WSS | 631 | Samsung | Central |
| TNYMCOP9_SLC9A | 666 | SMT | Central |

RETURN TO TABLE OF CONTENTS

| | | | |
|---|---|---|---|
| PLYMCOP8_SLC81 | 668 | SMT | Central |
| PLYMCOP8_SLC82 | 669 | SMT | Central |
| PLYMCOP8_SLC83 | 673 | SMT | Central |
| PLYMCOP8_SLC84 | 674 | SMT | Central |
| PLYMCOP8_SLC85 | 675 | SMT | Central |
| PLYMCOP8_SLC86 | 676 | SMT | Central |
| PLYMCOP8_SLC87 | 679 | SMT | Central |
| PLYMCOP8_SLC88 | 680 | SMT | Central |
| PLYMCOP8_SLC89 | 685 | SMT | Central |
| PLYMCOP8_SLC8A | 686 | SMT | Central |
| PLYMCOP9_SLC97 | 707 | SMT | Central |
| PLYMCOP9_SLC92 | 708 | SMT | Central |
| PLYMCOP9_SLC93 | 709 | SMT | Central |
| PLYMCOP9_SLC94 | 710 | SMT | Central |
| PLYMCOP9_SLC96 | 712 | SMT | Central |
| PLYMCOP9_SLC98 | 733 | SMT | Central |
| PLYMCOP9_SLC99 | 742 | SMT | Central |
| PLYMCOP9_SLC9a | 744 | SMT | Central |
| PLYMCOP9_SLC91 | 751 | SMT | Central |
| Hulu TDR #1 | 798 | TDR | Central |
| | | | |
| Airave Phase 2 | na | TCS | |
| Airave Phase 2 | na | TCS | |
| Airave Phase 2 | na | TCS | |
| Airave Phase 2 | na | TCS | |
| Hulu TDR#1 | 798 | TDR | Central |
| SMSL_01 | Varies by SMRE | SMS | Central |
| SMSL_02 | Varies by SMRE | SMS | Central |
| SMSL_03 | Varies by SMRE | SMS | Central |
| SMSL_04 | Varies by SMRE | SMS | Central |
| SMSL_05 | Varies by SMRE | SMS | Central |
| SMSL_06 | Varies by SMRE | SMS | Central |
| **Switch Name** | **NEID Number** | **Phone Switch Vendor** | **Time Zone** |
| SMSL_07 | Varies by SMRE | SMS | Central |
| SMSL_08 | Varies by SMRE | SMS | Central |
| SMSL_09 | Varies by SMRE | SMS | Central |
| SMSL_10 | Varies by SMRE | SMS | Central |
| SMSL_11 | Varies by SMRE | SMS | Central |
| SMSL_12 | Varies by SMRE | SMS | Central |
| SMSR_19 | Varies by SMRE | SMS | Central |
| SMSR_20 | Varies by SMRE | SMS | Central |
| SMSR_21 | Varies by SMRE | SMS | Central |
| SMSR_22 | Varies by SMRE | SMS | Central |
| SMSR_23 | Varies by SMRE | SMS | Central |
| SMSR_24 | Varies by SMRE | SMS | Central |

RETURN TO TABLE OF CONTENTS

| | | | |
|---|---|---|---|
| SMSR_01 | Varies by SMRE | SMS | Central |
| SMSR_02 | Varies by SMRE | SMS | Central |
| SMSR_03 | Varies by SMRE | SMS | Central |
| SMSR_04 | Varies by SMRE | SMS | Central |
| SMSR_05 | Varies by SMRE | SMS | Central |
| SMSR_06 | Varies by SMRE | SMS | Central |
| SMSR_07 | Varies by SMRE | SMS | Central |
| SMSR_08 | Varies by SMRE | SMS | Central |
| SMSR_09 | Varies by SMRE | SMS | Central |
| SMSR_10 | Varies by SMRE | SMS | Central |
| SMSR_11 | Varies by SMRE | SMS | Central |
| SMSR_12 | Varies by SMRE | SMS | Central |
| SMSR_13 | Varies by SMRE | SMS | Central |
| SMSR_14 | Varies by SMRE | SMS | Central |
| SMSR_15 | Varies by SMRE | SMS | Central |
| SMSR_16 | Varies by SMRE | SMS | Central |
| SMSR_17 | Varies by SMRE | SMS | Central |
| SMSR_18 | Varies by SMRE | SMS | Central |

