| | |
|---|---|
| Provided On: | June 13, 2024 |
| Tracking ID: | 5095198 |
| RE: | 7864030748 |
| Case No.: | 2024R01235-002 |

**T··Mobile·**

### Subscriber Details:

| | |
|---|---|
| Subscriber Name | OSMEL BENITEZ |
| Subscriber Address | 15800 NW 28TH PL, OPA LOCKA, FL 33054 USA |
| Subscriber Status | Active |
| Subscriber Name Effective Date | 12/11/2021 |

### Account Details:

| | |
|---|---|
| Brand | TMUS |
| Activation Date | 12/11/2021 |
| Termination Date | |
| Account Name | OSMEL BENITEZ |
| Account No | 970364590 |
| Account Effective Date | 12/11/2021 |
| Account Expiration Date | |

### Device Details:

| | |
|---|---|
| IMSI | 310260467087395 |
| MSISDN Expiration Date | |
| MSISDN Disconnect Reason | |
| MSISDN No | 7864030748 |
| MSISDN Status | Active |
| MSISDN Market | MIF |
| MSISDN Name | OSMEL BENITEZ |
| SIM | 8901260468770873953 |
| IMEI | 352912118477645 |
| Begin Service Date | 12/11/2021 |

### Billing Details:

| | |
|---|---|
| Bill Name | OSMEL BENITEZ |
| Bill Birth Date | 03/05/1985 |
| Bill SSN | 769965366 |
| Bill Cycle | 14 |
| Bill Address | 15800 NW 28TH PL, OPA LOCKA, FL 33054 USA |
| Company Name | BENITEZ |
| Rate Plan | MAGENTA2 |
| Rate Plan Desc | Magenta 1.0 (2 line) |
| Contact 1 | |
| Contact 2 | 1111111111 |
| Coupon | |
| Last Refilled | |

### Ported Details:

| | |
|---|---|
| Ported Carrier | Regular |



GOVERNMENT EXHIBIT
CASE NO. 24-CR-20397-RKA
EXHIBIT NO. 10.1

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 1 of 1

T-MOBILE 5095198-000001