Filed by ___ D.C.

APR 28 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

April 03, 2026

Attn. Honorable Judge - Roy J. Altman

CASE NO. 24-cr-20397-ALTMAN (s)(s)(s)

TO: Honorable Judge Roy J. Altman,

I am contacting you to let you know that I am requesting a new attorney. My current attorney Eduardo Pereira, not only hasn't he made any effort to with me the discovery, we do not understand each other. He acts on his own accord, overall not assisting me in my case. Mr. Pereira hasn't came to see me since I lost at trial, hasn't answered nor returned any of my Family's emails, phone calls or text messages, all stemming from - resulting to losing trial. Therefore I politely and respectfully would like to request an attorney that will be willing to put the horse in front of the cart, review the discovery and the merits of the case and assist me in getting the best outcome. A defendant has a Constitutional Right to effective counsel. I do not believe this is possible with Eduardo Pereira. In the expressed interest of justice I would like someone other than Mr. Pereira to represent me moving forward. We are at an impasse.

Respectfully submitted,

Petitioner; Victor Rafael Alcia Albeja          Date: April 03rd, 2026

Register No. 45745-511

FDC MIAMI

P.O. BOX 019120

MIAMI, FL. 33101

## CERTIFICATION OF SERVICE

I hereby that the foregoing is a true and correct copy that was placed in the prison mailbox to be handed, hand delivered to the clerk of courts, 400 N. Miami Avenue, Miami, FL. 33128 on this third day of April, 2026.

Petitioner, /s/ Victor Rafael Alcia Albeja

Victor Rafael Ateira Albrica
#45745-511
Federal Detention Center Miami
P.O. BOX 019120
Miami, FL 33101

23 APR 2026

UNITED STATES PM OF AMERICA
FOREVER/USA

REC'D BY_____D.C.

APR 23 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Honorable Judge: Roy K. A
Clerk of court
400 North Miami Avenue
Miami, FL 33128

33128-771699