*NEIDs 804-815 are VoLTE Voice NEIDs
*NEIDs in the 3000s are cross-provisioned on the T-Mobile network

RETURN TO TABLE OF CONTENTS

Interpreting Real Time Location
Frequently Asked Questions

**How does the system work, and why was it built?**

In 2005, T-Mobile became the first U.S. carrier to create a tool to track the location of wireless communications devices. That tool, called WebMap, was designed solely to assist law enforcement agencies and the public safety community. T-Mobile does not use WebMap for any commercial applications. The tool offers precision location information beyond that required by statute, including prospective, real-time tracking (even when a phone is not making a call). T-Mobile does not store precision location unless there is an active location request. These locations are stored for 45 days. The system works independently of any customer activity if the phone is powered on and on the T-Mobile network. The tool directs the T-Mobile network to locate a device via triangulation/trilateration or Assisted GPS.

**What is required to receive this service?**

Exigent Cases: A fully completed T-Mobile Exigent Circumstances Request form authorized by a government official empowered to declare exigent circumstances.

Court Ordered Cases: Order/Warrant with a finding of probable cause from a court capable of issuing a pen register order.

**How long is tracking available?**

Exigent Cases: Typically, 48 hours.

Court Ordered Cases: The period identified in your order or until we receive written (including e-mail) authority to stop the surveillance (whichever comes first).

**How often will I receive a real time location e-mail?**

E-mails will be sent every 10 minutes by default.

Exigent Cases:  Initial/one-time ping will be delivered from LERRecords@T-Mobile.com when we process your case. Subsequent pings will be provided at 10-minute intervals unless otherwise requested. Other options are 15, 30, and 60-minute intervals. Please call 973-292-8911 option two if you would like to change ping intervals.

Court Ordered Cases: E-mails will be delivered at 10-minute intervals by default or as your CALEA directs. Other options are 15, 30, and 60-minute intervals. E-Mail LERCourtOrders@T-Mobile.com to change ping intervals.

**How many people can receive the e-mails, and what happens if we must change recipients during the surveillance?**

You may designate up to three recipients for the e-mail updates.

RETURN TO TABLE OF CONTENTS

<u>Exigent Cases</u>: If you must change recipients (such as due to a shift change or vacation), call T-Mobile LER at 973-292-8911 option 2.

<u>Court Ordered Cases</u>: Please e-mail LERCourtOrders@T-Mobile.com to change recipient e-mail addresses.

Please remember to remove any recipient who will have an "Out of Office" message enabled. If the system receives too many "out of office" or "recipient's e-mail box is full" auto-reply messages, WebMap may crash and cease operating altogether. Your cooperation will minimize disruption of both your and other agencies' requests.

**Can I use my Yahoo, G-Mail, Hotmail, etc. account to receive updates?**

No. T-Mobile will only send this information to authorized government e-mail domains (with appropriate agency names and extensions - normally .gov, .us, or .org) unless specifically named in the authorizing court order.

**Can I send requests or updates to the SVC_PRD_eCoreWebMap@T-Mobile.com e-mail address?**

No. DO NOT reply to SVC_PRD_eCoreWebMap@T-Mobile.com. This e-mail address is not monitored, and your request will go unanswered.

<u>Exigent Cases</u>: Call our main line if you have questions: 973-292-8911 option 2. We have qualified personnel on duty 24x7x365.

<u>Court Ordered Cases</u>:  Please e-mail <u>LERCourtOrders@T-Mobile.com</u>. Real Time Operations Team may be reached during business hours 9:00 AM Eastern – 8:00 PM Eastern by calling 973- 292-8911 option 6.

**What information is contained in the update e-mail, and how do I use it?**

Your results will be a text-based e-mail message similar to:

1 **From:** <u>SVC_PRD_eCoreWebMap@T-Mobile.com</u> <<u>SVC_PRD_eCoreWebMap@T-Mobile.com</u>>
  **Sent:** Friday, September 17, 2021 12:19 PM
  **To:** <u>SVC_PRD_eCoreWebMap@T-Mobile.com</u> <<u>SVC_PRD_eCoreWebMap@T-Mobile.com</u>>
2 **Cc:** Santiago, ▮▮▮▮▮
3 **Subject:** [EXTERNAL EMAIL] - Location Alert

  Location of 787▮▮▮▮1 at 9/17/2021 5:19:05 AM Pacific Daylight Time === Result === Lat, Long: 40.032839,-75.117860 Uncertainty: 3339m
8 <u>https://maps.google.com/maps?q=40.032839,-75.117860</u>

1. Sender address (do not reply)
2. Delivery e-mails (maximum of 3)
3. Subject line
4. Target number

RETURN TO TABLE OF CONTENTS

5. Date and timestamp (locations are real time, timestamped in Pacific time)
6. Location of device or error code (see chart below)
7. Accuracy in meters, a measure of the radius of the result
8. URL to Google Maps location

**How do I modify, extend, or terminate a continuous ping?**

<u>Exigent Cases</u>: Please call LER at 973-292-8911 option 2 to discuss the modification.

<u>Court Ordered Cases</u>: To modify a ping, e-mail your request to LERCourtOrders@T- Mobile.com. To extend a ping, send an updated CALEA form with a valid legal demand. To terminate a ping, send an e-mail or T-Mobile Early Termination form to LERCourtOrders@T- Mobile.com.

**I am not receiving my real time location emails; what could be wrong?**
Confirm the requested e-mail address on the CALEA or Exigent form, check spam or junk mail folders, and check for existing rules. If you are still experiencing issues, please contact LER.

**Exigent One-Time Ping Result**

One-time pings are timestamped in Pacific time.

WebMap Ping: Longitude: 0.0, Latitude 0.0. The device is not connected to the network. Some causes may be the device being turned off, outside the coverage area, having an inactive phone number, etc.

The one-time ping will be a .txt file attached to an e-mail similar to the following:

```
WebMapPing_11657140.txt - Notepad
File  Edit  Format  View  Help
Task ID: 11657140
Submitted By: JLEGER
Task Submit Date: 10/19/2022 7:43:03 AM
MSISDN: 972        6
WebMap Ping: Longitude: -96.821845, Latitude: 33.109285, Radius: 222.0, Local Time Stamp: 10/19/2022 7:42:35 AM
```

Error Codes

| RESULT/STATUS | DESCRIPTION |
|---|---|
| ABSENT SUBSCRIBER 0.0 LONGITUDE, 0.0 LATITUDE | The device is not connected to the network. Some causes may be the device being turned off, outside of coverage area, inactive phone number, etc. |
| SYSTEM FAILURE | Unable to locate device. Device may be roaming |
| UNKNOWN SUBSCRIBER | Unknown subscriber. The user is unknown, i.e., canceled account, changed number, non-T-Mobile number |
| POSITION METHOD FAILURE | Network was not able to locate the device |
| TIMEOUT | Network was not able to locate the device. Device may be roaming |
| QOP NOT ATTAINABLE | Network was not able to locate the device. Search timed out |
| UNAUTHORIZED REQUESTING NETWORK | Network was not able to locate the device. Device may be roaming |

RETURN TO TABLE OF CONTENTS

Interpreting Data Session Records

Your response includes Data Session records with or without location. Our query results in an Excel file with multiple columns. Each row represents one transaction on the T-Mobile or legacy Sprint network.

Please remember that T-Mobile systems natively use Coordinated Universal Time (UTC). Accordingly, the timestamps on these transactions appear as 00:00:01 to 23:59:59 UTC. T-Mobile is unable to convert these records to a different time zone. If you require records not captured in this response, please submit a new legal request that includes a description of records with the date/time adjusted for UTC.

Data Sessions are retained for 90 days on the T-Mobile network and 90 days on the legacy Sprint network. Older records are sometimes available but may be incomplete or partially purged.

Please note that data usage can be passive, such as emails being delivered to an inbox or an application updating.

Please note that T-Mobile network usage records may include 15- and 16-digit variants of an IMEI number. The first 14 digits are a conclusive match to the target IMEI.

The network assigns the first 64 bits of an IPv6 address, and the last 64 bits are assigned by the User Equipment (UE). The network suggests the IP address to the UE. However, the UE is only forced to use the first 64 bits and can randomly make up its own last 64 bits. Our records do not reflect the last 64 bits that the UE chooses, only the suggested IPv6.

Due to dynamic IPv6 address assignment complexities, more than one subscriber may be associated with a single IPv6 address during the relevant date range.

The appearance and specific columns included may vary depending on whether the target was registered on the T-Mobile or legacy Sprint network. Some fields only appear in reports with location information.

The columns present in your report may be:

| Column Name | Description | Location Only? | Notes |
| --- | --- | --- | --- |
| IP Address | Internet Protocol address | No | The IP addresses displayed are "gateway" IPs registered to T-Mobile US Inc. T-Mobile cannot determine the specific site accessed, i.e., Facebook.com or Google.com. |
| MSISDN | Mobile Station International Subscriber Directory Number, i.e., the target telephone number | No | |
| IMEI, MEID/ESN | International Mobile Equipment Identity of the target number, Mobile Equipment Identifier | No | |
| IMSI | International Mobile Subscriber Identity of the target number, i.e., a unique network identifier linked to the SIM card | No | |
| Start_Time | The date and time in UTC when the session was connected. | No | |

RETURN TO TABLE OF CONTENTS

| | | | |
|---|---|---|---|
| End_Time | The date and time in UTC when the session was terminated. | No | |
| Subsession TimeStamp | Each subsession represents a device's connection to a rated data service (streaming music, checking email, social media, etc.), not necessarily the cell site the device was connected to. | No | Each type of data connection at TMO is typically "rated" for billing purposes. This data must be identified and segmented into sub sessions in the record. Each of those sessionIDs you see represents a rated data connection (streaming music, checking email, social media, etc.) to our network. |
| Node | The alphanumeric name of a node | No | |
| LTE_ID | LTE EnodeB ID value | Yes | |
| Cell_ID | LTE Sector ID value, or UMTS Cell ID value | Yes | |
| LAC | UMTS LAC value | Yes | |
| Address | Street address of the tower used | Yes | |
| City | City of the tower used | Yes | |
| State | State of the tower used | Yes | |
| Zip | Zip code of the tower used | Yes | |
| Azimuth | Orientation of antenna | Yes | |
| Latitude | Latitude of the tower used | Yes | |
| Longitude | Longitude of the tower used | Yes | |
| Downlink_Size | Size of the download in bytes per session | Yes | |
| Uplink_Size | Size of the upload in bytes per session | Yes | |
| Duration | The time duration in seconds derived by subtracting start date from end date. | No | |
| MCC | The Mobile Country Code of the network element handling the data session | No | |
| MNC | The Mobile Network Code of the network element handling the data session. | No | |

RETURN TO TABLE OF CONTENTS

| | | |
|---|---|---|
| APN - Access Point Name | The name of a gateway between a mobile network and another computer network, frequently the public Internet | No |
| NED - Network Element Designator | This is a unique ID generated by Network Engineering to identify the location of the network element associated with the address and lat/ long values for each record. This unique identifier may only be used internally as it does not map to any current cell site listing. It is used to help Engineering troubleshoot location records. | Yes |

Interpreting Timing Advance Records

Your response includes Timing Advance (TA) records. TA records are not call records. TA records are specialized historical location records. They are based on tower registrations and are not dependent on a voice call, text message, or data session. TA records are stored by market, as defined by T-
Mobile Engineering. TA records are retained for 0-30 days. Retention varies by market. Timing Advance data may not be available in every market, portion of a market, or for every IMSI. Even if call records are found, there may be times when no timing advance records are available. Please exercise caution in using these records for investigative or prosecutorial purposes.

Timing Advance Records come with a rating of location accuracy known as confidence. A high level of confidence means that the device is located within 100 meters of the indicated location, while a low level of confidence indicates a range of 300 or more meters from the stated location. A medium is thus 100 – 300 meters from the stated location. The accuracy of the result is primarily based on the number of network elements available to calculate the distance to the target. Because this calculation is automatic, there is no way for T-Mobile personnel to "fine-tune" a result. Furthermore, because TA records come from a dynamic suite of tools designed to evaluate network performance, TMUS provides all responsive documents that are available at the time of your request, but the availability of records may vary over time.

T-Mobile will certify timing advance records prepared on 10/14/19 and after. T-Mobile is unable to certify timing advance records prepared before 10/14/19. For timing advance records prepared 10/14/19 and later, while T-Mobile certifies these records as business records under Fed. R. Evid. 803(6), 902(11), 902(13), and/or 902(14), T-Mobile shall not testify to the details of the collection, substance, and interpretation of such.

Please note that T-Mobile network usage records may include 15- and 16-digit variants of an IMEI number. The first 14 digits are a conclusive match to the target IMEI.

Please remember that T-Mobile systems natively use Coordinated Universal Time (UTC). If a time zone other than UTC was requested in your legal demand, you have been provided the exact UTC equivalent of your specified timeframe.

The columns present on your Timing Advance records may be:

| COLUMN NAME | DESCRIPTION | NOTES |
|---|---|---|
| Tracking ID | This is the Tracking ID that T-Mobile/MetroPCS used to process the request. | |
| End_Latitude | Latitude where the registration ended. | |
| End_Longitude | Longitude where the registration ended. | |
| Confidence | High confidence represents <100m, Medium confidence represents 100m - 300m, and Low confidence represents >300m. | MDT GPS confidence identifies that the device has its GPS turned on and that the latitude and longitude provided is the device's GPS location reporting back to the network - not based on network location algorithms |
| IMSI | International Mobile Subscriber Identity of the target number. | |
| IMEI | International Mobile Equipment Identity of the target number. | |
| Model | Model name of the handset used. | |
| Make | Make of the handset used. | |
| Service_Type | Type of service used during the registration. | |
| Start_DateTime | Start time of the registration in UTC. | In UTC time. |
| Duration | Duration of the registration in seconds. | |
| End_DateTime | End time of the registration in UTC. | In UTC time. |
| Start_Cell | The cell where the registration began. | |
| Start_eNodeB | The eNodeB where the registration began. | |

RETURN TO TABLE OF CONTENTS

| | | |
|---|---|---|
| Start_TAC_LAC | The TAC or LAC where the registration began. | |

| COLUMN NAME | DESCRIPTION | NOTES |
|---|---|---|
| Start Sector | The sector where the registration began. | |
| End_Cell | The cell where the registration ended. | |
| End_eNodeB | The eNodeB where the registration ended. | |
| End Sector | The sector where the registration ended. | |
| Start_Timing_Advance_Miles | Miles used to calculate the Confidence. | Only available on LTE registrations. |
| End_Timing_Advance_Miles | Miles used to calculate the Confidence. | Only available on LTE registrations. |
| Start_Timing_Advance_Cell | The cell where the registration began. | Only available on LTE registrations. |
| End_Timing_Advance_Cell | The cell where the registration ended. | Only available on LTE registrations. |
| Technology | The technology used during the registration. | |
| Device Technology | The device technology. | |
| Market | The market the registration took place in. | |

For more information on UTC, please visit http://www.timeanddate.com/time/aboututc.html. You must use a converter like http://www.worldtimeserver.com/convert_time_in_UTC.aspx to convert records to your local time.

RETURN TO TABLE OF CONTENTS

## NOTICE REGARDING TIMESTAMP ON TMUS CALL DETAIL RECORDS

T-Mobile US, Inc. stores and maintains call detail records in several different native formats. The most current call detail records are stored and maintained in Coordinated Universal Time ("UTC"). UTC is not a time zone but a time standard that is the basis for civil time and time zones worldwide. UTC operates independently of country-specific time zones and seasonal adjustments, such as Daylight Savings Time. Older call detail records are stored and maintained in the time zone associated with the user's location at the time of the call.

If you received call detail records in a spreadsheet format, they are timestamped in UTC. If call records have been produced, the transactions reflect UTC timestamps corresponding to the dates and times specifically identified in the legal demand.

Below is a list of the most commonly requested records and the associated native formats.

Voice Calls, with or without Cell Sites, SMS – Most recent 24 months       UTC
Voice Calls – Older than 24 months (postpaid only)                         User Location at time of call
Data Sessions                                                              UTC

The resources below will assist your preparation of a description of records that corresponds with UTC.

To convert records to your local time, you must use a converter, such as
http://www.worldtimeserver.com/convert_time_in_UTC.aspx.

For more information on UTC, you may visit
http://www.timeanddate.com/time/aboututc.html.

*The above information applies to T-Mobile network activity only. Activity on the legacy Sprint network may have different native formats.

Any questions regarding this notice may be directed to LER2@T-Mobile.com. Please include the Tracking ID that appears in the initial response with all questions and inquiries.



# Interpreting Call Detail Records CDMA
# Legacy Sprint - Exigent Only

**Calling number:** This column reflects the number placing the call (the individual who initiated the call). If the call is outgoing, this will be the Sprint PCS target number

**Called number:** This column reflects the number actually called. In most cases, this number will be the same as in the "Dialed Digits" column. If the number has been forwarded or there is a routing number, this will be reflected. If the number has an 11 in front of the area code, that means the call rolled to voicemail and was NOT answered by the customer

**Dialed digits:** This column reflects the digits the caller enters into the phone's keypad. If the call is incoming, this will be the Sprint PCS target number

**Mobile Role:** Mobile Role (Type of Call). Listed as outgoing, incoming, routed call or

undetermined **Start Date:** Date and time the call was initiated

**End Date:** Date and time the call was ended

**Duration:** Duration of call, in seconds

**Call Type:** Indicates the type of transaction on the network. This includes but is not limited to Voice, Text Detail

**NEID:** This reflects which network element handled the call

**First Cell:** Specific cell site in which the call was initiated. The first digit reflects the sector. The last 3-4 digits represent the Cell#. (See attached "Three Sector Layout" page for sector orientation.) For example, if the number in the column reads 2083, the cell site is 083, and the sector is 2

**Last Cell:** Specific cell site in which the call was ended. The first digit reflects the sector. The last 3-4 digits represent the Cell#. (See attached "Three Sector Layout" page for sector orientation.) For example, if the number in the column reads 2083, the cell site is 083, and the sector is 2

**Tower Location Lookup:** Identify the tower number in columns J and K on the CDR report. The first digit is the sector number (side of the tower). The last four digits are the tower number. In the NEID list, look up each tower number (column A, Cell# on NEID list) to identify each tower's Latitude, Longitude, and Azimuth.

**Azimuth:** The azimuth listed is the center compass degree facing of the identified sector of the tower. Generally, a tower's coverage is circular and divided into three equal pieces (each 120 degrees wide). Due north is 0, due south is 180.
However, not every tower is aligned with the first sector starting at 0. Using the listed azimuth, rough direction from the tower can be calculated for a call. The center degree of the sector's facing is indicated in this field. For example, if a facing has a listed orientation of 90, the center of the coverage is pointed at 90 degrees, but the sector will cover traffic from roughly 60 degrees on either side (thus 30 to 150 degrees in this example).

RETURN TO TABLE OF CONTENTS